UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| | | |
|---|---|---|
| CHRISTINA BRINSON, and all other persons similarly situated, | ) ) | |
| | ) | CIVIL ACTION FILE |
| PLAINTIFFS, | ) ) | NO. 215-99 |
| Vs. | ) ) | |
| PROVIDENCE COMMUNITY CORRECTIONS, | ) ) | |
| | ) | |
| DEFENDANT | ) | |

## BRIEF IN SUPPORT OF MOTION TO COMPEL

In this case, the Defendant has admitted that diversity jurisdiction exists. However, the issue should not end with such admission. Parties cannot agree to the jurisdiction of this Court and this Court has the right to have evidence place in the record that supports that jurisdiction exists.

This case was returned to this Court based upon the fact that the Eleventh Circuit raised issues concerning the jurisdictional basis of this Court. Brinson v. Providence Community Corrections, 703 Fed. Appx. 874 (11th Cir. 2017). Plaintiff has filed a motion to amend this complaint. Plaintiff believes that Defendant did not file its contract with CMPAC and did not file its schedule of fees. Evidence to support those facts and evidence showing the amount of fees collected that would have to be disgorged is evidence that supports the jurisdictional amount. Plaintiff believes that, rather than have any question of diversity jurisdiction being raised in the future, this Court should have evidence that becomes part of the record showing how much should be disgorged and the fact that the Defendant violated the state regulations.

For these reasons, Plaintiff respectfully requests that the Court issue an order compelling discovery.

This _____ day of _____, 2018.

_____
JOHN B. LONG, ESQ
Georgia State Bar No. 457200
Attorney for Plaintiff

OF COUNSEL:

TUCKER LONG, P.C.
P. O. BOX 2426
453 GREENE STREET (30901)
AUGUSTA, GA 30903
(706) 722-0771
(706) 722-7028 Fax

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing upon:

Glenn S. Bass, Esq.
William W. Horlock, Jr., Esq.,
Scrudder Bass Quillian Horlock Taylor & Lazarus
900 Circle 5 Parkway, N.E., Suite 850
Atlanta, GA 30339-3084

Michael R. Baumrind, Esq.
Tiana S. Mykkeltvedt, Esq.
Bondurant Mixon & Elmore LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309

by depositing a copy of same in the United States mail with adequate postage thereon to assure delivery.

This ___8___ day of ___Feb_____, 2018.

_____
JOHN B. LONG, ESQ.
Attorney for Plaintiff