UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| | |
|---|---|
| CHRISTINA BRINSON, and all other persons similarly situated, | ) ) ) |
| PLAINTIFFS, | ) ) ) |
| Vs. | ) ) |
| PROVIDENCE COMMUNITY CORRECTIONS, | ) ) ) |
| DEFENDANT | ) |

CIVIL ACTION FILE

NO. 215-99

## CERTIFICATE PURSUANT TO LOCAL RULE 26.5 AND F.R.C.P. 26(c)

Pursuant to Local Rule 26.5 and Rule 26(c) of the Federal Rules of Civil Procedure, the undersigned attorney certifies that a good faith effort has been made to resolve the disputes coming before the Court relating to this evidence. Plaintiff believes that, under the case law cited, this Court should have evidence in the record that will support the jurisdictional basis, even though the Defendant has admitted that diversity jurisdiction exists. Plaintiff believes that this evidence would be readily available to the Defendant and it should be produced and made part of the record.

This 8th day of Feb, 2018.

JOHN B. LONG, ESQ
Georgia State Bar No. 457200
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing upon:

Glenn S. Bass, Esq.
William W. Horlock, Jr., Esq.,
Scrudder Bass Quillian Horlock Taylor & Lazarus
900 Circle 5 Parkway, N.E., Suite 850
Atlanta, GA 30339-3084

Michael R. Baumrind, Esq.
Tiana S. Mykkeltvedt, Esq.
Bondurant Mixon & Elmore LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309

by depositing a copy of same in the United States mail with adequate postage thereon to assure delivery.

This 8 day of EV_____, 2018.

_____
JOHN B. LONG, ESQ.
Attorney for Plaintiff