## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

CHRISTINA BRINSON, and all other    )
persons similarly situated,    )
    )
    Plaintiffs,    )
    )    CIVIL ACTION FILE
v.    )    NO. 2:15-CV-00099-LGW-RSB
    )
PROVIDENCE COMMUNITY    )    **(CLASS ACTION)**
CORRECTIONS, INC.    )
    )
    Defendant.    )

## PLAINTIFFS' MOTION FOR CERTIFICATION OF THE CLASS AND SUBCLASSES AND DESIGNATION OF CLASS COUNSEL AND THE CLASS REPRESENTATIVES

COME NOW Plaintiffs through counsel and move the Court, pursuant to Fed.R.Civ.P. 23,

to:

1.    Certify a class and subclasses to include:

### The Class

All persons who, in Georgia, have paid fees denominated as probation supervision fees to Providence Community Corrections, Inc. since July 7, 2011.

### Subclass A

All members of the Class who have paid fees denominated as probation supervision fees to Providence Community Corrections, Inc. at a time when Providence Community Corrections, Inc. did not then have a probation services contract that had been approved by the then-governing authority of the county or municipality where the sentencing court was located and by the then-Chief Judge of that court.

### Subclass B

All members of the Class who have paid fees denominated as probation supervision fees to Providence Community Corrections, Inc. at a time when Providence

Community Corrections, Inc. did not then have a probation services contract that had been filed with the County and Municipal Probation Advisory Council of Georgia for the court that had placed the person on probation.

2.      Approve Christina Brinson as representative of the Class and Subclasses.

3.      Designate as class counsel:

        John B. Long
        John C. Bell, Jr.
        Lee W. Brigham
        Thomas W. Tucker
        John R.B. Long
        Jason Clark

4.      Allow discovery to proceed.

                                        Respectfully submitted,

                                        BELL & BRIGHAM

                                        _s/ John C. Bell, Jr._
                                        John C. Bell, Jr.
                                        Georgia State Bar No. 048600
                                        Lee W. Brigham
                                        Georgia State Bar No. 081698
                                        PO Box 1547
                                        Augusta, GA 30903-1547
                                        (706) 722-2014
                                        john@bellbrigham.com

                                        John B. Long
                                        Georgia State Bar No. 457200
                                        Thomas W. Tucker
                                        Georgia State Bar. No. 717975
                                        TUCKER LONG, P.C.
                                        P. O. Box 2426
                                        Augusta, GA 30903
                                        (706) 722-0771
                                        jlong@tuckerlong.com
                                        ttucker@tuckerlong.com

JASON CLARK (Bar No. 127181)
JASON CLARK, P.C.
2225 Gloucester St.
Brunswick, GA 31520
(912) 264-1999
jason@jasonclarkpc.com

JOHN R. B. LONG (Bar No. 516133)
JOHN R. B. LONG, P.C.
411 Telfair Street
Augusta, GA 30901
(706) 868-8011
jlongattorney@aol.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing document to be filed with the Clerk of Court using the Court's electronic filing system which will cause a copy of the document to be served electronically upon the following opposing counsel of record:

William H. Horlock, Jr., Esquire
Glenn S. Bass, Esquire
SCRUDDER, BAASS, QUILLIAN, HORLOCK TAYLOR & LAZARUS LLP
900 Circle 75 Parkway, Suite 850
Atlanta, GA 30339

Michael R. Baumrind, Esquire
Tianna S. Mykkeltvedt, Esquire
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309

This 9th day of May, 2018.

        *s/ John C. Bell, Jr*
John C. Bell, Jr.
COUNSEL FOR PLAINTIFFS