# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

CHRISTINA BRINSON, and all other )
persons similarly situated, )
                       )
      Plaintiffs, )
                       )    CIVIL ACTION FILE
v. )    NO. 2:15-CV-00099-LGW-RSB
                       )
PROVIDENCE COMMUNITY )    **(CLASS ACTION)**
CORRECTIONS, INC. )
                       )
      Defendant. )

## AFFIDAVIT OF MARIE T. JENKINS

Personally appeared before me, Marie T. Jenkins, who, after being duly sworn, deposes and says as follows:

1.

I am an adult without disabilities that would prevent me from giving the testimony in this Affidavit. This Affidavit is made based upon my own personal knowledge. It is submitted in support of Plaintiffs' Motion for Class Certification.

2.

Attached hereto are 143 sentences imposed by the State Court of Jefferson County, Georgia, for misdemeanor convictions that include a command that the defendant/probationer pay a monthly fee for probation supervision. I am informed that probation supervision services for those placed on probation by the State Court of Jefferson County were being provided by Defendant Providence Community Corrections, Inc. during the time that the probationers were being required to pay these probation supervision fees.

3.

I can attest to the authenticity of the attached sentences, as I personally removed them from the files maintained by the Clerk of State Court of Jefferson County, and personally copied each.

4.

My examination of case files maintained by the Clerk of Court for misdemeanor cases is not yet complete, and therefore I anticipate that there are substantially more persons who were ordered to pay probation supervision fees than the 143 attached sentences during the time when Defendant Providence Community Corrections, Inc. was providing probation supervision services to the State Court of Jefferson County, Georgia.

5.

The facts set forth in this Affidavit are known to me to be true of my own personal knowledge.

_Marie T. Jk_
Marie T. Jenkins

Sworn to and subscribed
before me this the 14th day
of May, 2018.

_Rebecca Meek_
NOTARY PUBLIC
Richmond County, Georgia
My Commission expires:



**FINAL DISPOSITION**

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _12_-SR-_0046_

OFFENSE(S) *Criminal Trespass*

VS.

*Hayley L. Williford*

*March* TERM, *2012*

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

**VERDICT:**
- [ ] JURY
- [ ] NON-JURY
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

**OTHER DISPOSITION**
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

---

[X] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

[X] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

[X] **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _150.00_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.** Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course**

*May terminate after 6 months     Restitution to be determined by P.O.*
*DO NOT Go Ingles Property*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _March_, _2012_                    _____, Judge, JEFFERSON State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _March_, _2012_    *Edith Hall*
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _March_, _2012_    *Hayley Williford*
Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Lisa Williams*

Deputy Clerk

CRIMINAL ACTION NO. _12_ -SR- _00045_

OFFENSE(S) *Simple Battery*

*Reckless Conduct*

*May* TERM, _2012_

| | | |
|---|---|---|
| [X] **PLEA:** | [ ] **VERDICT:** | [ ] **OTHER DISPOSITION** |
| [X] NEGOTIATED | [ ] JURY   [ ] GUILTY ON | [X] NOLLE PROSEQUI ORDER ON |
| [ ] GUILTY ON COUNT(S) | [ ] NON-JURY   COUNT(S) _____ | COUNT(S) _____ |
| [X] NOLO CONTENDERE ON | [ ] NOT GUILTY ON | [ ] DEAD DOCKET ORDER ON |
| COUNT(S) _2_ | COUNT(S) _____ | COUNT(S) _____ |
| [ ] TO LESSER INCLUDED | [ ] GUILTY OF INCLUDED | |
| OFFENSE(S)_____ | OFFENSE(S) OF _____ | |
| | ON COUNT(S) _____ | (SEE SEPARATE ORDER) |
| ON COUNT(S) _____ | | |

ENTERED RW

ENTERED EER SCANNED

---

[X] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

[ ] 1) THAT the above sentence may be served on probation.

[ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 Months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

[X] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

[X] 1) Do not violate the criminal laws of any governmental unit.

[X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

[X] 3) Avoid persons or places of disreputable or harmful character.

[X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

[X] 5) Work faithfully as suitable employment insofar as may be possible.

[X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

[X] 7) Support his(her) legal dependents to the best of his(her) ability.

[X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

[X] **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of $250⁰⁰ + SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee   Pay a 10% jail fee on fines.   Pay a 5% VAF Surcharge on fines.   Pay a 10% Indigent Defense Surcharge.   ( ) Pay a $26.00 DUI Surcharge   ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service   ( ) Attend Alcohol and/or Drug Counseling   ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS:** Attend evaluation/risk reduction program.   Pay a 10% Spinal Injury Trust Fund Fee.   Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses   ( ) Attend and Complete Anger Management Course

*May terminate upon payment of fines & fees*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _May_, _2012_     _John T Murphy_

Judge, JEFFERSON State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _May_, _2012_     _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _May_, _2012_     _Lisa Williams_

Probationer

White–Clerk     Canary–Probation Office     Pink–Defendant

Filed in Open Court, this 21st day of May 2012

ST-6

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

Christopher L. Williams

CRIMINAL ACTION NO. _12_ SR _00044_

OFFENSE(S) (1) *Theft by Taking*
(2) *Reckless Conduct*
(3) *Cruelty To Children*

*April* TERM, *2012*

☐ **PLEA:**
☐ NEGOTIATED
☐ GUILTY ON COUNT(S) _1, 2, 3_
☐ NOLO CONTENDERE ON COUNT(S) _____
☐ TO LESSER INCLUDED OFFENSE(S) _____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

(ENTERED RW)

☐ VERDICT:
☐ GUILTY ON COUNT(S) _____
☐ NOT GUILTY ON COUNT(S) _____
☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
ON COUNT(S) _____

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law.
HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

① 12 months
② 12 months - consecutive = 36 mos
③ 12 months - consecutive

☐ 2) THAT upon service of _____ of the above sentence, the remainder of ① ② ③ 12 months - Consecutive may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION** ② 500⁰⁰ +SC ③ 500⁰⁰ +SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 350⁰⁰ +SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,
and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.
Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course
*Followup with victim on return of cell phone*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _16th_ day of _April_, _2012_ _____ / Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _16th_ day of _April_, _2012_ _Edith Hall_
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _16th_ day of _April_, _2012_ _Christopher Williams_
Probationer

White-Clerk      Canary-Probation Office      Pink-Defendant

FINAL DISPOSITION

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _12_-SR-_00043_

OFFENSE(S) _Criminal Trespass_

VS.

_Carlton William_

_March_ TERM, _2012_

Deputy Clerk

[✓] PLEA:
- [ ] NEGOTIATED
- [✓] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

[ ] VERDICT:
- [ ] JURY
- [ ] NON-JURY
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

[ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

ENTERED EER SCANNED

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _Credit Time Served_

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: **$35.00 per month** Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ :hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: **Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _March_ _2012_

_____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _March_ _2012_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _March_ _2012_

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

Filed in Open Court, this 19th day of March 2012

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _12_ -SR- _00042_

OFFENSE(S) *Suspended License*
① *Attempting To Elude Officer*
*No Tag*

VS.

*Corey Warren*

TERM, *2012*

*March*

☑ **PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) *1,2,3*
☐ NOLO CONTENDERE ON
    COUNT(S)_____
☐ TO LESSER INCLUDED
    OFFENSE(S)_____
    ON COUNT(S)_____

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
☐ GUILTY ON
    COUNT(S)_____
☐ NOT GUILTY ON
    COUNT(S)_____
☐ GUILTY OF INCLUDED
    OFFENSE(S) OF_____
    ON COUNT(S)_____

(ENTERED RW)

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON
    COUNT(S)_____
☐ DEAD DOCKET ORDER ON
    COUNT(S)_____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence. *less 45 day*

(1) *12 months*
(2) *12 months consec* } *36*
(3) *12 months consec* } *months*

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION ② *550⁰⁰ + SC*  ③ *150⁰⁰ + SC*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *1500⁰⁰ + SC* _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,

and pay restitution in the amount of _____: **$35.00 per month** Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) **Pay a $26.00 DUI Surcharge** ( ) **Pay a 50% Drug Surcharge on fines.** Perform _____ :hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve ① *10 days* ② *2 days* days jail time. *8* days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury/Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course *CIS*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _March_, _2012_

_____
Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _March_, _2012_   _Edith Hall_
_____
Probation Officer

Copy received and/instructions regarding conditions acknowledge,

This _19th_ day of _March_, _2012_
_____
Probationer

White–Clerk    Canary–Probation Office    Pink–Defendant

FINAL DISPOSITION

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _12_-SR- _00040_

OFFENSE(S) _Obstruction_

_Theft By Shoplifting_

VS.

_Rashawn Walker_

_March_ TERM, _2012_

☑ **PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _1, 2_
☐ NOLO CONTENDERE ON
COUNT(S)_____
☐ TO LESSER INCLUDED
OFFENSE(S)_____
ON COUNT(S)_____

☐ **VERDICT:**
☐ JURY       ☐ GUILTY ON
☐ NON-JURY   COUNT(S)_____
☐ NOT GUILTY ON
COUNT(S)_____
☐ GUILTY OF INCLUDED
OFFENSE(S) OF_____
ON COUNT(S)_____

ENTERED RW

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON
COUNT(S)_____
☐ DEAD DOCKET ORDER ON
COUNT(S)_____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _Credit Time Served_ _Banished from Jefferson County for 24 months_ in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : _$35.00 per month_ Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ :hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _March_ , _2012_ _[signature]_

Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _March_ , _2012_ _Edith Hull_

Probation Officer

Copy received and instructions regarding conditions acknowledge.

This _19th_ day of _March_ , _2012_

Probationer

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

## THE STATE

VS.

_Dwayne Nelson_

CRIMINAL ACTION NO. _12_ -SR- _34_

OFFENSE(S) ① _DUI – 3rd_

② _Suspended License_

_Nov._ TERM, _2012_

**☑ PLEA:**     ☐ **VERDICT:**     ☐ **OTHER DISPOSITION**

☑ NEGOTIATED    ☐ JURY    ☐ GUILTY ON    ☐ NOLLE PROSEQUI ORDER ON

☑ GUILTY ON COUNT(S) ① ②    ☐ NON-JURY    COUNT(S) _____    COUNT(S) _____

☐ NOLO CONTENDERE ON     ☐ NOT GUILTY ON    ☐ DEAD DOCKET ORDER ON

COUNT(S) _____    COUNT(S) _____    COUNT(S) _____

☐ TO LESSER INCLUDED    ☐ GUILTY OF INCLUDED

OFFENSE(S) _____    OFFENSE(S) OF _____

ON COUNT(S) _____    ON COUNT(S) _____    (SEE SEPARATE ORDER)

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law.
HOWEVER, it is further ordered by the Court:

☑ 1) THAT the above sentence may be served on probation.

☑ 2) THAT upon service of _____ of the above sentence, the remainder of ① _12 mos_ + ② _12 mos_ –consecutive = 24mos may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION ② $550 + S.C.

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _1,100 + S.C_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,
and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on
fines. Pay a 10% Indigent Defense Surcharge. (✓) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. (✓) Serve _21_ days jail time. _____ days Suspended
upon payment. Perform _45 days_ Community Service ( ) Attend Alcohol and/or Drug Counseling. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay
$25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course → Verify Employ
$25.00 Newspaper Fee ① Clinical Evaluation –Weekends
Turn in License plate for vehicle registered in name

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the
defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein imposed. If such probation is revoked, the Court may
order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the
defendant has served on probation.

So ordered this _19th_ day of _Nov._ _2012_

Judge, JEFFERSON State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set
forth above.

This _19th_ day of _Nov._ _2012_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _Nov._ _2012_

Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Anthony McCloud*

*(ENTERED LOA SCANNED)* — Deputy Clerk

CRIMINAL ACTION NO. _12_ -SR- _00032_

OFFENSE(S) *Theft By Shoplifting*

*Criminal Trespass*

*March* TERM, *2012*

| PLEA: | | |
|---|---|---|
| [ ] NEGOTIATED | [ ] JURY | [ ] VERDICT: |
| [X] GUILTY ON COUNT(S) _1, 2_ | [ ] NON-JURY | [ ] GUILTY ON COUNT(S) _____ |
| [ ] NOLO CONTENDERE ON COUNT(S)_____ | | [ ] NOT GUILTY ON COUNT(S) _____ |
| [ ] TO LESSER INCLUDED OFFENSE(S)_____ | *(ENTERED RW)* | [ ] GUILTY OF INCLUDED OFFENSE(S) OF_____ ON COUNT(S) _____ |
| ON COUNT(S) _____ | | |

[ ] OTHER DISPOSITION

[ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____

[ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _Credit Time Served_

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

[ ] 1) THAT the above sentence may be served on probation.

[ ] 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

[X] 1) Do not violate the criminal laws of any governmental unit.
[X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
[X] 3) Avoid persons or places of disreputable or harmful character.
[X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
[X] 5) Work faithfully as suitable employment insofar as may be possible.
[X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
[X] 7) Support his(her) legal dependents to the best of his(her) ability.
[X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _March_ _2012_

_John C Murphy_ Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _March_, _2012_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge.

This _19th_ day of _March_, _2012_ _____

Probationer

White Clerk    Canary Probation Office    Pink Defendant

*(left margin: Filed in Open Court, this 19th day of March 2012)*

12SR00030

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

_ENTERED LOA SCANNED_

VS.

**Cordarius Jerel Jackson**

CRIMINAL ACTION NO. _12-SR-00029_

OFFENSE(S) ① _Suspended License_
② _No Proof of Insurance_

_March_ TERM, _2012_

| PLEA: | | | VERDICT: | | | OTHER DISPOSITION |
|---|---|---|---|---|---|---|
| ☐ NEGOTIATED | | ☐ JURY | ☐ GUILTY ON | | ☐ NOLLE PROSEQUI ORDER ON | |
| ☒ GUILTY ON COUNT(S) _1,2_ | | ☐ NON-JURY | COUNT(S) _____ | | COUNT(S) _____ | |
| ☐ NOLO CONTENDERE ON | | | ☐ NOT GUILTY ON | | ☐ DEAD DOCKET ORDER ON | |
| COUNT(S) _____ | | _ENTERED RW_ | COUNT(S) _____ | | COUNT(S) _____ | |
| ☐ TO LESSER INCLUDED | | | ☐ GUILTY OF INCLUDED | | | |
| OFFENSE(S) _____ | | | OFFENSE(S) OF _____ | | (SEE SEPARATE ORDER) | |
| _____ | | | ON COUNT(S) _____ | | | |
| ON COUNT(S) _____ | | | | | | |

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1)  THAT the above sentence may be served on probation.               ① 12 months
☐ 2)  THAT upon service of _____ of the above sentence, the remainder of ② 12 months consec. may be served on probation
       PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1)  Do not violate the criminal laws of any governmental unit.
☒ 2)  Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3)  Avoid persons or places of disreputable or harmful character.
☒ 4)  Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5)  Work faithfully as suitable employment insofar as may be possible.
☒ 6)  Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7)  Support his(her) legal dependents to the best of his(her) ability.
☒ 8)  Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION  ② 500.00 +SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 550.00 +SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _2 days_ days jail time. _____ days Suspended upon payment.  **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course _3-20-12_
_May terminate after 12 months_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _March_ _2012_ _____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.
This _19th_ day of _March_, _2012_ _Edith Hall_
Probation Officer

Copy received and instructions regarding conditions acknowledge,
This _19th_ day of _March_, _2012_ _Cordarius Jackson_
Probationer

_Filed in Open Court, this 19th day of March 2012_

_MK Green Deputy Clerk_

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

THE STATE

VS.

*Charles H. Brown, Jr*

CRIMINAL ACTION NO. _12_ -SR- _22_

OFFENSE(S) ① DUI 2nd

② Suspended License

_NOV._ TERM, _2012_

**Deputy Clerk**

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) ① ②
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ☐ ON COUNT(S) _____

☐ **VERDICT:**
- ☐ JURY
- ☐ NON-JURY
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED EER SCANNED*

## X MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☑ 1) THAT the above sentence may be served on probation.

☑ 2) THAT upon service of _____ of the above sentence, the remainder of ① 2mos + ② 2mos = 24 mos may be served on probation [Consecutive] PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## X GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☑ 1) Do not violate the criminal laws of any governmental unit.
- ☑ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☑ 3) Avoid persons or places of disreputable or harmful character.
- ☑ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☑ 5) Work faithfully as suitable employment insofar as may be possible.
- ☑ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☑ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☑ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## X OTHER CONDITIONS OF PROBATION ② 550 + S.C.

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 800 + S.C. plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. (✓) Pay a $26.00 DUI Surcharge (✓) Pay a 50% Drug Surcharge on fines. Perform 30 hours Community Service (✓) Attend Alcohol and/or Drug Counseling (✓) Serve 5 days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. → Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses. ( ) Attend and Complete Anger Management Course → Verify Employment $25.00 Newspaper fee ① Clinical Evaluation → Verify License Suspension Name in License plates for registered in news

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _Nov._, _2012_

_____ Judge, JEFFERSON State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _Nov_ _2012_

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _Nov._ _2012_ _Charles H. Brown Jr._

_____ Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Albert Berry Jr*

ENTERED
L.O.A
SCANNED

CRIMINAL ACTION NO. _12_-SR-_00020_

OFFENSE(S) ① _DUI_
② _Suspended License_
③ _Fail To Maintain Lane_
_March_ TERM, _2012_

ENTERED
FW

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) _1,2,3_
- [ ] NOLO CONTENDERE ON COUNT(S)_
- [ ] TO LESSER INCLUDED OFFENSE(S)_
- ON COUNT(S)_

**VERDICT:**
- [ ] JURY
- [ ] NON-JURY
- [ ] GUILTY ON COUNT(S)_
- [ ] NOT GUILTY ON COUNT(S)_
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF_
- ON COUNT(S)_

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S)_
- [ ] DEAD DOCKET ORDER ON COUNT(S)_

(SEE SEPARATE ORDER)

[X] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months Consec_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

① _12 months_
② _12 months Consec = 36 months_
③ _12 months Consec_

[X] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully, as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

[X] **OTHER CONDITIONS OF PROBATION** ③ _100⁰⁰ + SC_

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _800⁰⁰ SC_ ② _550⁰⁰ + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: **$35.00 per month** Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ✓ ) **Pay a $26.00 DUI Surcharge** ( ) **Pay a 50% Drug Surcharge on fines.** Perform _30 DAYS_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ✓ ) Serve _7 days_ jail time. ① _5 days_ ② _2 days Consecutive_ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) **Attend and Complete Anger Management Course** _03-20-12_

_$25⁰⁰ Newspaper fee, Clinical Evaluation, Surrender license plates registered in Name - unless hardship, May terminate after 24 ___

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _12th_ day of _March_, _2012_ _____ Judge, JEFFERSON State Court

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _12th_ day of _March_, _2012_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _12th_ day of _March_, _2012_ _Albert Berry_

Probationer

White–Clerk    Canary–Probation Office    Pink–Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

THE STATE

VS.

*Larry J. Tucker*

CRIMINAL ACTION NO. _12_ -SR- _00019_

OFFENSE(S) ① _Reckless Conduct_

② _Cruelty to Children_

_Feb._ TERM, _2012_

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) ① ②
- ☐ NOLO CONTENDERE ON COUNT(S) ___
- ☐ TO LESSER INCLUDED OFFENSE(S) ___
- ON COUNT(S) ___

☐ **VERDICT:**
- ☐ JURY
- ☐ NON-JURY
- ☐ GUILTY ON COUNT(S) ___
- ☐ NOT GUILTY ON COUNT(S) ___
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF ___
- ON COUNT(S) ___

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) ___
- ☐ DEAD DOCKET ORDER ON COUNT(S) ___

(SEE SEPARATE ORDER)

---

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☑ 1) THAT the above sentence may be served on probation.
- ☑ 2) THAT upon service of _____ of the above sentence, the remainder of ①12mos. +②12mos. *consec.* =24mos. may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

☒ **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _700+S.C._ ② _400+S.C._ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ___ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve ___ days jail time. ___ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. **Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offense.** ① Attend and Complete Anger Management Course ② DV Class

-Do Not threaten harm to Ms. Stone (Veronica)

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _Feb._ , _2012_ _____

Judge, **JEFFERSON** State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _Feb._ , _2012_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _Feb._ , _2012_ _Larry J. Tucker_

Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _12_ -SR- _00017_

VS.

OFFENSE(S) ① _Reckless Conduct_

_Keith L. Reaves_

_Feb._ TERM, _2012_

- [ ] **PLEA:**
  - [ ] NEGOTIATED
  - [✗] GUILTY ON COUNT(S) _①_
  - [ ] NOLO CONTENDERE ON COUNT(S) _____
  - [ ] TO LESSER INCLUDED OFFENSE(S) _____
  - ON COUNT(S) _____

- [ ] **VERDICT:**
  - [ ] JURY
  - [ ] NON-JURY
  - [ ] GUILTY ON COUNT(S) _____
  - [ ] NOT GUILTY ON COUNT(S) _____
  - [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____
  - ON COUNT(S) _____

- [ ] **OTHER DISPOSITION**
  - [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
  - [ ] DEAD DOCKET ORDER ON COUNT(S) _____

  *(SEE SEPARATE ORDER)*

---

[✗] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

[✗] 1) THAT the above sentence may be served on probation.

[✗] 2) THAT upon service of _____ of the above sentence, the remainder of ① _12 mos._ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

[✗] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [✗] 1) Do not violate the criminal laws of any governmental unit.
- [✗] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [✗] 3) Avoid persons or places of disreputable or harmful character.
- [✗] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [✗] 5) Work faithfully at suitable employment insofar as may be possible.
- [✗] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [✗] 7) Support his(her) legal dependents to the best of his(her) ability.
- [✗] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

[✗] **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _700 ts.C._ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS:** Attend evaluation/risk reduction program. **Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ① Attend and Complete Anger Management Course _1 DV class_

_- Do not have Contact With Ms. Monica Collins._

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _Feb._ _20 12_  _[signature]_

Judge, **JEFFERSON** State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _Feb._, _2012_  _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _Feb._, _2012_  _Keith L Reaves_

Probationer

White-Clerk        Canary-Probation Office        Pink-Defendant

*(left margin, vertical)* Deputy Clerk · A W Anna Reg · Feb 2012 · Filed in Open Court, this 21st day of Feb.

*(stamps)* ENTERED L.O.A SCANNED · ENTERED RW

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _12_ -SR- _00012_

OFFENSE(S) ① _Suspended License_

VS.

_Darter Little_

_Feb._ TERM, _2012_

(ENTERED LOA SCANNED)

(ENTERED RW)

**☐ PLEA:**
- ☐ NEGOTIATED
- ☒ GUILTY ON COUNT(S) ①
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☒ 1) THAT the above sentence may be served on probation.

☒ 2) THAT upon service of _____ of the above sentence, the remainder of ① _12 mos._ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _550+S.C._ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( )** ~~Pay a 50% Drug Surcharge on fines.~~ Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _2_ days jail time. ) days Suspended upon payment. **SPECIAL CONDITIONS:** Attend evaluation/risk reduction program. **Pay a 10% Spinal Injury Trust Fund Fee.** Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _- verify Employmt_ _- weekend_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _Feb_ , _2012_ _____
Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _Feb_ , _2012_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _Feb_ , _2012_ _Dartez Little_

Probationer

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

*Deputy Clerk*  ENTERED LOA SCANNED

THE STATE

VS.

_Thomas Hall_

CRIMINAL ACTION NO. _12_ -SR- _00009_

OFFENSE(S) (1) _DUI-2nd_

(2) _Failure to Maintain Lane_

_Feb_ TERM, _2012_

- [X] PLEA:
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) (1)(2)
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- [ ] ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

ENTERED RW

- [ ] VERDICT:
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [X] 1) THAT the above sentence may be served on probation.
- [X] 2) THAT upon service of _____ of the above sentence, the remainder of @12 mos + @12 mos ~~cur~~ = 24 mos. may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully at suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of (1) _800+S.C._ (2) _100+S.C._ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. (✓ Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _30 days_ Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _5_ days jail time.) days Suspended upon payment. SPECIAL CONDITIONS: Attend ~~assessment~~/risk reduction program. ) Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course → Disable $25.00 Newspaper Fee (✓) Clinical Evaluation → Verify Medical ( ) Turn in License Plates registered in name

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _Feb._ _2012_          _[signature]_

Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _Feb_ _2012_     _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _Feb._ _2012_     _Thomas Hall_

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

*Filed in Open Court, this ___ day of ___ Feb 2012*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _12_ -SR- _00008_

OFFENSE(S) _No Proof of Insurance_

VS.

**ENTERED L.O.A. SCANNED**

_Clifton Gray Jr_

_March_ TERM, _2012_

☑ **PLEA:**
☐ NEGOTIATED
☐ GUILTY ON COUNT(S) ___1___
☐ NOLO CONTENDERE ON
COUNT(S) _____
☑ TO LESSER INCLUDED
OFFENSE(S) _____
ON COUNT(S) _____

☐ **VERDICT:**
☐ JURY
☐ NON-JURY
☐ GUILTY ON
COUNT(S) _____

**ENTERED RWF**

☐ NOT GUILTY ON
COUNT(S) _____
☑ GUILTY OF INCLUDED
OFFENSE(S) OF _____
ON COUNT(S) _____

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON
COUNT(S) _____
☐ DEAD DOCKET ORDER ON
COUNT(S) _____
(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law.
HOWEVER, it is further ordered by the Court:

_12 months – 2 months = 10 months_

☐ 1) THAT the above sentence may be served on probation.
☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _500.00 SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,
and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a $26.00 DUI Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.
Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended
upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay
$25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _March_ _2012_ _____ Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _March_, _2012_ _Edith Hall_ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _March_, _2012_ _Clifton Gray Jer._ Probationer

White-Clerk        Canary-Probation Office        Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

THE STATE

VS.

_Leotis Carr, Jr_

CRIMINAL ACTION NO. _12_ -SR- _0000 6_

OFFENSE(S) ① _Suspended License_

② _No Insurance_

_Feb._ TERM, _2012_

- ☑ **PLEA:**
  - ☐ NEGOTIATED
  - ☑ GUILTY ON COUNT(S): ① ②
  - ☐ NOLO CONTENDERE ON
  - COUNT(S) _____
  - ☐ TO LESSER INCLUDED
  - OFFENSE(S) _____
  - ON COUNT(S) _____

- ☐ **VERDICT:**
  - ☐ JURY
  - ☐ NON-JURY
  - ☐ GUILTY ON COUNT(S) _____
  - ☐ NOT GUILTY ON COUNT(S) _____
  - ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- ☐ **OTHER DISPOSITION**
  - ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
  - ☐ DEAD DOCKET ORDER ON COUNT(S) _____
  - (SEE SEPARATE ORDER)

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☑ 1) THAT the above sentence may be served on probation.
- ☑ 2) THAT upon service of _____ of the above sentence, the remainder of ①12mos + ②12mos _conse_ = 24mos _ may be served on probation
  PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully at suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION ① 500 + S.C.

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _550 + S.C._ ② _500 + S.C._ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.** Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _2_ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course — _Cred: 4 Time Served_

_May terminate after 12 mos. if all Conditions are met_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _Feb._, _2012_    _____ Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above

This _21st_ day of _Feb._, _2012_    _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _Feb_ _2012_    _____

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

_Timothy C. Albino_

ENTERED
LOA
SCANNED

Deputy Clerk

CRIMINAL ACTION NO. _12_ - SR - _0000l_

OFFENSE(S) ① _DUI - 2nd_
② _Failure to Maintain Lane_
③ _Open Container_
_Feb._ TERM, _2012_

**PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) ①②③
☐ NOLO CONTENDERE ON COUNT(S) _____
☐ TO LESSER INCLUDED OFFENSE(S) _____
ON COUNT(S) _____

**VERDICT:**
☐ JURY
☐ NON-JURY
☐ GUILTY ON COUNT(S) _____
☐ NOT GUILTY ON COUNT(S) _____
☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
ON COUNT(S) _____

ENTERED
RW

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

---

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct to be computed as provided by law.
HOWEVER, it is further ordered by the Court:

☑ 1) THAT the above sentence may be served on probation. _concurrent_

☑ 2) THAT upon service of _____ of the above sentence, the remainder of ① _12 mos_ + ② _12 mos_ + ③ _12 mos_ = _24 mos_ may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _800 + s.c._ ② _200 s.c._ ③ _200 s.c._ whichever is less pursuant to O.C.G.A. 15-21-70, plus $50 or 10%,
and pay restitution in the amount of _____ ; $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on Fines. Pay a 10% Indigent Defense Surcharge. (☑) Pay a $26.00 DUI Surcharge (☑) Pay a 50% Drug Surcharge on fines.
Perform _30 hours_ Community Service (☑) Attend Alcohol and/or Drug Counseling (☑) Serve _5 days_ jail time. _____ days Suspended
upon payment. SPECIAL CONDITIONS: Attend ~~evaluation~~/risk reduction program) Pay a 10% Spinal Injury Trust Fund Fee. Pay
$25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course — _Ver. by Employment_
$25.00 Newspaper Fee ① _Clinical Evaluation_ — _Weekends_
① _Turn in License plates for all Vehicles Registered in name_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition of probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _Feb._, _2013_ _____ Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _Feb._, _2012_ _Edith Hall_ _____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _Feb._, _2012_ _____ Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00280_

OFFENSE(S) (1) DUI - refusal

(2) Reckless Conduct

vs.

_David Lafavor_

(3) Seat belt Violation

_May_ TERM, _2012_

_Deputy Clerk_

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _2, 3_
- ☐ NOLO CONTENDERE ON COUNT(S)
- ☐ TO LESSER INCLUDED OFFENSE(S)
- ON COUNT(S)

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
- ☐ GUILTY ON COUNT(S)
- ☐ NOT GUILTY ON COUNT(S)
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S)

- ☐ OTHER DISPOSITION
- ☑ NOLLE PROSEQUI ORDER ON COUNT(S) _1_
- ☐ DEAD DOCKET ORDER ON COUNT(S)

(SEE SEPARATE ORDER)

*ENTERED EER SCANNED* (stamp)

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- ☐ 1) THAT the above sentence may be served on probation. (2) 12 months
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully at suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of (2) $500⁰⁰ +sc _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, $50⁰⁰ and pay restitution in the amount of _____: **$35.00 per month** Probation Fee  **Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.**  ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines.  Perform ____ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling  ( ) Serve ____ days jail time.  ____ days Suspended upon payment.  **SPECIAL CONDITIONS: Attend evaluation/risk reduction program.  Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses**  ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _May_ _2012_

_____ Judge, JEFFERSON State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _May_ _2012_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _May_ _2012_

*[Left margin vertical text: Mo-Quilla Reed ... May 2012 ... Filed in Open Court, this 21st day of 2/21 May]*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

THE STATE

VS.

*Tommy L. Williams*

CRIMINAL ACTION NO. _11_ -SR- _00279_

OFFENSE(S) ① Suspended License -4th
② Possession of Marijuana
③ Speeding
January     TERM, 2012

**PLEA:**

☐ NEGOTIATED

☑ GUILTY ON COUNT(S) ① ② ③

☐ NOLO CONTENDERE ON

    COUNT(S) _____

☐ TO LESSER INCLUDED

    OFFENSE(S) _____

    ON COUNT(S) _____

☐ JURY

☐ NON-JURY

**VERDICT:**

☐ GUILTY ON

    COUNT(S) _____

☐ NOT GUILTY ON

    COUNT(S) _____

☐ GUILTY OF INCLUDED

    OFFENSE(S) OF _____

    ON COUNT(S) _____

☐ **OTHER DISPOSITION**

☐ NOLLE PROSEQUI ORDER ON

    COUNT(S) _____

☐ DEAD DOCKET ORDER ON

    COUNT(S) _____

(SEE SEPARATE ORDER)

ENTERED RW

ENTERED EER SCANNED

---

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☑ 1) THAT the above sentence may be served on probation.

☑ 2) THAT upon service of _____ of the above sentence, the remainder of ① 2mos + ② 12mos + ③ 12mos = 36 mos consecutive each may be served on probation

PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.

☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

☒ 3) Avoid persons or places of disreputable or harmful character.

☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

☒ 5) Work faithfully at suitable employment insofar as may be possible.

☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

☒ 7) Support his(her) legal dependents to the best of his(her) ability.

☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 2,000 +S.C. ② 500 +S.C. ③ 150 +S.C. plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,

and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.

Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ✓ ) Serve 60 days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course. - 60 days Jail - Jail to begin today.

- Drug Surcharge -

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _17th_ day of _January_, _2012_    _[signature]_ Judge, JEFFERSON State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _17th_ day of _January_, _2012_     _____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _17th_ day of _January_, _2012_    *Tommy L Williams*    Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

*Deputy Clerk*    2012    Lion    Filed in Open Court, this 17th day of

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

VS.

*Francis L. Roton*

CRIMINAL ACTION NO. _____ 11 -SR- 00276

OFFENSE(S) (1) Theft by Taking
(2) Theft by Taking (3) Theft by Taking
(4) Theft by Taking

January     TERM, 2012

**☑ PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) (1)(2)(3)(4)
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

**☐ VERDICT:**
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

**☐ OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*(stamp: ENTERED RW)*
*(stamp: ENTERED EER SCANNED)*

---

**☒ MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. case case
HOWEVER, it is further ordered by the Court:
- ☑ 1) THAT the above sentence may be served on probation.
- ☑ 2) THAT upon service of _____ of the above sentence, the remainder of (1) 12 mos + (2) 12 mos + (3) 12 mos + (4) 12 mos = 4 may be served on probation,
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

**☒ GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

**☒ OTHER CONDITIONS OF PROBATION** (1) 350 t S.C. (2) 350 t S.C. (3) 350 t S.C. (4) 350 t S.C.
IT IS FURTHER ORDERED that the defendant pay a fine in the amount of (1) 350 t S.C. _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,
and pay restitution in the amount of $130.00 ; $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.
Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended
upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay
$25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course
Restitution
Flash Foods

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the
defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may
order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the
defendant has served on probation.

So ordered this 17th day of January 2012 _____ Judge, JEFFERSON State Court.

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set
forth above.

This 17th day of January , 2012    Edith Hull

                           Probation Officer

Copy received and instructions regarding conditions acknowledge,

This 17th day of January , 2012    Francis Roton

White-Clerk     Canary-Probation Office     Pink-Defendant        Probationer

*(left margin: Deputy Clerk — Filed in Open Court, this 17th day of January, 2012)*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA                    FINAL DISPOSITION

### THE STATE

CRIMINAL ACTION NO. ___11___ -SR- _00273_

OFFENSE(S) ① Suspended License

### VS.

_Malcolm A. Lewis_                    _January_                    TERM, _2012_

☑ PLEA:

☐ NEGOTIATED
☑ GUILTY ON COUNT(S) ①
☐ NOLO CONTENDERE ON COUNT(S) _____
☐ TO LESSER INCLUDED OFFENSE(S) _____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON COUNT(S) _____
☐ NOT GUILTY ON COUNT(S) _____
☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

ENTERED RW

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

ENTERED EER SCANNED

---

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☑ 1) THAT the above sentence may be served on probation.

☑ 2) THAT upon service of _____ of the above sentence, the remainder of ① 12 mos. _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully at suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 550 + S.C. plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee  Pay a 10% jail fee on fines.   Pay a 5% VAF Surcharge on fines.   Pay a 10% Indigent Defense Surcharge.   ( ) Pay a $26.00 DUI Surcharge   ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (X Serve 2 days jail time.)  _____ days Suspended upon payment.  SPECIAL CONDITIONS: Attend evaluation/risk reduction program.   Pay a 10% Spinal Injury Trust Fund Fee.   Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses   ( ) Attend and Complete Anger Management Course

- verify Jail time served 4 days.

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _17th_ day of _January_ , _2012_                    _____ Judge, JEFFERSON State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _17th_ day of _January_ , _2012_                    _Edith Hall_
                                                                                          Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _17th_ day of _January_ , _2012_                    _Malcolm_

FINAL DISPOSITION     ST-6

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

CRIMINAL ACTION NO. _____ 11 -SR- 00272

OFFENSE(S) ① Theft By Shoplifting

VS.

_Charles E. Lewis_

Feb TERM, 2012

*Deputy Clerk*

*(vertical left margin) J laccudla Neid*

- [✓] **PLEA:**
  - [✓] NEGOTIATED
  - [✓] GUILTY ON COUNT(S) ①
  - [ ] NOLO CONTENDERE ON COUNT(S) _____
  - [ ] TO LESSER INCLUDED OFFENSE(S)_____
  - ON COUNT(S) _____

- [ ] **VERDICT:**
  - [ ] JURY
  - [ ] NON-JURY
  - [ ] GUILTY ON COUNT(S) _____
  - [ ] NOT GUILTY ON COUNT(S) _____
  - [ ] GUILTY OF INCLUDED OFFENSE(S) OF_____ ON COUNT(S) _____

- [ ] **OTHER DISPOSITION**
  - [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
  - [ ] DEAD DOCKET ORDER ON COUNT(S) _____

  (SEE SEPARATE ORDER)

*(stamp)* ENTERED RW

*(stamp)* ENTERED EER SCANNED

---

[✗] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _— Credit Time Served —_

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

[✗] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [✗] 1) Do not violate the criminal laws of any governmental unit.
- [✗] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [✗] 3) Avoid persons or places of disreputable or harmful character.
- [✗] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [✗] 5) Work faithfully at suitable employment insofar as may be possible.
- [✗] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [✗] 7) Support his(her) legal dependents to the best of his(her) ability.
- [✗] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

[✗] **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : **$35.00 per month** Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

---

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _Feb_ , 2012

_____ Judge, **JEFFERSON** State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

_21st_ day of _Feb_ , 2012.

_____ Probation Officer

____ and instructions regarding conditions acknowledge,

_15t_ day of _Feb._ , 2012

_____ Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

*(vertical left margin) Filed in Open Court, this 21st day of Feb. , 2012*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

CRIMINAL ACTION NO. _____ 11 -SR- 0027 /

OFFENSE(S) (1) Suspended License

VS.

*Terrance R. Howard*

_January_ TERM, 2012

☐ **PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) (1)
☐ NOLO CONTENDERE ON
    COUNT(S) _____
☐ TO LESSER INCLUDED
    OFFENSE(S) _____
    ON COUNT(S) _____

☐ JURY
☐ NON-JURY

*ENTERED RW*

☐ **VERDICT:**
☐ GUILTY ON
    COUNT(S) _____
☐ NOT GUILTY ON
    COUNT(S) _____
☐ GUILTY OF INCLUDED
    OFFENSE(S) OF _____
    ON COUNT(S) _____

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON
    COUNT(S) _____
☐ DEAD DOCKET ORDER ON
    COUNT(S) _____

    (SEE SEPARATE ORDER)

*ENTERED EER SCANNED*

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☑ 1) THAT the above sentence may be served on probation.

☑ 2) THAT upon service of _____ of the above sentence, the remainder of (1) 12 months may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully at suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of (1) 550 + t.s. C plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve 2 days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course → Verify Employment - Verify that defendant has served 24 hrs. (weekends)

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this 17th day of January, 2012

Judge, __JEFFERSON__ State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This 17th day of January, 2012    *Edith Hall*

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This 17th day of January, 2012    *Terrance Howard*

Probationer

White–Clerk    Canary–Probation Officer    Pink–Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

FINAL DISPOSITION

### THE STATE

CRIMINAL ACTION NO. _11_-SR-_00270_

OFFENSE(S) (1) ~~Obstr~~ Suspended License

VS.

_Jeffery D. Freeman_

_January_ TERM, _2012_

**☑ PLEA:**

☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _(1)_
☐ NOLO CONTENDERE ON COUNT(S) _____
☐ TO LESSER INCLUDED OFFENSE(S)_____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
☐ GUILTY ON COUNT(S)_____
☐ NOT GUILTY ON COUNT(S)_____
☐ GUILTY OF INCLUDED OFFENSE(S) OF_____
ON COUNT(S)_____

(ENTERED RW)

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON COUNT(S)_____
☐ DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☑ 1) THAT the above sentence may be served on probation.

☑ 2) THAT upon service of _____ of the above sentence, the remainder of _(1) 12 mos._ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _550 +s.c._ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) ~~Pay a 50% Drug Surcharge on fines.~~ Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (☑ Serve _2_ days jail time.) days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course - Verify Employment - Weekends -

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or condition herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _17th_ day of _January_, _2012_

_____ Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _17th_ day of _January_, _2012_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _17th_ day of _January_, _2012_ _Jeffery D. Fre___

Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00268_

VS.

OFFENSE(S) ① _No Proof of Insurance_

_Quartez Boyd_

_January_ TERM, _2012_

☑ **PLEA:**

☐ NEGOTIATED
☑ GUILTY ON COUNT(S) ①
☐ NOLO CONTENDERE ON
   COUNT(S) _____
☐ TO LESSER INCLUDED
   OFFENSE(S) _____
   _____
   ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
☐ GUILTY ON
   COUNT(S) _____
☐ NOT GUILTY ON
   COUNT(S) _____
☐ GUILTY OF INCLUDED
   OFFENSE(S) OF _____
   ON COUNT(S) _____

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON
   COUNT(S) _____
☐ DEAD DOCKET ORDER ON
   COUNT(S) _____

(SEE SEPARATE ORDER)

---

**☒ MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☑ 1) THAT the above sentence may be served on probation.
☑ 2) THAT upon service of _____ of the above sentence, the remainder of ① _12 mos._ may be served on probation
   PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

**☒ GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

**☒ OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _500 +S.C._ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.** Perform _____ : hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or conditions herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _17th_ day of _January_ _2012_ _____ Judge, **JEFFERSON** State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above

This _17th_ day of _January_ , _2012_ _Edith Hall_

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _17th_ day of _January_ , _2012_ _____

White-Clerk        Canary-Probation Office        Pink-Defendant

_____ Probationer

**FINAL DISPOSITION**

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00267_

OFFENSE(S) _Battery_

VS.

_Saxon Washington_

_December_ TERM, _2011_

*Deputy Clerk*

*Filed in Open Court, this 19th day of Dec. 2011*

- [✓] PLEA:
- [ ] NEGOTIATED
- [✓] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON
  - COUNT(S) _____
- [ ] TO LESSER INCLUDED
  - OFFENSE(S) _____
  - ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
- [ ] GUILTY ON
  - COUNT(S) _____
- [ ] NOT GUILTY ON
  - COUNT(S) _____
- [ ] GUILTY OF INCLUDED
  - OFFENSE(S) OF _____
  - ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON
  - COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON
  - COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

### [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$250 00 +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ _$35.00 per month_ Probation Fee _Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines._ Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_No Contact with Aaron Scott McGahee_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _December_ _2011_

_____ Judge, _JEFFERSON_ State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _December_, _2011_ _Edith Hall_

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _December_, _2011_ _Saxon Washington_

_____ Probationer

White -- Clerk        Canary -- Probation Office        Pink -- Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. ___11__ -SR- _002266_

OFFENSE(S) _Battery_

VS.

_Gunnar Harris_

_December_ TERM, _2011_

☑ **PLEA:**
- ☐ Negotiated
- ☑ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON COUNT(S) ___
- ☐ TO LESSER INCLUDED OFFENSE(S) ___
- ON COUNT(S) ___

☐ **VERDICT:**
- ☐ JURY
- ☐ NON-JURY
- ☐ GUILTY ON COUNT(S) ___
- ☐ NOT GUILTY ON COUNT(S) ___
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF ___
- ON COUNT(S) ___

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) ___
- ☐ DEAD DOCKET ORDER ON COUNT(S) ___

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _250.00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : _$35.00 per month_ Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ___ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve ___ days jail time. ___ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _No Contact with Victim Aaron Scott McGahee_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _December_ _2011_ _____ Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _December_, _2011_ _Edith Hall_ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _December_ _2011_ _Gunnar Harris_ Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00265_

OFFENSE(S) _No Insurance_

VS.

_Brook Wilcher_

_December_ TERM, _2011_

☑ **PLEA:**     ☐ **VERDICT:**     ☐ **OTHER DISPOSITION**

☐ NEGOTIATED     ☐ JURY     ☐ GUILTY ON     ☐ NOLLE PROSEQUI ORDER ON

☐ GUILTY ON COUNT(S)_____     ☐ NON-JURY     COUNT(S)_____     COUNT(S)_____

☑ NOLO CONTENDERE ON     ☐ NOT GUILTY ON     ☐ DEAD DOCKET ORDER ON

COUNT(S)_____     COUNT(S)_____     COUNT(S)_____

☐ TO LESSER INCLUDED     ☐ GUILTY OF INCLUDED

OFFENSE(S)_____     OFFENSE(S) OF_____     (SEE SEPARATE ORDER)

ON COUNT(S)_____     ON COUNT(S)_____

ENTERED RW

ENTERED EER SCANNED

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.

☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

☒ 3) Avoid persons or places of disreputable or harmful character.

☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

☒ 5) Work faithfully at suitable employment insofar as may be possible.

☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

☒ 7) Support his(her) legal dependents to the best of his(her) ability.

☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$500 +sc_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee  Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.  ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines.

Perform ____ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling  ( ) Serve ____ days jail time. ____ days Suspended upon payment.  SPECIAL CONDITIONS: Attend evaluation/risk reduction program.  Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _December_ _2011_

_____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _December_, _2011_   _Edith Hall_

_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _December_, _2011_   _Brooke Wilcher_

_____
Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

_Filed in Open Court, this 19th day of Dec 2011_

_Deputy Clerk_

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA     FINAL DISPOSITION

THE STATE

CRIMINAL ACTION NO. _____ *11* -SR- *00261*

OFFENSE(S) ② *Suspended License*

VS.

③ *Hit & Run* ④ *Failure To Maintain Lane* ① *DUI-refusal*

*Charles Nasworthy*

TERM, *2012*

*January*

☐ PLEA:

☐ NEGOTIATED
☒ GUILTY ON COUNT(S) *1, 2*
☐ NOLO CONTENDERE ON
    COUNT(S) _____
☐ TO LESSER INCLUDED
    OFFENSE(S) _____
    ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON
    COUNT(S) _____
☐ NOT GUILTY ON
    COUNT(S) _____
☐ GUILTY OF INCLUDED
    OFFENSE(S) OF _____
    ON COUNT(S) _____

(ENTERED RW)

☐ OTHER DISPOSITION
☒ NOLLE PROSEQUI ORDER ON
    COUNT(S) *3, 4*
☐ DEAD DOCKET ORDER ON
    COUNT(S) _____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1)   THAT the above sentence may be served on probation.
☐ 2)   THAT upon service of _____ of the above sentence, the remainder of ① *12 mos* ② *12 mos Consec = 24 mos* may be served on probation
    PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1)   Do not violate the criminal laws of any governmental unit.
☒ 2)   Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3)   Avoid persons or places of disreputable or harmful character.
☒ 4)   Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5)   Work faithfully as suitable employment insofar as may be possible.
☒ 6)   Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7)   Support his(her) legal dependents to the best of his(her) ability.
☒ 8)   Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION** *550.00+SC*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of *①500ºº+SC* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,

and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform *40* hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓ *Serve 24 hrs* ① *2 days* days jail time. ① days Suspended upon payment. SPECIAL CONDITIONS |Attend evaluation/risk reduction program.| Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course *CTS* *CTS*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *17th* day of *January*, *2012*      _____
                                                Judge, JEFFERSON State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *17th* day of *January*, *2012*    *Edith Hall*
                                                 Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *17th* day of *January*, *2012*    *Charles L. Nasworth*
                                                 Probati

White-Clerk     Canary-Probation Office     Pink-Defendant

*Deputy Clerk*

*Filed in Open Court, this* *17th* *day of* *January, 2012*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

Harry James McNair

CRIMINAL ACTION NO. _11_ -SR- _00259_

OFFENSE(S) ① Driving While License Suspended
② Fleeing Attempting to Elude officer
③ Reckless Driving ④ Obstruction

_____ TERM, _____

_Deputy Clerk_

**PLEA:**
- [ ] NEGOTIATED
- [✓] GUILTY ON COUNT(S) 1, 3
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [✓] TO LESSER INCLUDED OFFENSE(S)_____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [✓] NOLLE PROSEQUI ORDER ON COUNT(S) 2, 4
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

ENTERED RW

ENTERED EER SCANNED

---

**[X] MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation

① 12 months    ② 12 months CNSEC  24 mos

PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

**[X] GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully at suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

**[X] OTHER CONDITIONS OF PROBATION** ③

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of 1500⁰⁰ + SC  ③ 300⁰⁰+SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve 30 days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course  CTS

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _December_ _2011_    _____ Judge, **JEFFERSON** State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _December_, _2011_    _Edith Hill_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _December_, _2011_    _Harry J. McNair_

Probationer

White–Clerk    Canary–Probation Office    Pink–Defendant

_Filed in Open Court, this 19th day of December 2011_

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Ronnie May Jr.*

CRIMINAL ACTION NO. _____ 11-SR-6R00258_

OFFENSE(S) ① *Possession of Alcoh. Under 21*
② *Carrying a deadly weapon*
③ *Carrying pistol w/o a license*
*December* _____ TERM, *2011*

*(Left margin, vertical:) Deputy Clerk*

*(Left margin, vertical:) 19th day of December, 2011*

*(Left margin, vertical:) Filed in Open Court, this*

**PLEA:** ☑

- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) ▓▓▓
- ☑ NOLO CONTENDERE ON COUNT(S) *1, 2*
- ☐ TO LESSER INCLUDED OFFENSE(S)_____ ON COUNT(S)_____

- ☐ JURY
- ☐ NON-JURY

*(stamp)* ENTERED RW

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S)_____
- ☐ NOT GUILTY ON COUNT(S)_____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF_____ ON COUNT(S)_____

- ☐ OTHER DISPOSITION
- ☑ NOLLE PROSEQUI ORDER ON COUNT(S) *3*
- ☐ DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

*(stamp)* ENTERED EER SCANNED

---

**☑ MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation

*12 months, 12 mos consec = 24 mos*

PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

**☑ GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☑ 1) Do not violate the criminal laws of any governmental unit.
- ☑ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☑ 3) Avoid persons or places of disreputable or harmful character.
- ☑ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☑ 5) Work faithfully as suitable employment insofar as may be possible.
- ☑ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☑ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☑ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

**☑ OTHER CONDITIONS OF PROBATION** ② *350 + SC*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *300.00 + SC* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : **$35.00 per month** Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course *terminate upon pmt of fines & fees and evidence of enrollment into armed services*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *19th* day of *December*, *2011*    _____ Judge, **JEFFERSON** State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *19th* day of *December, 2011*   *Edith Hall*
                       Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *19th* day of *December, 2011*   *Ronnie May Jr.*
                       Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00257_

VS.

OFFENSE(S) ① _Speeding_
② _Driving w/suspended license_

_Robert Lee Irby_

_December_ TERM, _2011_

**PLEA:**

- [ ] NEGOTIATED
- [x] GUILTY ON COUNT(S) _1, 2_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

---

**[x] MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of ② _12 months_ ① _12 mths consec_ (24) may be served on probation
  PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

**[x] GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully as suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

**[x] OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ② _550⁰⁰+SC_ ① _125⁰⁰+SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.** Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _2_ days jail time., _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _Verify Medical_ _May terminate after 12 months_ _Condition_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _December_, _2011_. _____ Judge, JEFFERSON State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _December, 2011_ _Edith Hall_ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _December, 2011_ _Robert L Irby_ Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

### THE STATE

**FINAL DISPOSITION**

CRIMINAL ACTION NO. _11_ -SR- _00256_

OFFENSE(S) _DUI_

### VS.

_Tyrone Hannah_          _December_ TERM, _2011_

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _____
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ☐ ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
- ☐ ON COUNT(S) _____

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*(ENTERED RW stamp)*
*(ENTERED EER SCANNED stamp)*

---

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

☒ **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _800⁰⁰ +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.** Perform _30 days_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓ Serve _5_ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. **Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course** _Verify and o P_ _time Serve_ _$25⁰⁰ Newspaper fee_ _Clinical evaluation - Surrender license plates in name - 1st available days_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _9th_ day of _December_, _2011_          _Judge, JEFFERSON State Court_

---

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _9th_ day of _December_, _2011_          _Edith Hall_          Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _December_, _2011_          _Tyrone Hannah_          Probationer

White-Clerk          Canary-Probation Office          Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

David Garcia

CRIMINAL ACTION NO. ___11___-SR- 00 255

OFFENSE(S) ① DUI
② No License
③ Possession of Alcohol by Minor
④ Seatbelt ⑤ Failure to Maintain Lane ___ TERM, 2012

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) ①②④⑤
- [ ] NOLO CONTENDERE ON COUNT(S) ___
- [ ] TO LESSER INCLUDED OFFENSE(S) ___
- ON COUNT(S) ___

**VERDICT:**
- [ ] JURY
- [ ] NON-JURY
- [ ] GUILTY ON COUNT(S) ___
- [ ] NOT GUILTY ON COUNT(S) ___
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF ___ ON COUNT(S) ___

- [ ] OTHER DISPOSITION
- [X] NOLLE PROSEQUI ORDER ON COUNT(S) ③
- [ ] DEAD DOCKET ORDER ON COUNT(S) ___

(SEE SEPARATE ORDER)

*[stamp: ENTERED RW]*    *[stamp: ENTERED EER SCANNED]*

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of ___

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [X] 1) THAT the above sentence may be served on probation. ① 12 mos + ② 12 mos *consecutive* + ④ 12 mos = 36 mos *consecutive*
- [X] 2) THAT upon service of ___ of the above sentence, the remainder of ___ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully at suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

**[X] OTHER CONDITIONS OF PROBATION**

① 1,100 t.S.C.   ② 75 t.S.C.   ④ 20.00   ④ 100 t.S.C.

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ___ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of ___ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on Fines. Pay a 10% Indigent Defense Surcharge. (✓) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform 45 days Community Service (✓) Attend Alcohol and/or Drug Counseling (✓) Serve 21 days jail time. ) ___ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. ) Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course - Credit 24 hrs $25.00 Newspaper Fee ① Clinical Evaluation   - verify Employment   - weekends

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this 21st day of Feb. , 2012     _[signature]_
       Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This 21st day of Feb. 2012     Edith Hall
       Probation Officer

Copy received and instructions regarding conditions acknowledge,

This 21st day of Feb. , 2012     David Garcia
       Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

THE STATE

VS.

James Cunningham Jr.

CRIMINAL ACTION NO. ___11__-SR- _00253_

OFFENSE(S) ① _Simple Battery_
     ② _Reckless Conduct_

_December_ TERM, _2011_

*(left margin, vertical, Deputy Clerk)*

**PLEA:**
- [ ] NEGOTIATED
- [x] GUILTY ON COUNT(S) **1, 2**
- [ ] NOLO CONTENDERE ON COUNT(S)___
- [ ] TO LESSER INCLUDED OFFENSE(S)___
- ON COUNT(S)___

- [ ] JURY
- [ ] NON-JURY

**VERDICT:**
- [ ] GUILTY ON COUNT(S)___
- [ ] NOT GUILTY ON COUNT(S)___
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF___
- ON COUNT(S)___

**OTHER DISPOSITION**
- [x] NOLLE PROSEQUI ORDER ON COUNT(S) _1_
- [ ] DEAD DOCKET ORDER ON COUNT(S)___

(SEE SEPARATE ORDER)

*(stamp: ENTERED EER SCANNED)*

---

### [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- [ ] 1) THAT the above sentence may be served on probation.
- [x] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

### [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully as suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _700.00 +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ___ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve ___ days jail time. ___ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ☑ Attend and Complete Anger Management Course _Do Not threaten, hit or harm Victim – Andrika Danford_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or provision herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _December_, _2011_     _____
                                         Judge, **JEFFERSON** State Court

*(left margin, vertical: Filed in Open Court, this 19th day of December, 2011)*

---

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above

This _19th_ day of _December, 2011_    _Edith Hall_
                                                 Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _December, 2011_    _James Cunningham Jr_
                                                 Probationer

White–Clerk      Canary–Probation Office      Pink–Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR- _00252_

OFFENSE(S) ① _Suspended License_ ② _Speeding 78/55_

VS.

_Deborah Cordry_

_January_ TERM, _2012_

Deputy Clerk

**PLEA:** ☑

- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) ① ②
- ☐ NOLO CONTENDERE ON COUNT(S)_____
- ☐ TO LESSER INCLUDED OFFENSE(S)_____
- _____ ON COUNT(S)_____

- ☐ JURY
- ☐ NON-JURY

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S)_____
- ☐ NOT GUILTY ON COUNT(S)_____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF_____
- _____ ON COUNT(S)_____

ENTERED RW

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S)_____
- ☐ DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

ENTERED EER SCANNED

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☑ 1) THAT the above sentence may be served on probation.

☑ 2) THAT upon service of _____ of the above sentence, the remainder of ①_12 mos. + ② 12 mos._ ~consecutive ~ _= 24 mos._ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _550 + S.C._ ② _150 + S.C._ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: **$35.00 per month** Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.** Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve ____ days jail time. ____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course** ⟩ _Jail Time – Waived_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _17th_ day of _January_, _2012_ _____ Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _17th_ day of _January_, _2012_ _Edith Hall_ _____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _17th_ day of _January_, _2012_ _Deborah Cordry_ _____ Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA     FINAL DISPOSITION

## THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00251_

OFFENSE(S) _Theft By Shoplifting_

### VS.

_Marico Bostic_

_January_ TERM, _2012_

[✓] **PLEA:**
[ ] NEGOTIATED
[✓] GUILTY ON COUNT(S) _1_
[ ] NOLO CONTENDERE ON
    COUNT(S) _____
[ ] TO LESSER INCLUDED
    OFFENSE(S)_____
    ON COUNT(S) _____

[ ] JURY
[ ] NON-JURY

[ ] **VERDICT:**
[ ] GUILTY ON
    COUNT(S) _____
[ ] NOT GUILTY ON
    _____
[ ] GUILTY OF INCLUDED
    OFFENSE(S) OF_____
    ON COUNT(S) _____

[ ] **OTHER DISPOSITION**
[ ] NOLLE PROSEQUI ORDER ON
    COUNT(S) _____
[ ] DEAD DOCKET ORDER ON
    COUNT(S) _____

(SEE SEPARATE ORDER)

[X] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

[ ] 1) THAT the above sentence may be served on probation.

[ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

[X] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

[X] 1) Do not violate the criminal laws of any governmental unit.
[X] 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
[X] 3) Avoid persons or places of disreputable or harmful character.
[X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
[X] 5) Work faithfully as suitable employment insofar as may be possible.
[X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
[X] 7) Support his(her) legal dependents to the best of his(her) ability.
[X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

[X] **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$1500.00 +sc_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_DO NOT ~~GO~~ GO ON PREMISES OF Dollar General IN Jefferson County. Restitution of $25.00_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _17th_ day of _January_ _2012_      _John C Murphy_

                                        Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _17th_ day of _January_, _2012_     _Edith Hall_

                                                      Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _17th_ day of _January_, _2012_     _Marine Bostin_

                                                      Probationer

White-Clerk      Canary-Probation Office      Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _____ 11 -SR- 246

OFFENSE(S) (1) DUI

VS.

(2) Failure to maintain Lane

*Michelle K. Purvis*

_____ Nov _____ TERM, 2011

_Deputy Clerk_ (left margin, vertical)

**[1.] PLEA:**

- [ ] NEGOTIATED
- [x] GUILTY ON COUNT(S) (1) (2)
- [ ] NOLO CONTENDERE ON
- COUNT(S) _____
- [ ] TO LESSER INCLUDED
- OFFENSE(S) _____
- _____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

*(stamp: ENTERED RW)*

- [ ] VERDICT:
- [ ] GUILTY ON
- COUNT(S) _____
- [ ] NOT GUILTY ON
- COUNT(S) _____
- [ ] GUILTY OF INCLUDED
- OFFENSE(S) OF _____
- ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON
- COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON
- COUNT(S) _____

(SEE SEPARATE ORDER)

*(stamp: ENTERED EER SCANNED)*

**[x] MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [x] 1) THAT the above sentence may be served on probation.
- [x] 2) THAT upon service of _____ of the above sentence, the remainder of (1) 12 mos. + (2) 12 mos. —Consecutive = 24 mos. may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

**[x] GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully as suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

**[x] OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of (1) 500 +S.C. (2) 100 +S.C. plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,

and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.

Perform 40 hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve 1 days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend ~~anger/risk reduction program~~ Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

—Verify Medical Issues —May terminate After 12mos if all credits

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this 21st day of _Nov._ , 2011

_____ Judge, JEFFERSON State Court

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This 21st day of _Nov._ , 2011     *Edith Hall*

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This 21st day of _Nov._ , 2011     *Michelle Purvis*

_____ Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

THE STATE

VS.

*LaRonda Lewis*

CRIMINAL ACTION NO. ___11__ -SR- _245_

OFFENSE(S) ① *No Insurance*

② *Expired Tag*

*Nov.* TERM, *2011*

**PLEA:**
- [ ] NEGOTIATED
- [x] GUILTY ON COUNT(S) ① ②
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

**VERDICT:**
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

---

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [x] 1) THAT the above sentence may be served on probation.
- [x] 2) THAT upon service of _____ of the above sentence, the remainder of ① 12 mos. + ② 12 mos. — Cons =24mos. may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully at suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① $500 + S.C. ② $250 + S.C. plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve ____ days jail time. ____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

*May terminate after 12 mos. if all conditions are met.*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _Nov._, _2011_     _____

Judge, JEFFERSON State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _Nov._, _2011_    _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _Nov._, _2011_    _LaRonda Lewis_

Probationer

(left margin) Deputy Clerk    Filed in Open Court, this 21st day of Nov. 2011

FINAL DISPOSITION               ST-6

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

CRIMINAL ACTION NO. _11_ -SR- _242_

OFFENSE(S) _Theft by Taking_ ~~(illegible)~~

### VS.

_Willie Gager_

_Nov._ TERM, _2011_

**PLEA:**

- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) ①
- [ ] NOLO CONTENDERE ON
  COUNT(S) _____
- [X] TO LESSER INCLUDED
  OFFENSE(S) _____
  ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
- [ ] GUILTY ON
  COUNT(S) _____
- [ ] NOT GUILTY ON
  COUNT(S) _____
- [ ] GUILTY OF INCLUDED
  OFFENSE(S) OF _____
  ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON
  COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON
  COUNT(S) _____

(SEE SEPARATE ORDER)

ENTERED RW

ENTERED EER SCANNED

---

**[X] MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _Credit Time Served_ in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

**[X] GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

**[X] OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : _$35.00 per month_ Probation Fee. _Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on_ fines. _Pay a 10% Indigent Defense Surcharge._ ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ : hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: _Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay_ _$25.00 GBI Crime Lab Fee for DUI/VGCSA offenses_ ( ) Attend and Complete Anger Management Course _____

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _Nov._ _2011_

_____ Judge, **JEFFERSON** State Court

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _Nov._ , _2011_

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _Nov._ , _2011_

_____ Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

Filed in Open Court, this 21st day of Nov. 2011

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

CRIMINAL ACTION NO. _____ 11 -SR- 10237

OFFENSE(S) ① DUI

② Failure To Maintain Lane

### VS.

③ Safety Restraint

*Calvin Cunningham*

December _____ TERM, 2011

☒ **PLEA:**

☐ NEGOTIATED

☒ GUILTY ON COUNT(S) 1, 2, ●

☐ NOLO CONTENDERE ON

    COUNT(S) _____

☐ TO LESSER INCLUDED

    OFFENSE(S) _____

    _____

ON COUNT(S) _____

☐ JURY

☐ NON-JURY

☐ **VERDICT:**

☐ GUILTY ON

    COUNT(S) _____

☐ NOT GUILTY ON

    COUNT(S) _____

☐ GUILTY OF INCLUDED

    OFFENSE(S) OF _____

    ON COUNT(S) _____

*(ENTERED FW)*

☐ **OTHER DISPOSITION**

☒ NOLLE PROSEQUI ORDER ON

    COUNT(S) 3

☐ DEAD DOCKET ORDER ON

    COUNT(S) _____

    (SEE SEPARATE ORDER)

*(ENTERED EER SCANNED)*

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation

    PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

① 12 months, ② 12 mos consec = 24 mos

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.

☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

☒ 3) Avoid persons or places of disreputable or harmful character.

☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

☒ 5) Work faithfully as suitable employment insofar as may be possible.

☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

☒ 7) Support his(her) legal dependents to the best of his(her) ability.

☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION ② 100+SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 500+SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform 40 hours Community Service ( ) Attend Alcohol and/or Drug Counseling ☑ Serve 24 hrs jail time. ____ days Suspended upon payment. SPECIAL CONDITIONS Attend evaluation/risk reduction program ✓ Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course *Verify Medical Condition*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this 19th day of December, 2011 _____ Judge, JEFFERSON State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above

This 19th day of December, 2011 _____ Edith Hall

    Probation Officer

Copy received and instructions regarding conditions acknowledge,

This 19th day of December, 2011 _____ Calvin Cunningham

    Probationer

*Filed in Open Court, this 19th day of December, 2011*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _____ 11 -SR- 236

OFFENSE(S) ① Theft By Receiving

VS.

*Zachary Brown*

Nov. TERM, 2011

☑ **PLEA:**
☑ NEGOTIATED
☑ GUILTY ON COUNT(S) 1
☐ NOLO CONTENDERE ON
    COUNT(S) _____
☐ TO LESSER INCLUDED
    OFFENSE(S) _____
    ON COUNT(S) _____

☐ **VERDICT:**
☐ JURY
☐ NON-JURY
☐ GUILTY ON
    COUNT(S) _____
☐ NOT GUILTY ON
    COUNT(S) _____
☐ GUILTY OF INCLUDED
    OFFENSE(S) OF _____
    ON COUNT(S) _____

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON
    COUNT(S) _____
☐ DEAD DOCKET ORDER ON
    COUNT(S) _____

(SEE SEPARATE ORDER)

*(stamp: ENTERED RW)*    *(stamp: ENTERED EER SCANNED)*

---

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____ Credit Time Served

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
    PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

☒ **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee  Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.  ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment.  SPECIAL CONDITIONS: Attend evaluation/risk reduction program.  Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course

---

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this 21st day of Nov., 2011

_____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This 21st day of Nov., 2011

_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This 21st day of Nov., 2011

_____
Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

*(left margin, vertical:)* Deputy Clerk    Nov. 2011    Filed in Open Court, this 21st day of Nov. 2011

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Daryl D. Braswell*

CRIMINAL ACTION NO. _____ 11 -SR- 235

OFFENSE(S) ① *Suspended License - 2nd*

_____ *Nov.* TERM, 2011

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) ①
- ☐ NOLO CONTENDERE ON
  COUNT(S) _____
- ☐ TO LESSER INCLUDED
  OFFENSE(S) _____
  _____
  ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

☐ **VERDICT:**
- ☐ GUILTY ON
  COUNT(S) _____
- ☐ NOT GUILTY ON
  COUNT(S) _____
- ☐ GUILTY OF INCLUDED
  OFFENSE(S) OF _____
  ON COUNT(S) _____

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON
  COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON
  COUNT(S) _____

(SEE SEPARATE ORDER)

☑ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☑ 1) THAT the above sentence may be served on probation.
- ☑ 2) THAT upon service of _____ of the above sentence, the remainder of ① *12 mos.* _____ may be served on probation
  PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

☑ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☑ 1) Do not violate the criminal laws of any governmental unit.
- ☑ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☑ 3) Avoid persons or places of disreputable or harmful character.
- ☑ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☑ 5) Work faithfully as suitable employment insofar as may be possible.
- ☑ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☑ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☑ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☑ **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *1,000 + S.C.* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. **Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.  ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines.** Perform _____ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling  (✓) Serve *10* days jail time.)  _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program.  Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course *→ Consecutive Weekends to begin 12-3-11*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation.  The probationer shall be subject to arrest for violation of any condition or probation herein granted.  If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of the time the defendant has served on probation.

So ordered this *21st* day of *NOV*, 2011

_____
Judge, JEFFERSON State Court

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *21st* day of *Nov*, 2011 *Edith Hill*

_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *21st* day of *Nov*, 2011 *Daryl Braswell*

_____
Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00233_

VS.

OFFENSE(S) ① DUI
② Failure to Maintain Lane
③ No License ④ No Tag

_Isac Aguilar-Gonzalez_

_Feb._ TERM, _2012_

☑ PLEA:
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) ① ② ③ ④
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

☐ VERDICT:
- ☐ JURY
- ☐ NON-JURY
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

*(ENTERED RW stamp)*

☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*(ENTERED EER SCANNED stamp)*

**☒ MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- ☑ 1) THAT the above sentence may be served on probation.
- ☑ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
  - ① 12 mos + ② 12 mos -consecutive- + ③ 12 mos + ④ 12 mos = 48 m
  PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

**☒ GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

**☒ OTHER CONDITIONS OF PROBATION**
① 500 + s.c. ② 100 + s.c. ③ 150 + s.c. ④ 150 s.c.

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. (☑) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _40_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (☑) Serve _1_ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend _____/risk reduction program ( ) Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course – Credit Time Served

_May Terminate After 24 months if all Conditions are met._

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _Feb._ _2013_

_(signature)_

Judge, JEFFERSON State Court

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _Feb._, _2012_   _Isac Aguilar_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _Feb._, _2012_   _Edith Hall_

Probationer

White-Clerk      Canary-Probation Office      Pink-Defendant

*(left margin, vertical text)* Deputy Clerk  Priscilla Ray  2012  Feb  Day of 2/15  Filed in Open Court, this 21st of F 2012

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00231_

OFFENSE(S) _Suspend license_

_Speeding ②Fleeing / Attempting to Elude_

VS.

_③Reckless Driving    Improper Tag_

_Robert Taylors_

_Oct_ TERM, _2011_

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1, 5, 6_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ☐ ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
- ☐ ON COUNT(S) _____

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*(stamp: ENTERED RW)*

*(stamp: ENTERED EER SCANNED)*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

_① 12 months - conc_
_② 12 months - concurrent_
_③ 12 months - Concurrent_

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform** _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (☑) Serve _12 days_ jail time. _in County Work Cap_ _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course**

_To Be Served at County Work Camp_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _17_ day of _Oct_ _2011_ _____

Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _17th_ day of _Oct_ , _2011_ _Edith Hill_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _17th_ day of _Oct_ , _2011_ _____

Probationer

White–Clerk      Canary–Probation Office      Pink–Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

### FINAL DISPOSITION

### THE STATE

VS.

*Taurus J. Reese*

CRIMINAL ACTION NO. _11_-SR-_00228_

OFFENSE(S) *Criminal Trespass*

*October* TERM, *2011*

☐ PLEA:
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _1_
☐ NOLO CONTENDERE ON
COUNT(S)_____
☐ TO LESSER INCLUDED
OFFENSE(S)_____
ON COUNT(S)_____

☐ JURY
☐ NON-JURY

ENTERED
RW

☐ VERDICT:
☐ GUILTY ON
COUNT(S)_____
☐ NOT GUILTY ON
COUNT(S)_____
☐ GUILTY OF INCLUDED
OFFENSE(S) OF_____
ON COUNT(S)_____

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON
COUNT(S)_____
☐ DEAD DOCKET ORDER ON
COUNT(S)_____

(SEE SEPARATE ORDER)

ENTERED
EER
SCANNED

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _*12 mos*_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully at suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _500⁰⁰+SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

*Donnie Smith    1179 Polley Street    May terminate after in 12/11*
*$246.00                Louisville, GA*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _17th_ day of _October_, _2011_ _____ Judge, JEFFERSON State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _17th_ day of _October_, _2011_ _Edith Hall_
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _17th_ day of _October_, _2011_ _Taurus J Reese_
Probationer

White-Clerk       Canary-Probation Office       Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

### THE STATE

**FINAL DISPOSITION**

CRIMINAL ACTION NO. _11_ -SR- _227_

OFFENSE(S) ① _Suspended License-2nd_
② _Reckless Driving_

VS.

_Robert N. Powell_

_Nov._ TERM, _2011_

☑ **PLEA:**
☑ NEGOTIATED
☑ GUILTY ON COUNT(S) ① ②
☐ NOLO CONTENDERE ON
COUNT(S) _____
☐ TO LESSER INCLUDED
OFFENSE(S) _____

ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON
COUNT(S) _____
☐ NOT GUILTY ON
COUNT(S) _____
☐ GUILTY OF INCLUDED
OFFENSE(S) OF _____
ON COUNT(S) _____

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON
COUNT(S) _____
☐ DEAD DOCKET ORDER ON
COUNT(S) _____

(SEE SEPARATE ORDER)

(ENTERED RW) (ENTERED SCANNED)

---

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☑ 1) THAT the above sentence may be served on probation.

☑ 2) THAT upon service of _____ of the above sentence, the remainder of _① 12 mos. ② 12 mos. consec. = 24 mos._ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

☒ **OTHER CONDITIONS OF PROBATION** ② _500+S.C._

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _①1,000+S.C._ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. **Perform** _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _10_ days jail time.) _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. **Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course _- verify Employment Consecutive weekends_

_-May term.nate After 18 mos. If all Conditions are met._

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _Nov._ , _2011_ _____

Judge, **JEFFERSON** State Court

---

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _Nov._ , _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _Nov._ , _2011_ _Rob Powell_

Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**THE STATE**

**FINAL DISPOSITION**

CRIMINAL ACTION NO. _11_ -SR- _00224_

OFFENSE(S) _DUI_

VS.

_George Moore_

_May_ _____ TERM, _2012_

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S)_____
- ON COUNT(S)_____

- ☐ JURY
- ☐ NON-JURY

(ENTERED RW)

☐ VERDICT:
- ☐ GUILTY ON COUNT(S)_____
- ☐ NOT GUILTY ON COUNT(S)_____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF_____
- ON COUNT(S)_____

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S)_____
- ☐ DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _800ºº +sc_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee _Pay a 10% jail fee on fines._ Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. (✓) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _30 days_ Community Service (✓) Attend Alcohol and/or Drug Counseling (✓) Serve _5_ days jail time. ____ days Suspended upon payment. SPECIAL CONDITIONS: |Attend evaluation/risk reduction program.| Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _Verify Medical Condition Pending medical conditions_ _$25ºº Newspaper fee; Clinical Evaluation; Surrender license plate registered in Name_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21_ day of _May_ _2012_ _____ Judge, JEFFERSON _____

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _May_, _2012_ _Edith Hall_
                                                                    Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _May_, _2012_ _George Moore_
                                                                    Probationer

White-Clerk          Canary-Probation Office          Pink-Defendant

FINAL DISPOSITION      ST-6

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _223_

OFFENSE(S) (1) _Shoplifting_
_No License_

VS.

_Charles E Lewis_

_November_     TERM, _2011_

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1, 2_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☑ TO LESSER INCLUDED OFFENSE(S)_____
- ON COUNT(S) _____

- ☐ **VERDICT:**
- ☐ JURY
- ☐ NON-JURY
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

(ENTERED RW)

- ☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of ① _12 Mos_ ② Time Served may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _0_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: **Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course _DO NOT ENTER PREMISES OF IGA Stores in Jefferson County_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _November_ _2011_ _____

Judge, _JEFFERSON_ State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.
This _21st_ day of _November_ _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,
This _21st_ day of _November_, _2011_ _Charles E Lewis_

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

*(left margin: Filed in Open Court, this 21st day of November 2011)*
*(far left margin: Deputy Clerk)*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_00219_

OFFENSE(S) _Simple Battery_

VS.

_Ulysses Green_

_October_ TERM, _2011_

**☐ PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

*(ENTERED RW stamp)*

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*(ENTERED EER SCANNED stamp)*

---

## ☑ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

## ☑ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☑ 1) Do not violate the criminal laws of any governmental unit.
- ☑ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☑ 3) Avoid persons or places of disreputable or harmful character.
- ☑ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☑ 5) Work faithfully as suitable employment insofar as may be possible.
- ☑ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☑ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☑ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

## ☑ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$700.00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: _$35.00 per month_ Probation Fee  **Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines.

Perform _____ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling  ( ) Serve _____ days jail time.  _____ days Suspended upon payment.  SPECIAL CONDITIONS: Attend evaluation/risk reduction program.  **Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ☑ Attend and Complete Anger Management Course

_No Contact With Victim - Pamela McKinney_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _12th_ day of _Oct_ , _2011_

_____ Judge, **JEFFERSON** State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _17th_ day of _Oct_ , _2011_  _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _17th_ day of _Oct_ , _2011_  _Ulysses Green_

Probationer

White-Clerk        Canary-Probation Office        Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

### THE STATE

### VS.

*Derrick R. Brantley*

CRIMINAL ACTION NO. _11_-SR-_00217_

OFFENSE(S) _Simple Battery_

_October_ TERM, _2011_

☑ PLEA:
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

☐ VERDICT:
- ☐ JURY
- ☐ NON-JURY
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

---

**☒ MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

**☒ GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

**☒ OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _700.00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: _$35.00 per month_ Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses (☒ Attend and Complete Anger Management Course )

Do NOT Threaten, hit or harm victim - Juanita Stiddons

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law, after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _17th_ day of _Oct_ _2011_ _____ Judge, JEFFERSON State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _17th_ day of _Oct_ _2011_ _Edith Hall_
      Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _17th_ day of _Oct_ _2011_ _Derrick Brantley_
      Probationer

*Filed in Open Court, this 17th day of October 2011*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**THE STATE**

VS.

*Stanley Boatwright*

FINAL DISPOSITION

CRIMINAL ACTION NO. _11_-SR-_00216_

OFFENSE(S) ① _DUI_
② _No Drivers License_

_October_ TERM, _2011_

☐ **PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S)_____
☐ NOLO CONTENDERE ON COUNT(S)_____
☐ TO LESSER INCLUDED OFFENSE(S)_____
ON COUNT(S)_____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON COUNT(S)_____
☐ NOT GUILTY ON COUNT(S)_____
☐ GUILTY OF INCLUDED OFFENSE(S) OF_____
ON COUNT(S)_____

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON COUNT(S)_____
☐ DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.
☐ 2) THAT upon service of _____ of the above sentence, the remainder of ① 12 months _Consecutive = 24_ ② 12 months may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION  150⁰⁰ + SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _500⁰⁰ + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee  Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.  (✓) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _40_ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _24 hours_ days jail time. _____ days Suspended upon payment.  SPECIAL CONDITIONS: (Attend evaluation/risk reduction program.) Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course _1st available_

_May terminate after 12 months_    _Weekend - Non Working days_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. At such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _17th_ day of _October_ _2011_

Judge, _JEFFERSON_ State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.
This _17th_ day of _October_, _2011_   _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,
This _17th_ day of _October_, _2011_   _Stanley Boatwright_

Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

Filed in Open Court, this 17th day of October, 2011

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

## THE STATE

### VS.

### Melissa D. Williams

**FINAL DISPOSITION**

CRIMINAL ACTION NO. _11-SR-00215_

OFFENSE(S) _Cruelty To Animals_
_2 Cruelty To Animals_
_3 Cruelty To Animals_
_September_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) _1, 2, 3_
- [ ] NOLO CONTENDERE ON
   COUNT(S) _____
- [ ] TO LESSER INCLUDED
   OFFENSE(S) _____
   ON COUNT(S) _____

**VERDICT:**
- [ ] JURY
- [ ] NON-JURY
- [ ] GUILTY ON
   COUNT(S) _____
- [ ] NOT GUILTY ON
   COUNT(S) _____
- [ ] GUILTY OF INCLUDED
   OFFENSE(S) OF _____
   ON COUNT(S) _____

**OTHER DISPOSITION**
- [ ] NOLLE PROSEQUI ORDER ON
   COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON
   COUNT(S) _____

   (SEE SEPARATE ORDER)

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:     (1) 12 mos

- [ ] 1) THAT the entire sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
   PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully at suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$1250.00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ ; $35.00 per month Probation Fee **Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.  ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines.**
Perform _____ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling  ( ) Serve _____ days jail time. _____ days Suspended upon payment.  **SPECIAL CONDITIONS: Attend evaluation/risk reduction program.  Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course**
_Can not own any animals while on Probation_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September_ _2011_ _____ Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.
This _19th_ day of _September_ _2011_ _Edith Hall_
                                                     Probation Officer

Copy received and instructions regarding conditions acknowledge,
This _19th_ day of _September_ _2011_ _Melissa williams_
                                                     Probationer

White-Clerk       Canary-Probation Office       Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_00213_

OFFENSE(S) _Theft by Taking_

VS.

_Cristin Wilcher_

_September_ TERM, _2011_

PLEA:
- ☐ NEGOTIATED
- ☒ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON
  COUNT(S) _____
- ☐ TO LESSER INCLUDED
  OFFENSE(S) _____
  ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

VERDICT:
- ☐ GUILTY ON
  COUNT(S) _____
- ☐ NOT GUILTY ON
  COUNT(S) _____
- ☐ GUILTY OF INCLUDED
  OFFENSE(S) OF _____
  ON COUNT(S) _____

OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON
  COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON
  COUNT(S) _____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 mos_ may be served on probation. PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully at suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _500.00 +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_Restitution #140.00 – Jennifer Robinson_ _Do NO Threaten or have any contact W/victim regarding this case_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September_ _2011_

_____ Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _September_, _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _September_, _2011_ _____

Probationer

FINAL DISPOSITION                              ST-6

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_00212_

OFFENSE(S) _Theft of Services_

VS.

_Geraldine J. Smith_

_September_ TERM, _2011_

- [X] **PLEA:**
  - [ ] NEGOTIATED
  - [X] GUILTY ON COUNT(S) _1_
  - [ ] NOLO CONTENDERE ON COUNT(S) _____
  - [ ] TO LESSER INCLUDED OFFENSE(S) _____
  - ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] **VERDICT:**
  - [ ] GUILTY ON COUNT(S) _____
  - [ ] NOT GUILTY ON COUNT(S) _____
  - [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] **OTHER DISPOSITION**
  - [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
  - [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

1. [ ] THAT the above sentence may be served on probation.
2. [ ] THAT upon service of _____ of the above sentence, the remainder of _12 mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _250.00 + sc_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month  Probation Fee. Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.  ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling  ( ) Serve _____ days jail time. _____ days Suspended upon payment.  SPECIAL CONDITIONS: Attend evaluation/risk reduction program.  Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course

_PO to_
_Verify restitution paid_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September, 2011_                    _[signature]_
                                                               Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _September, 2011_                    _Edith Hall_
                                                          Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _September, 2011_                    _Geraldine Smith_

Deputy Clerk

Filed in Open Court, this 19th day of September, 2011

    ST-6

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_00209_

OFFENSE(S) _Battery_

VS.

_Willie Reese IV_

_September_ TERM, _2011_

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ☐ ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____
- (SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _Credit Time Served_

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully at suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee.** Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _Sept_ _2011_

_____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _Sept_ _2011_ _Edith Hall_

_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _Sept_ _2011_

_____
Probationer

White–Clerk     Canary–Probation Office     Pink–Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

THE STATE

VS.

*Ricky Pinkston*

CRIMINAL ACTION NO. __11__-SR- _00207_

OFFENSE(S) *Theft by Shoplifting*

_____ May _____ TERM, _2012_

**PLEA:**
- [X] NEGOTIATED
- [ ] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S)
- [ ] TO LESSER INCLUDED OFFENSE(S) _____ ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

**VERDICT:**
- [ ] GUILTY ON COUNT(S)
- [ ] NOT GUILTY ON COUNT(S)
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S)
- [ ] DEAD DOCKET ORDER ON COUNT(S)

(SEE SEPARATE ORDER)

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of ___ _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _400.00 + sc_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_Do Not go on the premises of any IGA in Jefferson Co_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _May_ _2012_

_____
Judge, JEFFERSON

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _May_ _2012_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge.

This _21st_ day of _May_ _2012_ _____

Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

## FINAL DISPOSITION

THE STATE

CRIMINAL ACTION NO. _11_-SR- _00204_

OFFENSE(S) _Theft by Taking_

VS.

_Shalonda M. Lewis_

_September_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

**VERDICT:**
- [ ] JURY
- [ ] NON-JURY
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

**OTHER DISPOSITION**
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*(ENTERED RW)*

*(ENTERED EER SCANNED)*

---

[X] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

[X] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

[X] **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$500.00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_Restitution  to:  $400.00          Do Not go on_
_Family Dollar, 402 Broad St Wrens, GA 30833 (Family Dollar) Premises_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September_, _2011_                     Judge, JEFFERSON State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _September_, _2011_        _Eduh Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _September_, _2011_        _Shalonda Lewis_

Probationer

White-Clerk          Canary-Probation Office          Pink-Defendant

Filed in Open Court, this 19th day of September 2011

Deputy Clerk

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**THE STATE**

VS.

*Jovonski L. Jenkins*

**FINAL DISPOSITION**

CRIMINAL ACTION NO. _11_-SR- _00203_

OFFENSE(S) ① _DUI - Refusal 3rd_
② _Fail. To Maintain Lane_
③ _Suspended License_
_September_ TERM, _2011_

Deputy Clerk — McDuel (left margin)

**☑ PLEA:**

- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1, 2, 3_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S)_____ ON COUNT(S)_____

- ☐ JURY
- ☐ NON-JURY

(ENTERED RW stamp)

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF_____ ON COUNT(S) _____

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED stamp)

---

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ ① 12 mos conec ② 12 mos ③ 12 mos conec = 36 mos _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully at suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

## ☒ OTHER CONDITIONS OF PROBATION ① 1100⁰⁰ + SC ② 100⁰⁰ + SC ③ 1000⁰⁰ + SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _1100⁰⁰ + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% DUI Surcharge on fines. Perform _45 days_ Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _21 (310 day conc.crt)_ jail time. _310 day_ Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _Reprt 9/20 @ 9am_ _$25 Newspaper Publication Fee; Clinical Evaluation; Surrender license plates registered in Name._

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _Sept_, _2011_

_____ Judge, JEFFERSON State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _September_, _2011_ _Edith Hall_
                                                       Probation Officer

Copy received and instructions regarding conditions acknowledge,
This _19th_ day of _September_, _2011_ _Jovonski L. Jenkins_
                                                       Probationer

Filed in Open Court, this ___ day of Sept 2011 (left margin)

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

## THE STATE

CRIMINAL ACTION NO. _____ 11 -SR- 261

OFFENSE(S) ① DUI

② Obstruction

### VS.

Jalesse C. Hunt

_____ TERM, _____

- [✓] **PLEA:**
  - [ ] NEGOTIATED
  - [✓] GUILTY ON COUNT(S) 1
  - [ ] NOLO CONTENDERE ON
    - COUNT(S) _____
  - [ ] TO LESSER INCLUDED
    - OFFENSE(S) _____
  - ON COUNT(S) _____

- [ ] **VERDICT:**
  - [ ] JURY
  - [ ] NON-JURY
  - [ ] GUILTY ON
    - COUNT(S) _____
  - [ ] NOT GUILTY ON
    - COUNT(S) _____
  - [ ] GUILTY OF INCLUDED
    - OFFENSE(S) OF _____
    - ON COUNT(S) _____

*(ENTERED RW)*

- [ ] **OTHER DISPOSITION**
  - [✓] NOLLE PROSEQUI ORDER ON
    - COUNT(S) 2
  - [ ] DEAD DOCKET ORDER ON
    - COUNT(S) _____

  *(SEE SEPARATE ORDER)*

*(ENTERED EER SCANNED)*

---

**[X] MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of 12 _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

**[X] GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

**[X] OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of 500.00 + SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform 40 hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve 24 hrs jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course CTS

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this 21st day of November 2011

_____
Judge, JEFFERSON State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This 21st day of November, 2011    Edith Hall
_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This 21st day of November, 2011    Jalesse Hunt
_____
Probationer

White-Clerk     Canary-Probation Officer     Pink-Defendant

*(margin, left side:)* Deputy Clerk

*(margin, left side:)* Filed in Open Court, this 21st day of November, 2011

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA FINAL DISPOSITION

THE STATE

VS.

*George H. Gibbons*

CRIMINAL ACTION NO. _11_-SR- _00199_

OFFENSE(S) *Simple Assault*
*Simple Battery*

*September* TERM, *2011*

**PLEA:**

- [ ] NEGOTIATED
- [ ] GUILTY ON COUNT(S)_____
- [X] NOLO CONTENDERE ON COUNT(S) *1, 2*
- [ ] TO LESSER INCLUDED OFFENSE(S)_____
- _____
- ON COUNT(S)_____

- [ ] JURY
- [ ] NON-JURY

ENTERED RW

- [ ] VERDICT:
- [ ] GUILTY ON COUNT(S)_____
- [ ] NOT GUILTY ON COUNT(S)_____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF_____ ON COUNT(S)_____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S)_____
- [ ] DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

ENTERED EER SCANNED

### [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation. ① *12 months* ② *12 months cons = 24 mo.*
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully at suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### [X] OTHER CONDITIONS OF PROBATION ② *250⁰⁰ +SC*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *150⁰⁰ +SC* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course

*May terminate after 12 months* *No contact with victims or previous employer*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *19th* day of *September* *2011*

_____
Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *19th* day of *September*, *2011* *Edith Hall*

_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *19th* day of *September*, *2011* _____

_____
Probationer

White-Clerk  Canary-Probation Office  Pink-Defendant

Deputy Clerk  Filed in Open Court, this _____ day of September 2011

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_00198_

OFFENSE(S) _Simple Battery_

VS.

_Melissa A. Ford_

_September_ _____ TERM, _2011_

**PLEA:**
- [X] NEGOTIATED
- [X] GUILTY ON COUNT(S) _1_
- [X] NOLO CONTENDERE ON COUNT(S) _1_
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

[X] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [X] 2) THAT upon service of _____ of the above sentence, the remainder of _12 mos_ _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

[X] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully at suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

[X] **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _350 00 +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee _Pay a 10% jail fee on fines._ Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.

Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses [X] Attend and Complete Anger Management Course

_Do Not commit any acts of Battery against Mc Caughey_

IT IS THE FURTHER ORDER of the Court and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September_, _2011_

_John V Murphy_ _____ Judge, JEFFERSON State Court

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _Sept_ _2011_ _Edith Hall_ _____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _Sept_ _2011_ _Melissa Ford_ _____ Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

_Filed in Open Court, this 19th day of September, 2011_

_Deputy Clerk_

FINAL DISPOSITION     ST-6

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

James E Coleman

CRIMINAL ACTION NO. 11 -SR- 195

OFFENSE(S) Failure To Stop For Stop S

Fleeing / Attempting to Elude Office

Deriving with expired License

TERM, _____

_Deputy Clerk_

☐ **PLEA:**
☐ NEGOTIATED
☐ GUILTY ON COUNT(S)_____
☐ NOLO CONTENDERE ON
    COUNT(S)_____
☒ TO LESSER INCLUDED
    OFFENSE(S)_____
    ON COUNT(S)_____

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
☐ GUILTY ON
    COUNT(S)_____
☐ NOT GUILTY ON
    COUNT(S)_____
☐ GUILTY OF INCLUDED
    OFFENSE(S) OF_____
    ON COUNT(S)_____

_(ENTERED RW)_

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON
    COUNT(S)_____
☐ DEAD DOCKET ORDER ON
    COUNT(S)_____

(SEE SEPARATE ORDER)

_(ENTERED EER SCANNED)_

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
☐ 1) THAT the above sentence may be served on probation.
☐ 2) THAT upon service of _____ of the above sentence, the remainder of ① 12 mos ② 12 mos consect ③ 12 mos consec = 36 may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION ② 100 + SC ③ 100°° + SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 500 + SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ ; $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve 10 days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course 1st available week ends / NON working days

May terminate after 18 months

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this 21st day of November 2011

_____ Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This 21st day of Nov, 2011    E Hall

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This 21st day of Nov, 2011    James Coleman

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

_Filed in Open Court, this 21st day of November 2011_

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

## THE STATE

**FINAL DISPOSITION**

CRIMINAL ACTION NO. _11_-SR-_00194_

OFFENSE(S) _Simple Battery_

### VS.

_Russell B. Caughey_      _September_    TERM, _2011_

☑ **PLEA:**
- ☐ NEGOTIATED
- ☐ GUILTY ON COUNT(S)_____
- ☒ NOLO CONTENDERE ON COUNT(S)_1_
- ☐ TO LESSER INCLUDED OFFENSE(S)_____
  - ON COUNT(S)_____

☐ **VERDICT:**
- ☐ JURY
- ☐ NON-JURY
- ☐ GUILTY ON COUNT(S)_____
- ☐ NOT GUILTY ON COUNT(S)_____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF_____
  - ON COUNT(S)_____

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S)_____
- ☐ DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

*(stamp: ENTERED RW)*  *(stamp: ENTERED EER SCANNED)*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully at suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _350 + sc_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS:** Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ☒ Attend and Complete Anger Management Course
_Do do not committ Any acts of Battery against Ms Ford_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law, after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September_ _2011_     _____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _September, 2011_     _Edith Hall_
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _Sept_ _2011_     _Russell Caughey_
Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00193_

OFFENSE(S) _Battery_

VS.

_Nekel Carlyle_

_September_ TERM, _2011_

☑ **PLEA:**

☐ VERDICT: ☐ OTHER DISPOSITION

☐ NEGOTIATED ☐ JURY ☐ GUILTY ON ☐ NOLLE PROSEQUI ORDER ON

☑ GUILTY ON COUNT(S) _1_ ☐ NON-JURY   COUNT(S) _____   COUNT(S) _____

☐ NOLO CONTENDERE ON ☐ NOT GUILTY ON ☐ DEAD DOCKET ORDER ON

  COUNT(S) _____   COUNT(S) _____   COUNT(S) _____

☐ TO LESSER INCLUDED ☐ GUILTY OF INCLUDED

  OFFENSE(S) _____   OFFENSE(S) OF _____ (SEE SEPARATE ORDER)

  ON COUNT(S) _____   ON COUNT(S) _____

(ENTERED RW)

(ENTERED EER SCANNED)

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense. WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _Credit Time Served_

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the whole sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____, may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.

☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

☒ 3) Avoid persons or places of disreputable or harmful character.

☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

☒ 5) Work faithfully at suitable employment insofar as may be possible.

☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

☒ 7) Support his(her) legal dependents to the best of his(her) ability.

☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _Sept_ _2011_ _____, Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _Sept_ , _2011_ _____, Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _Sept_ _2011_ _____, Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

Deputy Clerk

Filed in Open Court, this _19th_ day of _September 2011_

FINAL DISPOSITION                        ST-6

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA        FINAL DISPOSITION

THE STATE

CRIMINAL ACTION NO. _____11_-SR-_0092_

OFFENSE(S) ① Simple Battery

② Shoplifting

VS.

Nekel Carlyle

December _____ TERM, 2011

☑ PLEA:
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) 1, 2
☐ NOLO CONTENDERE ON
COUNT(S) _____
☐ TO LESSER INCLUDED
OFFENSE(S)_____
_____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON
COUNT(S) _____
☐ NOT GUILTY ON
COUNT(S) _____
☐ GUILTY OF INCLUDED
OFFENSE(S) OF _____
ON COUNT(S) _____

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON
COUNT(S) _____
☐ DEAD DOCKET ORDER ON
COUNT(S) _____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____ Count 1 - CTS

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law.
HOWEVER, it is further ordered by the Court:
☐ 1) THAT the above sentence may be served on probation.         ② 12 months,
☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION ② 500 + SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① -0- _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,
and pay restitution in the amount of _____ : $35.00 per month Probation Fee Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on
fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.
Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended
upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay
$25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course
DO NOT GO ON Premises of ANY FRED Store in
Jefferson County

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _December_, _2011_                    _____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.
This _19th_ day of _December_, _2011_        Edith Hall
Probation Officer

Copy received and instructions regarding conditions acknowledge,
This _19th_ day of _December_, _2011_        Nekel Carlyle

White–Clerk        Canary–Probation Office        Pink–Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_00191_

OFFENSE(S) _Theft By Taking_

_Theft By Taking_

VS.

_Terry Brown_

_September_ TERM, _2011_

☐ PLEA:      ☐ VERDICT:      ☐ OTHER DISPOSITION

☐ NEGOTIATED    ☐ JURY    ☐ GUILTY ON    ☐ NOLLE PROSEQUI ORDER ON

☐ GUILTY ON COUNT(S)_____    ☐ NON-JURY    COUNT(S)_____    COUNT(S)_____

☐ NOLO CONTENDERE ON    ☐ NOT GUILTY ON    ☐ DEAD DOCKET ORDER ON

COUNT(S)_____    COUNT(S)_____    COUNT(S)_____

☐ TO LESSER INCLUDED    ☐ GUILTY OF INCLUDED

OFFENSE(S)_____    OFFENSE(S) OF_____

_____    ON COUNT(S)_____    (SEE SEPARATE ORDER)

ON COUNT(S)_____

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _Credit Time Served_

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.

☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

☒ 3) Avoid persons or places of disreputable or harmful character.

☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

☒ 5) Work faithfully at suitable employment insofar as may be possible.

☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

☒ 7) Support his(her) legal dependents to the best of his(her) ability.

☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: **$35.00 per month** Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition of probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _____ day of _____, _____

Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _____ day of _____, _____

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _____ day of _____, _____

Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

FINAL DISPOSITION        ST-6

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11 SR- 00186_

① OFFENSE(S) _Speeding 76-55;_ ② _Speeding_

VS.

③ _Operating Vehicle w/o Tag_ ④ _No proof of insuran_

_Stephanie N Banks_

⑤ _Dewing while license suspended_

_December_      TERM, _2011_

**PLEA:** ☑

☐ NEGOTIATED

☑ GUILTY ON COUNT(S) _1, 4, 5_

☐ NOLO CONTENDERE ON

    COUNT(S) _____

☐ TO LESSER INCLUDED

    OFFENSE(S) _____

ON COUNT(S) _____

☐ JURY

☐ NON-JURY

☐ VERDICT:

☐ GUILTY ON

    COUNT(S) _____

☐ NOT GUILTY ON

    COUNT(S) _____

☐ GUILTY OF INCLUDED

    OFFENSE(S) OF _____

    ON COUNT(S) _____

☐ OTHER DISPOSITION

☑ NOLLE PROSEQUI ORDER ON

    COUNT(S) _2, 3_

☐ DEAD DOCKET ORDER ON

    COUNT(S) _____

(SEE SEPARATE ORDER)

☑ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

① 12 months, ④ 12 months consec

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation

⑤ 12 months consec = 36 months

PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

☑ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.

☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

☒ 3) Avoid persons or places of disreputable or harmful character.

☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

☒ 5) Work faithfully as suitable employment insofar as may be possible.

☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

☒ 7) Support his(her) legal dependents to the best of his(her) ability.

☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION** ⑤ _550+sc_ ④ _500 00 +sc_ _150 00 +sc_

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,

and pay restitution in the amount of _____ : _$35.00 per month_ Probation Fee. _Pay a 10% jail fee on fines._ _Pay a 5% VAF Surcharge on_

fines. _Pay a 10% Indigent Defense Surcharge._ ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.

Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (☑) Serve _2_ days jail time. ____ days Suspended

upon payment. **SPECIAL CONDITIONS:** Attend evaluation/risk reduction program. _Pay a 10% Spinal Injury Trust Fund Fee._ _Pay_

$25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_May terminate after 18 months_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _December_, _2011_ _____ Judge, **JEFFERSON** State Court

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _December_, _2011_ _Edith Hall_ _____

                                             Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _December_, _2011_ _____

                                             Probationer

White–Clerk      Canary–Probation Office      Pink–Defendant

_Deputy Clerk_ (left margin)

_Filed in Open Court, this 19th day of December 2011_ (left margin)

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

CRIMINAL ACTION NO. ___*11*__-SR-_*00185*_

OFFENSE(S) *No Insurance*

*Expired Tag*

VS.

*Ronnie Terrell Jr*

*Oct* _____ TERM, *2011*

PLEA: ☑
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) *1, 2*
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ☐ ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

(ENTERED RW)

(ENTERED EER SCANNED)

(margin, left) *Deputy Clerk*

(margin, left) *Filed in Open Court, this 17th day of October 2011*

---

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation. ① *12 months*
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of ② *12 months consec = 24 mos* may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully at suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION ② *250⁰⁰ + sc*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *500. 20 + sc* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

*May terminate after 12 months*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _*17th*_ day of _*Oct*_ _*2011*_ _____

Judge, **JEFFERSON** State Court

---

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _*17th*_ day of _*Oct*_ _*2011*_ *Edith Hall*

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _*17th*_ day of _*Oct*_ _*2011*_ *Ronnie Terrell Jr.*

Probationer

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00183_

OFFENSE(S) _DUI - Refusal_

_Failure to Maintain Lane_

VS.

_Shirley Shedley_

_Sept_ TERM, _2011_

*Deputy Clerk*

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

☐ **VERDICT:**
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

---

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

① 12 months ② 12 months = 24 mos

---

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

☒ **OTHER CONDITIONS OF PROBATION** ② 100⁰⁰ +SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _500⁰⁰ +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _40_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _24 hrs_ jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _CTS_

_Credit Cash bond (900)_ _May terminate after 12 mos_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _Sept_ _2011_

_____
Judge, JEFFERSON State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _September 2011_    _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _September 2011_    _Shirley Shedley_

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

*Filed in Open Court, this 19th day of Sept 2011*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00179_

OFFENSE(S) _Suspended License_

VS.

_Michael Newsome_

_September_ TERM, _2011_

**☑ PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON COUNT(S)
- ☐ TO LESSER INCLUDED OFFENSE(S)
- ON COUNT(S)

- ☐ JURY
- ☐ NON-JURY

☐ **VERDICT:**
- ☐ GUILTY ON COUNT(S)
- ☐ NOT GUILTY ON COUNT(S)
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF
- ON COUNT(S)

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S)
- ☐ DEAD DOCKET ORDER ON COUNT(S)

(SEE SEPARATE ORDER)

*(stamp: ENTERED RW)*

*(stamp: ENTERED EER SCANNED)*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _1000.00 +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _10_ days jail time. ___ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _first available_ _available weekend_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or provision herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September_ _2011_ _(signature)_

Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _September_, _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _September_, _2011_ _(signature)_

Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

*(left margin, vertical: Deputy Clerk)*
*(left margin, vertical: Filed in Open Court, this 19th day of September 2011)*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

### FINAL DISPOSITION

THE STATE

VS.

*Kanadrian S. Minor*

CRIMINAL ACTION NO. ___11___-SR-_00178_

OFFENSE(S) ① _DUI_
② _No Drivers License_

_September_ _____ TERM, _2011_

☑ **PLEA:**

☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _1, ①_
☐ NOLO CONTENDERE ON COUNT(S) _____
☐ TO LESSER INCLUDED OFFENSE(S)_____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

(ENTERED RW)

☐ VERDICT:
☐ GUILTY ON COUNT(S) _____
☐ NOT GUILTY ON COUNT(S) _____
☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
ON COUNT(S) _____

☐ OTHER DISPOSITION
☑ NOLLE PROSEQUI ORDER ON COUNT(S) _2_
☐ DEAD DOCKET ORDER ON COUNT(S) _____
(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

---

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.    ① _12 months_

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

☒ **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _500 00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _40_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ☒ Serve _24 ~~days~~ hrs_ jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: [Attend evaluation/risk reduction program.] Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _Reprt 9/20/11 @ 9AM_

---

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September, 2011_     _[signature]_
                                                Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _September, 2011_     _Edith Hall_
                                                      Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _September, 2011_     _[signature] Kanadrian M_
                                                      Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

*(margin, left side:)* Deputy Clerk    Filed in Open Court, this 19th day of September 2011

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

VS.

_Ianna J. Lecounte_

CRIMINAL ACTION NO. _11_-SR-_00177_

OFFENSE(S) _Driving w/suspended License_
_② Speeding_

_September_ TERM, _2011_

☑ **PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _1, 2_
☐ NOLO CONTENDERE ON COUNT(S) _____
☐ TO LESSER INCLUDED OFFENSE(S) _____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
☐ GUILTY ON COUNT(S) _____
☐ NOT GUILTY ON COUNT(S) _____
☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
ON COUNT(S) _____

_(ENTERED RW)_

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

_(ENTERED EER SCANNED)_

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

_① 12 mos_
_② 12 mos consec = 24 mos_

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION ② _125ᵒᵒ +SC_

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _550 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _2_ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. ( ) Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _1st Available_
_weekend_
_May terminate after 12mos, if all condition Completed_ _day_ _consec weekend_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September_, _2011_     _[signature]_, Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _September_, _2011_     _Edith Hall_
    Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _September_, _2011_     _[signature]_

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11-SR-00175_

OFFENSE(S) _DUI 1_

VS.

_Barbara Ann Hall_

_September_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- [ ] ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

**VERDICT:**
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____
- [ ] ON COUNT(S) _____

**OTHER DISPOSITION**
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

**[X] MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 MOS_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

**[X] GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully at suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

**[X] OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _500 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. (X) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.** Perform _40_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (X) Serve _24 hours_ jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _To Be verified by P.O_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September_, _2011_     _[signature]_

Judge, JEFFERSON State Court

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th._ day of _September_, _2011_    _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _September_, _2011_    _Barbara G. Hall_

Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

ENTERED RW

ENTERED EER SCANNED

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Charles L. Dixon*

CRIMINAL ACTION NO. _11_-SR- _00173_

OFFENSE(S) ① *Suspended License* 1
② *No Proof of Insurance*

*September* TERM, *2011*

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) _1, 2_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [X] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

**VERDICT:**
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

---

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of ① 12 mos = 24 mos ② 12 mos cmSec may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION ② 500⁰⁰ + SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 550⁰⁰ +sc plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve 2 days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course Report 9/20/11 @ 9 am

*May terminate after 18 months*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September_, _2011_

_____ Judge, JEFFERSON State Court

---

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _Sept_, _2011_                          _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _Sept_, _2011_

Probationer

White–Clerk        Canary–Probation Office        Pink–Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Issac Thompson*

(ENTERED RW)

CRIMINAL ACTION NO. _11_-SR-_00167_

OFFENSE(S) *Fleeing / Attempting to Elude  Obstruction of an Officer*

_Oct_ TERM, _2011_

☑ PLEA:
☐ VERDICT:
☐ OTHER DISPOSITION

☐ NEGOTIATED
☐ JURY
☐ GUILTY ON
☑ NOLLE PROSEQUI ORDER ON

☐ GUILTY ON COUNT(S)_____
☐ NON-JURY
COUNT(S)_____
COUNT(S) _1, 2_

☐ NOLO CONTENDERE ON
☐ NOT GUILTY ON
☐ DEAD DOCKET ORDER ON

COUNT(S)_____
COUNT(S)_____
COUNT(S)_____

☑ TO LESSER INCLUDED
☐ GUILTY OF INCLUDED

OFFENSE(S) *Disorderly Conduct*
OFFENSE(S) OF_____
(SEE SEPARATE ORDER)

_____
ON COUNT(S)_____

ON COUNT(S)_____

(ENTERED PER SCANNED)

### ☑ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 mos_ may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☑ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☑ 1) Do not violate the criminal laws of any governmental unit.
☑ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☑ 3) Avoid persons or places of disreputable or harmful character.
☑ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☑ 5) Work faithfully at suitable employment insofar as may be possible.
☑ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☑ 7) Support his(her) legal dependents to the best of his(her) ability.
☑ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☑ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _500.00 +5C_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: **$35.00 per month** Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.** Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course**

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _17th_ day of _October_ _2011_ _____ Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _17th_ day of _Oct_, _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _17th_ day of _Oct_ _2011_ _Isaac Thompson_

Probationer

White–Clerk        Canary–Probation Office        Pink–Defendant

*Deputy Clerk*

*Filed in Open Court, this 17th day of October 2011*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _____ 11-SR-00166

OFFENSE(S) ① Speeding

② Suspended License

VS.

*Todd A. Peterson*

July TERM, 2011

☐ **PLEA:**
☐ NEGOTIATED
☒ GUILTY ON COUNT(S) 1, 2
☐ NOLO CONTENDERE ON
   COUNT(S) _____
☐ TO LESSER INCLUDED
   OFFENSE(S) _____

   ON COUNT(S) _____

☐ JURY
☐ NON-JURY

*(ENTERED RW)*

☐ **VERDICT:**
☐ GUILTY ON
   COUNT(S) _____
☐ NOT GUILTY ON
   COUNT(S) _____
☐ GUILTY OF INCLUDED
   OFFENSE(S) OF _____
   ON COUNT(S) _____

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON
   COUNT(S) _____
☐ DEAD DOCKET ORDER ON
   COUNT(S) _____

(SEE SEPARATE ORDER)

*(ENTERED EER SCANNED)*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law.
HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.
☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ ~~12 month c hnge~~ may be served on probation
   PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence. = 24

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION (1) 150 +SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ② $550 +SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.** Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _2_ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS:** Attend evaluation/risk reduction program. **Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course — CTS

*May terminate after 12 months*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _18th_ day of _July_, _2011_

_____
Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _18th_ day of _July_, _2011_

_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _18th_ day of _July_, _2011_     *Todd Peterson*

_____
Probationer

White-Clerk    Green-Probation Office    Pink-Defendant

*(left margin: Filed in Open Court, this 18th day of July 2011)*

*(top left margin: Deputy Clerk)*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA          FINAL DISPOSITION

THE STATE

CRIMINAL ACTION NO. _____ 11 -SR- 00020

OFFENSE(S) ① Suspended License -2nd
② No Proof of Insurance

VS.

Terry S. Jacobs

Feb. TERM, 2012

*Deputy Clerk* — *U Uuuu ourU*

☑ **PLEA:**
☑ NEGOTIATED
☑ GUILTY ON COUNT(S) ① ②
☐ NOLO CONTENDERE ON
   COUNT(S) _____
☐ TO LESSER INCLUDED
   OFFENSE(S) _____
   _____
   ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
☐ GUILTY ON
   COUNT(S) _____
☐ NOT GUILTY ON
   COUNT(S) _____
☐ GUILTY OF INCLUDED
   OFFENSE(S) OF _____
   ON COUNT(S) _____

*(ENTERED RW)*

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON
   COUNT(S) _____
☐ DEAD DOCKET ORDER ON
   COUNT(S) _____

   (SEE SEPARATE ORDER)

*(ENTERED EER SCANNED)*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
☑ 1) THAT the above sentence may be served on probation.
☑ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
   PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

*① 12 mos + ② 12 mos. Consecutive = 24 mos.*

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 1,000 + S.C. ② 500 + S.C. plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve 10 days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course → cred. + 1 day served → 2 weekend

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this 21st day of Feb. 2012

_____ Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This 21st day of Feb 2012

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This 21st day of Feb. 2012

_____ Probationer

*Filed in Open Court, this 21st day of Feb. 2012*

White-Clerk          Canary-Probation Office          Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

CRIMINAL ACTION NO. _11-SR-00018_

OFFENSE(S) _Reckless Driving_

### VS.

_Steven J. Galloway_

_May_ TERM, _2012_

**PLEA:**
- [X] NEGOTIATED
- [ ] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S)
- [ ] TO LESSER INCLUDED OFFENSE(S)
- ON COUNT(S)

- [ ] JURY
- [ ] NON-JURY

**VERDICT:**
- [ ] GUILTY ON COUNT(S)
- [ ] NOT GUILTY ON COUNT(S)
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF
- ON COUNT(S)

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S)
- [ ] DEAD DOCKET ORDER ON COUNT(S)

(SEE SEPARATE ORDER)

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully at suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _750 00 +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month_ Probation Fee  **Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.  ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines.**  Perform ____ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling  ( ) Serve ____ days jail time.  ____ days Suspended upon payment.  **SPECIAL CONDITIONS: Attend evaluation/risk reduction program.  Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course**

_terminate upon payment of fines_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after reducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _May_, _2012_

_John T. Murphy_
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _May_, _2012_

_Edith Hall_
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _May_, _2012_

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

## FINAL DISPOSITION

THE STATE

CRIMINAL ACTION NO. __11__ -SR- __000 10__

OFFENSE(S) *Speeding 82/55, Reckless Driving Driving While License Suspended Improper Tag Attempting to Elude*

VS.

*Alan Newsome*

JAN TERM, 2011

☐ **PLEA:**
☐ NEGOTIATED
☐ GUILTY ON COUNT(S)_____
☐ NOLO CONTENDERE ON COUNT(S)_____
☐ TO LESSER INCLUDED OFFENSE(S)_____
ON COUNT(S)_____

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
☐ GUILTY ON COUNT(S)_____
☐ NOT GUILTY ON COUNT(S)_____
☒ GUILTY OF INCLUDED OFFENSE(S) OF_____ ON COUNT(S)_____

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON COUNT(S)_____
☐ DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

*(stamp: ENTERED RW)*
*(stamp: ENTERED EER SCANNED)*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of *Credit Time Served*

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.
☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this __18th__ day of __JANUARY__, __2011__      *John (signature)*

Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This __18th__ day of __JANUARY__, __2011__     *Edith Hull*

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This __18th__ day of __JANUARY__, __2011__

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

*(left margin: Deputy Clerk)*
*(left margin: JANUARY 2011)*
*(left margin: 18th day of)*
*(left margin: Filed in Open Court, this)*

FINAL DISPOSITION                                    ST-6

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA          FINAL DISPOSITION

THE STATE                          CRIMINAL ACTION NO. _____11_-SR-_06_

VS.                                OFFENSE(S) _Driving w/ Suspended Lic, (2_
                                   _Reckless Driving_

_Ricky Gilmore_

                                   _January_ TERM, _2011_

☐ PLEA:                                    ☐ VERDICT:                        ☐ OTHER DISPOSITION
☐ NEGOTIATED              ☐ JURY      ☐ GUILTY ON                    ☐ NOLLE PROSEQUI ORDER ON
☐ GUILTY ON COUNT(S) _1, 2_   ☐ NON-JURY   COUNT(S) _____           COUNT(S) _____
☐ NOLO CONTENDERE ON                  ☐ NOT GUILTY ON                ☐ DEAD DOCKET ORDER ON
   COUNT(S) _____                      COUNT(S) _____             COUNT(S) _____
☐ TO LESSER INCLUDED                  ☐ GUILTY OF INCLUDED
   OFFENSE(S) _____                    OFFENSE(S) OF _____        (SEE SEPARATE ORDER)
                                         ON COUNT(S) _____
   ON COUNT(S) _____

                          ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law.
HOWEVER, it is further ordered by the Court:
☐ 1)   THAT the above sentence may be served on probation.
☐ 2)   THAT upon service of _____ of the above sentence, the remainder of _12 mos @ 12 mos consec = 24 months_ may be served on probation
       PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

                          ☒ GENERAL CONDITIONS OF PROBATION
The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general
conditions of probation:
☒ 1)   Do not violate the criminal laws of any governmental unit.
☒ 2)   Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3)   Avoid persons or places of disreputable or harmful character.
☒ 4)   Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5)   Work faithfully as suitable employment insofar as may be possible.
☒ 6)   Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission
       of the Probation Supervisor.
☒ 7)   Support his(her) legal dependents to the best of his(her) ability.
☒ 8)   Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for
       the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

                          ☒ OTHER CONDITIONS OF PROBATION ② _500_ _oo_ + SC
IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _1000_ _oo_ + SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,
and pay restitution in the amount of _____: $35.00 per month Probation Fee  Pay a 10% jail fee on fines.   Pay a 5% VAF Surcharge on
fines.   Pay a 10% Indigent Defense Surcharge.   ( ) Pay a $26.00 DUI Surcharge   ( ) Pay a 50% Drug Surcharge on fines.
Perform _____ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling  (✓) Serve _10_ days jail time.   _____ days Suspended
upon payment.  SPECIAL CONDITIONS: Attend evaluation/risk reduction program.   Pay a 10% Spinal Injury Trust Fund Fee.   Pay
$25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course _1st available_
                                                                              _weekends or Non-Working_
                                                                              _Days_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the
defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may
order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the
defendant has served on probation.

So ordered this _18th_ day of _January_ , _2011_        _John P Murphy Jr_
                                                         Judge, _JEFFERSON_ State Court

                          CERTIFICATE OF SERVICE
This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set
forth above.
This _18th_ day of _January_ , _2011_     _Edith Hall_
                                                         Probation Officer
Copy received and instructions regarding conditions acknowledge,
This _18th_ day of _January_ , _2011_     _RG_
                                                         Probationer

                  White-Clerk        Canary-Probation Office        Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

_Kenna T. Brown_

CRIMINAL ACTION NO. ___11___ -SR- _02_

OFFENSE(S) ① _Driving w/ suspended license_
② _Expired Tag_
③ _Seatbelt Viol._

_JAN_ TERM, _2011_

**PLEA:** [✓]

- [ ] NEGOTIATED
- [✓] GUILTY ON COUNT(S) _1, 3_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [✓] NOLLE PROSEQUI ORDER ON COUNT(S) _③_
- [✓] DEAD DOCKET ORDER ON COUNT(S) _2_

(SEE SEPARATE ORDER)

_(stamp: ENTERED RW)_
_(stamp: ENTERED EER SCANNED)_

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of ① _12 months_ ② ~~12 months on 1 month~~ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits — especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully at suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION ①

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _550 00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, ② _50_

and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ✓ ) Serve _2_ days jail time. ____ days Suspended upon payment. **SPECIAL CONDITIONS:** Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _1st available weekend or non working day_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _18th_ day of _January_ _2011_

_(signature)_
Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _18th_ day of _January_, _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions/acknowledge,

This _18th_ day of _January_, _2011_ _Kenna T. Brown_

Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

_(left margin, vertical:)_ Deputy Clerk
_(left margin, vertical:)_ Filed in Open Court, this _18th_ day of _January_ _2011_

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00001_

VS.

OFFENSE(S) _Speeding_

_Yukio E Arashiro_

_February_ TERM, _2011_

PLEA:

- [x] PLEA:
- [ ] NEGOTIATED
- [x] GUILTY ON COUNT(S)_____
- [ ] NOLO CONTENDERE ON
  COUNT(S)_____
- [ ] TO LESSER INCLUDED
  OFFENSE(S)_____
  _____
  _____
- [ ] ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
- [ ] GUILTY ON
  COUNT(S)_____
- [ ] NOT GUILTY ON
  COUNT(S)_____
- [ ] GUILTY OF INCLUDED
  OFFENSE(S) OF _____
  ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON
  COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON
  COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

## [x] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [x] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully at suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [x] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$150.00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ ; $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses. ( ) Attend and Complete Anger Management Course

_Payment of fine today – NO Probation_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _22nd_ day of _Feb_ , _2011_

_____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _____ day of _____ , _____

_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _____ day of _____ , _____

_____
Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Daniel Corks*

CRIMINAL ACTION NO. _11_ -SR- _00126_

OFFENSE(S) *Interference w/ Public Property*

*(2) Interference w/ Public Property*

_July_ TERM, _2011_

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1, 2_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

☐ **VERDICT:**
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

---

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of *6 months* *6 months concurrent* may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully at suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION** *@ 50.00* *$150 + SC*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of *$150.00 + SC* _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month  Probation Fee  **Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.  ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines.**

Perform _____ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling  ( ) Serve _____ days jail time. _____ days Suspended upon payment.  **SPECIAL CONDITIONS: Attend evaluation/risk reduction program.  Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course**

_May terminate upon payment of fines & fees_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _18th_ day of _July_ _2011_.

_____ Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _18th_ day of _July_ _2011_ _Edith Hall_

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _18th_ day of _July_ _2011_

_____ Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

*(left margin: Deputy Clerk)*  *(left margin: Filed in Open Court, this 18th day of July 2011)*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA     FINAL DISPOSITION

THE STATE

VS.

_Terri Brantley_

CRIMINAL ACTION NO. _11_ -SR- _00125_

OFFENSE(S) ① _Speeding 65/45_

② _Speeding: IN Excess of Posted Limit_

_July_ TERM, _2011_

| | | | |
|---|---|---|---|
| ☐ PLEA: | | ☑ VERDICT: | ☐ OTHER DISPOSITION |
| ☐ NEGOTIATED | ☐ JURY | ☑ GUILTY ON COUNT(S) _1_ | ☑ NOLLE PROSEQUI ORDER ON COUNT(S) _2_ |
| ☐ GUILTY ON COUNT(S)_____ | ☐ NON-JURY | ☐ NOT GUILTY ON COUNT(S)_____ | ☐ DEAD DOCKET ORDER ON COUNT(S)_____ |
| ☐ NOLO CONTENDERE ON COUNT(S)_____ | | ☐ GUILTY OF INCLUDED OFFENSE(S) OF_____ | |
| ☐ TO LESSER INCLUDED OFFENSE(S)_____ | | ON COUNT(S)_____ | (SEE SEPARATE ORDER) |
| ON COUNT(S)_____ | | | |

*(stamp: ENTERED RW)*     *(stamp: ENTERED EER SCANNED)*

### ☑ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1)   THAT the above sentence may be served on probation.

☐ 2)   THAT upon service of _____ of the above sentence, the remainder of _12 mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☑ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1)   Do not violate the criminal laws of any governmental unit.

☒ 2)   Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

☒ 3)   Avoid persons or places of disreputable or harmful character.

☒ 4)   Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

☒ 5)   Work faithfully as suitable employment insofar as may be possible.

☒ 6)   Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

☒ 7)   Support his(her) legal dependents to the best of his(her) ability.

☒ 8)   Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☑ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _400 ⁰⁰ + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_May terminate after 2 months_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of the time the defendant has served on probation.

So ordered this _18th_ day of _July_ , _2011_

_(signature)_ Judge, JEFFERSON State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above _18/77_

This _18th_ day of _July_ , _2011_     _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _18th_ day of _July_ , _2011_     _Terri Brantley_

Probationer

White-Clerk     Canary-Probation Officer     Pink-Defendant

*(left margin, vertical): Deputy Clerk ... Filed in Open Court, this 18th day of July 2011)*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

_Rickey Zimmerman_

CRIMINAL ACTION NO. _11 -SR- 00122_

OFFENSE(S) ③ _DUI_ ④ _Suspended License_
⑤ _Failure to Maintain_
⑥ _Shoplifting_
_May_      TERM, _2011_

☑ **PLEA:**

☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _2-3-4-5_
☐ NOLO CONTENDERE ON
COUNT(S) _____
☐ TO LESSER INCLUDED
OFFENSE(S)_____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

**ENTERED RW**

☐ VERDICT:
☐ GUILTY ON
COUNT(S) _____
☐ NOT GUILTY ON
COUNT(S) _____
☐ GUILTY OF INCLUDED
OFFENSE(S) OF _____
ON COUNT(S) _____

☐ OTHER DISPOSITION
☑ NOLLE PROSEQUI ORDER ON
COUNT(S) _1_
☐ DEAD DOCKET ORDER ON
COUNT(S) _____

(SEE SEPARATE ORDER)

---

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.
☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
     PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

① _12 months_
② _12 months cnSec_ _= 36 month_
③ _12 months cnSec_

---

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION** ④ _550 ⁰⁰ +SC_   ⑤ _700 ⁰⁰ +Sc_
IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ② _500 ⁰⁰ +SC_ _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,
and pay restitution in the amount of _____; $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _40_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _[crossed out] hrs_ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _Verify with jail_
_May terminate after 30 months_    ③ _2 day concurrent first available weekend_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _16th_ day of _May_ _2011_      _[signature]_ Judge, **JEFFERSON** State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _16th_ day of _May_ _2011_ _Edith Hall_
     Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _16th_ day of _May_ , _2011_ _Rickey Zimmerman_
     Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Rickey Walden*

CRIMINAL ACTION NO. _11_ -SR- _0012_

OFFENSE(S) ① *No License*

*Leaving scene of Accident*

*May* _____ TERM, _2011_

☑ **PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _1, 2_
☐ NOLO CONTENDERE ON
    COUNT(S) _____
☐ TO LESSER INCLUDED
    OFFENSE(S) _____
    _____
    ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
☐ GUILTY ON
    COUNT(S) _____
☐ NOT GUILTY ON
    COUNT(S) _____
☐ GUILTY OF INCLUDED
    OFFENSE(S) OF _____
    ON COUNT(S) _____

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON
    COUNT(S) _____
☐ DEAD DOCKET ORDER ON
    COUNT(S) _____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law, HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 mos, 12 mos consective - 24 mos_ may be served on probation,
    PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION ① _250 00 +sc_ ② _500 00 +SC_

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ ; $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_Provide name of victim for verification of damages_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _16th_ day of _May_ _2011_

_____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _16th_ day of _May_ , _2011_ _Edith Hall_

_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _16th_ day of _May_ , _2011_ _Rickey Walden Sr_

_____
Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Marcus Roundtree*

CRIMINAL ACTION NO. _11_ -SR- _00118_

OFFENSE(S) ① *Reckless Conduct*

② *Simple Battery*

*May* _____ TERM, _2011_

**☑ PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON
  COUNT(S)_____
- ☐ TO LESSER INCLUDED
  OFFENSE(S)_____
- ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

**☐ VERDICT:**
- ☐ GUILTY ON
  COUNT(S) _____
- ☐ NOT GUILTY ON
  COUNT(S) _____
- ☐ GUILTY OF INCLUDED
  OFFENSE(S) OF_____
  ON COUNT(S) _____

**☑ OTHER DISPOSITION**
- ☑ NOLLE PROSEQUI ORDER ON
  COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON
  COUNT(S) _____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____ *Time Served* _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : **$35.00 per month** Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. **Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition of probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _16th_ day of _May_ _2011_ _____

Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _16th_ day of _May_ _2011_ *Edith Hall*

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _16th_ day of _May_ _2011_

White–Clerk     Canary–Probation Office     Pink–Defendant

Probationer

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00117_

OFFENSE(S) ① _Suspended License_
② _Speeding 85/55_

VS.

_George Rhodes, Jr_

_June_ TERM, _2011_

*(left margin, vertical)* Deputy Clerk

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1, 2_
- ☐ NOLO CONTENDERE ON COUNT(S) ____

☐ **VERDICT:**
- ☐ JURY
- ☐ NON-JURY
- ☐ GUILTY ON COUNT(S) ____
- ☐ NOT GUILTY ON COUNT(S) ____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF ____ ON COUNT(S) ____

☐ TO LESSER INCLUDED OFFENSE(S) ____

ON COUNT(S) ____

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) ____
- ☐ DEAD DOCKET ORDER ON COUNT(S) ____

(SEE SEPARATE ORDER)

*(stamps: ENTERED LOA, ENTERED RW)*

---

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of ____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation. ① _12 months_
- ☐ 2) THAT upon service of ____ of the above sentence, the remainder of ____ may be served on probation ② _12 months consec = 24 mos_
  PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully at suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

## ☒ OTHER CONDITIONS OF PROBATION ② _75⁰⁰ + SC_

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _55D⁰⁰ + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of ____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (☑ Serve _2_ days jail time. ____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _Suspended Phone Report Verify medical condition May terminate after 12 months if all Conditions met._

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _20th_ day of _June_, _2011_.

_____
Judge, __JEFFERSON__ State Court

*(left margin, vertical)* Filed in Open Court, this 20th day of June 2011

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _20th_ day of _June_, _2011_ _Edith Hall_
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _20th_ day of _June_, _2011_ _George Rhodes_
Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA     **FINAL DISPOSITION**

THE STATE

VS.

*Kevin King*

CRIMINAL ACTION NO. _____ *11* -SR- *00110*

OFFENSE(S) *No Driver's License*

*May* _____ TERM, *2011*

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S)   1
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____ ON COUNT(S) _____

☐ **VERDICT:**
- ☐ JURY
- ☐ NON-JURY
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ *12 months* may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of *250⁰⁰ +SC* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

*May terminate after 6 months*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _____ *16th* day of _____ *May* _____ *2011*

_____ Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *16th* day of *May* *2011* *Edith Hall*

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *16th* day of *May* *2011* _____

Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Jelisa Shontae Kelly*

_ENTERED L.O.A SCANNED_

CRIMINAL ACTION NO. __11__-SR-_00109_

OFFENSE(S) ① *Theft By Taking*
① *Hindering 911 Call*
② *Battery*
*May* TERM, **2011**

☑ **PLEA:**

☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _1, 2_
☐ NOLO CONTENDERE ON
    COUNT(S) _____
☐ TO LESSER INCLUDED
    OFFENSE(S) _____
    ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON
    COUNT(S) _____
☐ NOT GUILTY ON
    COUNT(S) _____

_ENTERED RW_

☐ GUILTY OF INCLUDED
    OFFENSE(S) OF _____
    ON COUNT(S) _____

☐ OTHER DISPOSITION
☑ NOLLE PROSEQUI ORDER ON
    COUNT(S) _3_
☐ DEAD DOCKET ORDER ON
    COUNT(S) _____

(SEE SEPARATE ORDER)

---

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law.
HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
    PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

*① 12 months*
*12 months Consec = 24 mos*

---

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

### ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ⓐ *350 00 +sc* _350 00 +sc_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: **$35.00 per month** Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.
Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: **Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course

*May terminate after 18 months*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _16th_ day of *May* _2011_

_____ Judge, JEFFERSON State Court

---

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _16th_ day of *May* _2011_ *Edith Hall*

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _16th_ day of *May* _2011_ *Jelisa Kelly*

_____ Probationer

White-Clerk        Canary-Probation Office        Pink-Defendant

_Deputy Clerk_

*Filed in Open Court this 16th day of May 2011*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Tommy Lee Hills*

CRIMINAL ACTION NO. _11_-SR-_00108_

OFFENSE(S) ① *Driving With Suspended*
*License* ② *Expired Tag*

*May* TERM, *2011*

- [✓] PLEA:
  - [ ] NEGOTIATED
  - [✓] GUILTY ON COUNT(S) *1, 2*
  - [ ] NOLO CONTENDERE ON COUNT(S) _____
  - [ ] TO LESSER INCLUDED OFFENSE(S) _____
  - ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
  - [ ] GUILTY ON COUNT(S) _____
  - [ ] NOT GUILTY ON COUNT(S) _____
  - [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] OTHER DISPOSITION
  - [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
  - [ ] DEAD DOCKET ORDER ON COUNT(S) _____
  - (SEE SEPARATE ORDER)

---

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of *12 months,* ② *12 mos Consect = 24 mm* may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *1500 00 + sc* ② *250 00 + sc* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ✓ ) Serve *30* days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course *Report 5/17/11 @ 10am*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *16th* day of *May*, *2011*

_____
Judge, **JEFFERSON** State Court

---

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *16th* day of *May*, *2011*    *Edith Hall*

_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *16th* day of *May*, *2011*

_____
Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

Key Tommy Gilmore

CRIMINAL ACTION NO. _11_-SR-_00106_

OFFENSE(S) *② False Name*

① VGCSA

_May_ TERM, _2011_

| PLEA: | | VERDICT: | | OTHER DISPOSITION |
|---|---|---|---|---|
| ☐ NEGOTIATED | ☐ JURY | ☐ GUILTY ON | | ☐ NOLLE PROSEQUI ORDER ON |
| ☐ GUILTY ON COUNT(S)_____ | ☐ NON-JURY | COUNT(S)_____ | | COUNT(S)_____ |
| ☐ NOLO CONTENDERE ON | | ☐ NOT GUILTY ON | | ☐ DEAD DOCKET ORDER ON |
| COUNT(S)_____ | | COUNT(S)_____ | | COUNT(S)_____ |
| ☐ TO LESSER INCLUDED | | ☐ GUILTY OF INCLUDED | | |
| OFFENSE(S)_____ | | OFFENSE(S) OF_____ | | (SEE SEPARATE ORDER) |
| ON COUNT(S)_____ | | ON COUNT(S)_____ | | |

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law, HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation

*① 12 months — less time served*
*② 12 months — consective 24 mos*

PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of *① 500⁰⁰ +SC* __250⁰⁰ +SC__ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _16th_ day of _May_ , _2011_ _____ Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _16th_ day of _May_ , _2011_ _Edith Hall_
_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _16th_ day of _May_ , _2011_ _Key Tommy Gilmore_
_____ Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

THE STATE

VS.

_Jerome Anthony Davis_

CRIMINAL ACTION NO. _11_ -SR- _00105_

OFFENSE(S) ① _Driving While License Suspended_
② _Fleeing / Attempting to Elude officer_ ③ _Reckless Driving_ ④ _Hit & Run_ ⑤ _Obstruction_

_July_      TERM, _2013_

[ENTERED LOA SCANNED stamp]

Deputy Clerk

[x] **PLEA:**
- [x] NEGOTIATED
- [x] GUILTY ON COUNT(S) _3_
- [ ] NOLO CONTENDERE ON COUNT(S)____
- [ ] TO LESSER INCLUDED OFFENSE(S)____
- ON COUNT(S)____

[ ] **VERDICT:**
- [ ] JURY
- [ ] NON-JURY
- [ ] GUILTY ON COUNT(S)____
- [ ] NOT GUILTY ON COUNT(S)____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF____
- ON COUNT(S)____

[ ] **OTHER DISPOSITION**
- [x] NOLLE PROSEQUI ORDER ON COUNT(S) _1, 2, 4, 5_
- [ ] DEAD DOCKET ORDER ON COUNT(S)____

(SEE SEPARATE ORDER)

---

[X] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

[X] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully as suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

[X] **OTHER CONDITIONS OF PROBATION** ③

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _500.00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve ____ days jail time. ____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

---

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _15th_ day of _July_ _2013_    [signature] _TM_

Judge JEFFERSON State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _15th_ day of _July_, _2013_    _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _15th_ day of _July_, _2013_    _Jerome Davis_

Probationer

White-Clerk      Canary-Probation Office      Pink-Defendant

[Left margin, handwritten vertical text: Filed in Open Court, this 15th day of July 2013    Anne F. Dudlin Deputy Clerk]

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _____ 11 -SR- 00100

OFFENSE(S) *Obstruction*

VS.

*Octavious Bass*

*May* ____ TERM, *2011*

☑ **PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S)
☐ NOLO CONTENDERE ON COUNT(S) _____
☐ TO LESSER INCLUDED OFFENSE(S) _____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON COUNT(S) _____
☐ NOT GUILTY ON COUNT(S) _____
☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.
☐ 2) THAT upon service of _____ of the above sentence, the remainder of *12 months* may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully at suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of *350.00 + SC* _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *16th* day of *May* _____ *2011* _____ Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *16th* day of *May* , *2011* *Edith Hall* _____ Probation Office

Copy received and instructions regarding conditions acknowledge,

This *16th* day of *May* _____ *2011* *Octavious Bass* _____ Probation

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_95_

OFFENSE(S) ② DUI

① Failure To Maintain Lane

VS.

Randy R. Murphy

_April_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) _2,_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
  ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

**VERDICT:**
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

**OTHER DISPOSITION**
- [X] NOLLE PROSEQUI ORDER ON COUNT(S) _1_
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

ENTERED RW

ENTERED EER SCANNED

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of ① 12 months may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _500 00 +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. (✓ Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _40_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓ Serve _24 hrs_ jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: [Attend evaluation/risk reduction program.] Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _18th_ day of _April_ _2011._

_____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _18th_ day of _April_, _2011_ _Edith Hall_
_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _18th_ day of _April_ _2011_ _Randy Murphy_
_____
Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Dewey Gilmore Jr*

CRIMINAL ACTION NO. ___11___ -SR- _00090_

OFFENSE ① Reckless Conduct ② VGCSA
④ Obstruction of an officer, ⑤ ~~#~~ Cruelty
to Children ③ Interference w/911
April     TERM, 2011

☑ **PLEA:**

☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _2,3,4,5,6_
☐ NOLO CONTENDERE ON COUNT(S) _____
☐ TO LESSER INCLUDED OFFENSE(S) _____
_____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON COUNT(S) _____
☐ NOT GUILTY ON COUNT(S) _____
☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
ON COUNT(S) _____

*(ENTERED RW)*

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON COUNT(S) _1_
☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*(ENTERED EER SCANNED)*

☑ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law.
HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

① 12 mos ④ 12 mos ⑥ 12mos
② 12 mos ⑤ 12 mos con = 60mos

☑ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION** ② 500.00 +sc ④ 150.00 +SC ⑤ 150+

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ② 500.00 +SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,
and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge (✓) Pay a 50% Drug Surcharge on fines.
Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses. ( ) Attend and Complete Anger Management Course

No Contact w/ Shirlene Taylor - deceased
may terminate after 24 mos

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law, after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _18th_ day of _April_, _2011_     _John R Murphy_
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _18th_ day of _April_, _2011_     _Edith Hall_
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _18th_ day of _April_, _2011_     _Dewey Gilmore_
Probationer

White–Clerk     Canary–Probation Office     Pink–Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_85_

OFFENSE(S) _Obstruction of A Law_
_Enforcement Officer_

VS.

_Lee Edward T. Brown_

_April_ _____ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [x] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON
  COUNT(S) _____
- [ ] TO LESSER INCLUDED
  OFFENSE(S) _____
  _____
  ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
- [ ] GUILTY ON
  COUNT(S) _____
- [ ] NOT GUILTY ON
  COUNT(S) _____
- [ ] GUILTY OF INCLUDED
  OFFENSE(S) OF _____
  ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON
  COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON
  COUNT(S) _____

(SEE SEPARATE ORDER)

---

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully as suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [ ] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _250⁰⁰ + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: _$35.00 per month_ Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course

---

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _18th_ day of _April_ _2011_ _____

Judge, JEFFERSON State Court

---

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _18th_ day of _April_, _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _18th_ day of _April_, _2011_ _____

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA          FINAL DISPOSITION

THE STATE

CRIMINAL ACTION NO. __11__ -SR- _00084_

OFFENSE(S) _Speeding  84/55_

VS.

_Nicoya Bing_

_April_ _____ TERM, _2011_

☐ PLEA:
☐ NEGOTIATED
☐ GUILTY ON COUNT(S)_____
☐ NOLO CONTENDERE ON
    COUNT(S)_____
☐ TO LESSER INCLUDED
    OFFENSE(S)_____
    ON COUNT(S)_____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON
    COUNT(S)_____
☐ NOT GUILTY ON
    COUNT(S)_____
☐ GUILTY OF INCLUDED
    OFFENSE(S) OF_____
    ON COUNT(S)_____

(ENTERED RW)

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON
    COUNT(S)_____
☐ DEAD DOCKET ORDER ON
    COUNT(S)_____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.
☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 mos_____ may be served on probation
    PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully at suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _500 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,

and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.  ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines.**

Perform _____ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling  ( ) Serve _____ days jail time. _____ days Suspended upon payment.  **SPECIAL CONDITIONS: Attend evaluation/risk reduction program.  Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course**

_Phone Report_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _18th_ day of _April_ _2011_ _____ Judge, JEFFERSON State

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _18th_ day of _April_ _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _18th_ day of _April_ _2011_ _Nicoya E. Bing_

Probationer

White-Clerk          Canary-Probation Office          Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Travis Walden*

CRIMINAL ACTION NO. _11_ -SR- _00080_

OFFENSE(S) *Criminal Trespass*

*March* TERM, *2011*

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- _____
- ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

☐ **VERDICT:**
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of *Credit Time Served*

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully at suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _29th_ day of _March_ _2011_ _____ Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _____ day of _____ , _____

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _____ day of _____ , _____

_____ Probationer

White-Clerk        Canary-Probation Office        Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

CRIMINAL ACTION NO. _11-SR-00078_

OFFENSE(S) _Theft by Taking_

### VS.

_Terrence D. Smith_

_March_ TERM, _2011_

**PLEA:**
- [X] NEGOTIATED _1_
- [ ] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- [ ] ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

*(ENTERED RW)*

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*(ENTERED EER SCANNED)*

---

**[X] MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

**[X] GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

**[X] OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$ 150 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : **$35.00 per month** Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve ____ days jail time. ____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course**

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_ , _2011_ _____ Judge, **JEFFERSON** State Court

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_ , _2011_ _Edith Hall_ _____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _March_ , _2011_ _Terrence Smith_ _____ Probationer

White-Clerk    Green- Probation Office    Pink-Defendant

Deputy Clerk    Filed in Open Court, this 21st day of March 2011

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

_Bobbie Jean Mosely_

CRIMINAL ACTION NO. _11_ -SR- _00077_

OFFENSE(S) _Theft of Lost Property_

_March_ TERM, _2011_

**PLEA:** ☑

☐ NEGOTIATED

☑ GUILTY ON COUNT(S)_____1_____

☑ NOLO CONTENDERE ON

    COUNT(S)_____

☐ TO LESSER INCLUDED

    OFFENSE(S)_____

    ON COUNT(S) _____

☐ JURY

☐ NON-JURY

☐ VERDICT:

☐ GUILTY ON

    COUNT(S)_____

☐ NOT GUILTY ON

    COUNT(S)_____

☐ GUILTY OF INCLUDED

    OFFENSE(S) OF_____

    ON COUNT(S) _____

_(ENTERED RW)_

☐ OTHER DISPOSITION

☐ NOLLE PROSEQUI ORDER ON

    COUNT(S)_____

☐ DEAD DOCKET ORDER ON

    COUNT(S)_____

(SEE SEPARATE ORDER)

_(ENTERED EER SCANNED)_

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.

☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

☒ 3) Avoid persons or places of disreputable or harmful character.

☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

☒ 5) Work faithfully as suitable employment insofar as may be possible.

☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

☒ 7) Support his(her) legal dependents to the best of his(her) ability.

☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _250+sc_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_May terminate after 6 months_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_ , _2011_     _[signature]_ Judge, _JEFFERSON_ State Court

_Filed in Open Court, this 21st day of March 2011_     _[signature] Deputy Clerk_

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_ , _2011_     _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _March_ , _2011_     _Bobbie Jean Mosely_

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

FINAL DISPOSITION                    ST-6

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

FINAL DISPOSITION

### THE STATE

VS.

*Veronica Hobbs*

CRIMINAL ACTION NO. __11__-SR-__00074__

OFFENSE(S) *Harassing Phone Calls*

_____

*March* TERM, *2011*

☑ PLEA:
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) __1__
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

☐ VERDICT:
- ☐ JURY
- ☐ NON-JURY
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*(stamp: ENTERED RW)*

*(stamp: ENTERED EER SCANNED)*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of *12 Months* may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of *#250 + SC* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. **Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course

*Do NOT make Harassing phone calls to Darrin B. Drayton*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *21st* day of *March* *2011*

Judge, *JEFFERSON* State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *21st* day of *March*, *2011*    *Edith Hall*

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *21st* day of *March*, *2011*    *Veronica Hobbs*

Probationer

White-Clerk          Canary-Probation Office          Pink-Defendant

*(left margin: Deputy Clerk)*

*(left margin: Filed in Open Court, this 21 day of March 2011)*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

**VS.**

_Mario Hilton_

CRIMINAL ACTION NO. ① 11 -SR- 0072
② 11 SR 0073
OFFENSE(S) (1-1) Failure to Maintain Lane
(1-2) No Driver license (1-3) Obstruction
(2) Battery-Simple
_March_ TERM, 2011

☑ **PLEA:**

☐ NEGOTIATED
☑ GUILTY ON COUNT(S) 1-1, 1-2 1-3, 2
☐ NOLO CONTENDERE ON
COUNT(S) _____
☐ TO LESSER INCLUDED
OFFENSE(S) _____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
☐ GUILTY ON
COUNT(S) _____
☐ NOT GUILTY ON
COUNT(S) _____
☐ GUILTY OF INCLUDED
OFFENSE(S) OF _____
ON COUNT(S) _____

(ENTERED RW)

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON
COUNT(S) _____
☐ DEAD DOCKET ORDER ON
COUNT(S) _____
(SEE SEPARATE ORDER)

(ENTERED EFR SCANNED)

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law.
HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation. _12 month_ _12 months Conse_

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months Consecut_ _12months Consec_ may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States. ②500+s

☒ **OTHER CONDITIONS OF PROBATION** (2) 250.00+C (1-3) 350+sc
IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 100+SO _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,
and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.
Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended
upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course

_May terminate after 24 months_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_ _2011_ _____ Judge, JEFFERSON State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.
This _21st_ day of _March_ _____
Probation Officer

Copy received and instructions regarding conditions acknowledge,
This _21st_ day of _March_ _____
Probationer

White–Clerk    Canary–Probation Office    Pink–Defendant

_Filed in Open Court, this 21st day of March 2011_

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

THE STATE

CRIMINAL ACTION NO. _____ *11* -SR- *00071*

OFFENSE(S) *(1) Obstruction (3) Attempting*
*to Elude (2) Reckless Driving*
*(4) Open Container*

VS.

*Brandon Hicks*

March    TERM, *2011*

☑ PLEA:
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) *1, 3, 42*
☐ NOLO CONTENDERE ON
COUNT(S) _____
☐ TO LESSER INCLUDED
OFFENSE(S) _____
_____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON
COUNT(S) _____
☐ NOT GUILTY ON
COUNT(S) _____
☐ GUILTY OF INCLUDED
OFFENSE(S) OF _____
ON COUNT(S) _____

(ENTERED RW)

☐ OTHER DISPOSITION

[ ] NOLLE PROSEQUI ORDER ON
COUNT(S) _____
☐ DEAD DOCKET ORDER ON
COUNT(S) _____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law.
HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.
☐ 2) THAT upon service of _____ of the above sentence, the remainder of ③ *12 months* may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court and that of this sentence.

① *12 months*
② *12 months consect.* = *24 ms*
③ *12 months consec.*
*consec 48 ms*

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION ③ *350 +50*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *500 +SC* ② *500 +SC* ④ *200 +SC* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,

and pay restitution in the amount of _____ : $35.00 per month Probation Fee   Pay a 10% jail fee on fines.   Pay a 5% VAF Surcharge on fines.   Pay a 10% Indigent Defense Surcharge.   ( ) Pay a $26.00 DUI Surcharge   ( ) Pay a 50% Drug Surcharge on fines.

Perform _____ hours Community Service   ( ) Attend Alcohol and/or Drug Counseling   ( ) Serve *10* days jail time. _____ days Suspended upon payment.   SPECIAL CONDITIONS: Attend evaluation/risk reduction program.   Pay a 10% Spinal Injury Trust Fund Fee.   Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses   ( ) Attend and Complete Anger Management Course *CTS 6 days*
*Balance to be served*
*May terminate after 36 months* *or weekend*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *21st* day of *March* *2011* _____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *21st* day of *March*, *2011*    *Edith Hall*
   Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *21st* day of *March*, *2011*    *Brandon M. Hicks*
   Probationer

White–Clerk    Canary–Probation Office    Pink–Defendant

*Filed in Open Court, this 21 day of March 2011*    *Deputy Clerk*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA     FINAL DISPOSITION

THE STATE

CRIMINAL ACTION NO. _____11_ -SR- _00070_

OFFENSE(S) _Theft by Taking_

VS.

_Gunnar M. Harris_

_March_ _____ TERM, _2011_

☑ PLEA:

☐ NEGOTIATED  
☑ GUILTY ON COUNT(S) _1_  
☐ NOLO CONTENDERE ON  
   COUNT(S) _____  
☐ TO LESSER INCLUDED  
   OFFENSE(S) _____  
   ON COUNT(S) _____

☐ JURY  
☐ NON-JURY

☐ VERDICT:  
☐ GUILTY ON  
   COUNT(S) _____  
☐ NOT GUILTY ON  
   COUNT(S) _____  
☐ GUILTY OF INCLUDED  
   OFFENSE(S) OF _____  
   ON COUNT(S) _____

☐ OTHER DISPOSITION  
☐ NOLLE PROSEQUI ORDER ON  
   COUNT(S) _____  
☐ DEAD DOCKET ORDER ON  
   COUNT(S) _____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.  
☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.  
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.  
☒ 3) Avoid persons or places of disreputable or harmful character.  
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.  
☒ 5) Work faithfully at suitable employment insofar as may be possible.  
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.  
☒ 7) Support his(her) legal dependents to the best of his(her) ability.  
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$150 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _____

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_ , _2011_ _____ Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_ , _2011_ _Edith Hall_

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _March_ , _2011_ _Gunnar Harris_

_____ Probationer

White-Clerk          Canary-Probation Office          Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA     FINAL DISPOSITION

THE STATE

CRIMINAL ACTION NO. _11_-SR-_000 69_

OFFENSE(S) _Theft by Taking_

VS.

_Kernard Farmer_

_March_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [x] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

**VERDICT:**
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

### [x] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### [x] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully as suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### [x] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$150.00 + 50_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_, _2011_      _[signature]_

Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_, _2011_     _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge.

This _21st_ day of _March_, _2011_     _Kernard Farmer_

Probationer

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_00068_

OFFENSE(S) _Criminal Trespass_

VS.

_April Coleman_

_May_ TERM, _2012_

☑ PLEA:
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _1_
☐ NOLO CONTENDERE ON
  COUNT(S) _____
☐ TO LESSER INCLUDED
  OFFENSE(S) _____
  _____
  ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON
  COUNT(S) _____
☐ NOT GUILTY ON
  COUNT(S) _____
☐ GUILTY OF INCLUDED
  OFFENSE(S) OF _____
  ON COUNT(S) _____

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON
  COUNT(S) _____
☐ DEAD DOCKET ORDER ON
  COUNT(S) _____

(SEE SEPARATE ORDER)

## ☑ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.
☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☑ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☑ 1) Do not violate the criminal laws of any governmental unit.
☑ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☑ 3) Avoid persons or places of disreputable or harmful character.
☑ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☑ 5) Work faithfully as suitable employment insofar as may be possible.
☑ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☑ 7) Support his(her) legal dependents to the best of his(her) ability.
☑ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☑ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _250.00 + sc_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____; $35.00 per month Probation Fee Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or provision herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _May_ _2012_

_____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _May_, _2012_ _Edith Hall_
_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _May_, _2012_ _April Coleman_
_____
Probationer

White–Clerk Canary–Probation Office Pink–Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Diego A Aguilar*

11 SR 00067 → ① *Simple Assault*

CRIMINAL ACTION NO. ① 11 -SR- 00066
② 11 SR 000 67

OFFENSE(S) ① *DUI* ③ *Dewing w/o GA licen*

*March* TERM, *2011*

[✗] **PLEA:**

- [ ] NEGOTIATED
- [✗] GUILTY ON COUNT(S) *1, ③*
- [ ] NOLO CONTENDERE ON COUNT(S) *3*
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

ENTERED RW

ENTERED EER SCANNED

### [✗] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

① *12 months* ③ *12 mos conser* = *36 mo*
*1-2 12 months consec're*

### [✗] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [✗] 1) Do not violate the criminal laws of any governmental unit.
- [✗] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [✗] 3) Avoid persons or places of disreputable or harmful character.
- [✗] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [✗] 5) Work faithfully as suitable employment insofar as may be possible.
- [✗] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [✗] 7) Support his(her) legal dependents to the best of his(her) ability.
- [✗] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States. *# 11-SR-00067*

### [✗] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *1100 +SC* ③ *250 +SC* *① 1500 +SC* pd. .50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform *#5 flag* Community Service ( ) Attend Alcohol and/or Drug Counseling [✓] Serve *21* days jail time *____* days Suspended upon payment. **SPECIAL CONDITIONS:** *Attend evaluation/risk reduction program* Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course *1st available w/end* *$25 Newspaper fee.* *May terminate after 24 months* *or non wrking days*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *21st* day of *March* *2011.*

_____ Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *21st* day of *March* *2011* *Edith Hall*

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *21st* day of *March* *2011* *Diego A. Aguilar*

_____ Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

*Deputy Clerk*

*March 2011*

*21st day of March 2011*

*Filed in Open Court, this*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00063_

OFFENSE(S) _DUI_
_②Driving While Unlicensed_
_④Failure To Maintain_

VS.

_Gumersindo Mendez Bautista_

_March_ TERM, _2011_

☑ **PLEA:**

- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1, 3, 4_
- ☐ NOLO CONTENDERE ON COUNT(S) ___
- ☐ TO LESSER INCLUDED OFFENSE(S) ___
- ☐ ON COUNT(S) ___

- ☐ JURY
- ☐ NON-JURY

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S) ___
- ☐ NOT GUILTY ON COUNT(S) ___
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF ___
- ON COUNT(S) ___

(ENTERED RW)

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) ___
- ☐ DEAD DOCKET ORDER ON COUNT(S) ___

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of ___

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation. ① _12 months_
- ☐ 2) THAT upon service of ___ of the above sentence, the remainder ___ may be served on probation ③ _12 month conser_ ② _12 each_ _36 m_

PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION ③ _250 +SC_ ④ _100.ºº +SC_

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _$1100 +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of ___ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _4 days_ Hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _2_ days jail time. ___ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course ) _1st available_ _weekends or nor_ _working day_ _$25.ºº Newspaper Fee_

_May terminate after 24 months_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_ _2011_ ___
Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_, _2011_ _Edith Hall_
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _March_, _2011_ X_Gumersindo Bautista_
Probationer

White Clerk     Canary Probation Office     Pink Defendant

_Deputy Clerk_ (left margin)
_Filed in Open Court, this 21st day of March 2011_ (left margin)

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_00062_

OFFENSE(S) ① *No Proof of Insuranc*

VS. ② *Failing to use Safety Restraint*

*for Children* ③ *Suspended Registrati*

LaKeeshia Lewis      *March*      TERM, _2011_

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1, 2, 3_
- ☐ NOLO CONTENDERE ON
  - COUNT(S) _____
- ☐ TO LESSER INCLUDED
  - OFFENSE(S) _____
  - _____
  - ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

(ENTERED RW)

- ☐ VERDICT:
- ☐ GUILTY ON
  - COUNT(S) _____
- ☐ NOT GUILTY ON
  - COUNT(S) _____
- ☐ GUILTY OF INCLUDED
  - OFFENSE(S) OF _____
  - ON COUNT(S) _____

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON
  - COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON
  - COUNT(S) _____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

① 12 months
② 12 months Consecutive
③ 12 Months Concec

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION** ② 50⁰⁰ ③ $150 + sc

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 500 + SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

*May terminate after 18 months*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_, _2011_ _____ Judge, **JEFFERSON** State Court

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_, _2011_ _Edith Hall_
                     Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _March_, _2011_ _LaKeeshia Lewis_
                     Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

*Filed in Open Court, this 21st day of March 2011*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA     FINAL DISPOSITION

THE STATE

VS.

*Ricardo Quarterman*

CRIMINAL ACTION NO. _11_ -SR- _61_

(4) Reckless Driving (5) OFFENSE(S) *Speeding* (3) *Stop Sign Violation* (5) *Attempting To Elude* (6) *Failure To Maintain Lane* (7) *Leaving scene of Accident* (8) *Improper Passing*

*March* TERM, 20 *11*

☑ PLEA:
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) 1, 3, 8, 4, 5, 6
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- ☐ OTHER DISPOSITION
- ☑ NOLLE PROSEQUI ORDER ON COUNT(S) _7_
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

ENTERED EER SCANNED

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation. (1) *12 months* *12 months consec 12 month*
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation. *12 months conse 12 months consec 12 mos* PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

= *72 mos*

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability. (6) *100+sc* (8) *250+sc*
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION** (3) *100+sc* (4) *500+sc* (5) *100+sc*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of (1) *500+sc* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.**

Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course**

*Restitution and repairing of Mailbox*
*may terminate after 36 months*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_ _2011_ _____ Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_ _2011_ _Edith Hall_ _____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _March_ _2011_ _Ricardo Quarterman_ _____ Probationer

White Clerk    Canary Probation Office    Pink Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00055_

OFFENSE(S) _Suspended License_

VS.

_Kenyatus Mack_

_March_ TERM, _2011_

☑ **PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ☐ ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

☐ **VERDICT:**
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _550+SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _2_ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course.

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_, _2011_

_____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _31st_ day of _March_, _2011_ _Edith Hall_
_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _31st_ day of _March_, _2011_ _Kenyatus Mack_
_____
Probationer

White-Clerk    Canary-Probation Officer    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00052_

OFFENSE(S) _Speeding 86/55_

VS.

_Xavier Gibbons_

_March_ TERM, _2011_

- [X] **PLEA:**
  - [ ] NEGOTIATED
  - [X] GUILTY ON COUNT(S) _1_
  - [X] NOLO CONTENDERE ON
    COUNT(S) _____
  - [ ] TO LESSER INCLUDED
    OFFENSE(S) _____
    _____
  - ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] **VERDICT:**
  - [ ] GUILTY ON
    COUNT(S) _____
  - [ ] NOT GUILTY ON
    COUNT(S) _____
  - [ ] GUILTY OF INCLUDED
    OFFENSE(S) OF _____
    ON COUNT(S) _____

- [ ] **OTHER DISPOSITION**
  - [ ] NOLLE PROSEQUI ORDER ON
    COUNT(S) _____
  - [ ] DEAD DOCKET ORDER ON
    COUNT(S) _____

    (SEE SEPARATE ORDER)

[X] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

[X] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully at suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

[X] **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$500+SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_ _2011_

_____ Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_, _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _March_, _2011_ _Xavier Gibbons_

Probationer

White–Clerk Canary–Probation Office Pink–Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Jamie Latoya Days*

CRIMINAL ACTION NO. _11_-SR-_51_

OFFENSE(S) ① *DUI*
③ *Suspended License*
④ *Failure to Maintain Lane*
*March* TERM, *2011*

☑ **PLEA:**

☐ NEGOTIATED
☑ GUILTY ON COUNT(S) *1, 3, 4*
☐ NOLO CONTENDERE ON
    COUNT(S) _____
☐ TO LESSER INCLUDED
    OFFENSE(S) _____
    ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON
    COUNT(S) _____
☐ NOT GUILTY ON
    COUNT(S) _____
☐ GUILTY OF INCLUDED
    OFFENSE(S) OF _____
    ON COUNT(S) _____

*ENTERED RW*

☐ OTHER DISPOSITION

☐ NOLLE PROSEQUI ORDER ON _____
☐ DEAD DOCKET ORDER ON
    COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED EER SCANNED*

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.
☐ 2) THAT upon service of _____ of the above sentence, the remainder of ② *12 months Consecutive* may be served on probation
    PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

*① 12 months*
*③ 12 months consecutive = 36m*

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *500+SC* ③ *550+SC* ④ *100+SC* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform *40* hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve *24 days jail time.* ___ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

*2 days concurrent*
*① ⑨ available weekends or Non working days*
*May terminate after 24 mo if all fine & fees pd*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_, _2011_ _____ Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_, _____ Probation Officer *Edith Hall*

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _March_ _____ Probationer *Jamie Days*

White–Clerk     Canary–Probation Office     Pink–Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

CRIMINAL ACTION NO. _11 -SR- 00049_

OFFENSE(S) _DUI_

VS.

_Charlotte A Clarke_

_March_ _____ TERM, _2011_

☑ PLEA:

☐ VERDICT:         ☐ OTHER DISPOSITION

☐ NEGOTIATED       ☐ JURY     ☐ GUILTY ON      ☐ NOLLE PROSEQUI ORDER ON

☑ GUILTY ON COUNT(S)___|___  ☐ NON-JURY   COUNT(S)_____    COUNT(S)_____

☐ NOLO CONTENDERE ON        ☐ NOT GUILTY ON    ☐ DEAD DOCKET ORDER ON

COUNT(S)_____             COUNT(S)_____    COUNT(S)_____

☐ TO LESSER INCLUDED        ☐ GUILTY OF INCLUDED

OFFENSE(S)_____         OFFENSE(S) OF_____    (SEE SEPARATE ORDER)

ON COUNT(S)_____        ON COUNT(S)_____

*(stamp: ENTERED RW)*   *(stamp: ENTERED EER SCANNED)*

---

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation

PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.

☒ 2) Avoid injurious and vicious habits -- especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

☒ 3) Avoid persons or places of disreputable or harmful character.

☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

☒ 5) Work faithfully as suitable employment insofar as may be possible.

☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

☒ 7) Support his(her) legal dependents to the best of his(her) ability.

☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$500 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,

and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.

Perform _40_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _24 hours_ days jail time. _____ days Suspended

upon payment. SPECIAL CONDITIONS: [Attend evaluation/risk reduction program.] Pay a 10% Spinal Injury Trust Fund Fee. Pay

$25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _1st available_ _Week end or day_

---

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_ _2011_     _(signature)_ Judge, **JEFFERSON** State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_, _2011_    _Edith Hall_

                                     Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _March_, _2011_    _Charlotte Clarke_

                                       Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

*(left margin, handwritten: Filed in Open Court, this 21 day of March 2011)*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA    FINAL DISPOSITION

THE STATE

VS.

*Travis Cardario Brown*

CRIMINAL ACTION NO. _____ 11 _-SR-_ 00048

OFFENSE(S) ③ *Speeding 74/55*
① *Suspended License*

*March* _____ TERM, *2011*

☑ **PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) *1, 3*
☐ NOLO CONTENDERE ON COUNT(S) _____
☑ TO LESSER INCLUDED OFFENSE(S) _____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
☐ GUILTY ON COUNT(S) _____
☐ NOT GUILTY ON COUNT(S) _____
☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
ON COUNT(S) _____

(ENTERED RW)

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

---

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
    *12 months, 12 months Consecutive = 24 months*
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *550ºº +SC* ② ④ *150ºº + SC* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ___ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ✓ ) Serve *2* days jail time. ___ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

*May terminate after 18 months*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *21st* day of *March* *2011.* _____
                Judge, **JEFFERSON** State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *21st* day of *March* *2011*    *Edith Hall* _____
                                                 Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *21st* day of *March* *2011*    *Travis C. Brown* _____
                                                 Probationer

White–Clerk    Canary–Probation Office    Pink–Defendant

*(left margin)* Deputy Clerk    Filed in Open Court, this 21 day of March 2011

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

CRIMINAL ACTION NO. _____ 11 -SR- 00047

OFFENSE(S) ③ Suspended License

① Speeding 69/55

### VS.

*Walter Beasley*

_____ TERM, 2011

_June_

☑ **PLEA:**

☐ NEGOTIATED  
☑ GUILTY ON COUNT(S)_____  
☑ NOLO CONTENDERE ON  
   COUNT(S) 3 , 1 _____  
☐ TO LESSER INCLUDED  
   OFFENSE(S)_____  
_____  
   ON COUNT(S) _____

☐ JURY  
☐ NON-JURY

☐ **VERDICT:**  
☐ GUILTY ON  
   COUNT(S)_____  
☐ NOT GUILTY ON  
   COUNT(S)_____  
☐ GUILTY OF INCLUDED  
   OFFENSE(S) OF_____  
   ON COUNT(S) _____

*ENTERED RW*

☐ **OTHER DISPOSITION**  
☐ NOLLE PROSEQUI ORDER ON  
   COUNT(S) _____  
☐ DEAD DOCKET ORDER ON  
   COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED EER SCANNED*

---

☑ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

③ 12 months  
① 12 months consec = 24mos

---

☑ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☑ 1) Do not violate the criminal laws of any governmental unit.  
☑ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.  
☑ 3) Avoid persons or places of disreputable or harmful character.  
☑ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.  
☑ 5) Work faithfully at suitable employment insofar as may be possible.  
☑ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.  
☑ 7) Support his(her) legal dependents to the best of his(her) ability.  
☑ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☑ **OTHER CONDITIONS OF PROBATION** ① 150⁰⁰ + SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ③ 550⁰⁰ + SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,

and pay restitution in the amount of _____ ; $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.**

Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve 2 days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course** *CTS*

*May terminate after 12 if all conditions completed.* *Verify*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this 20ᵗʰ day of June , 2011 _____ Judge, **JEFFERSON** State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This 20ᵗʰ day of June , 2011 *Edith Hall* _____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This 20ᵗʰ day of June , 2011 *Walter L. Beasley* _____ Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00046_

VS.

OFFENSE(S) _DUI_

_Warren Anderson Jr_

_March_ TERM, _2011_

| | | | |
|---|---|---|---|
| ☑ PLEA: | | ☐ VERDICT: | ☐ OTHER DISPOSITION |
| ☐ NEGOTIATED | ☐ JURY | ☐ GUILTY ON | ☐ NOLLE PROSEQUI ORDER ON |
| ☑ GUILTY ON COUNT(S) __1__ | ☐ NON-JURY | COUNT(S) _____ | COUNT(S) _____ |
| ☐ NOLO CONTENDERE ON | | ☐ NOT GUILTY ON | ☐ DEAD DOCKET ORDER ON |
| COUNT(S) _____ | | COUNT(S) _____ | COUNT(S) _____ |
| ☐ TO LESSER INCLUDED | | ☐ GUILTY OF INCLUDED | |
| OFFENSE(S) _____ | | OFFENSE(S) OF _____ | (SEE SEPARATE ORDER) |
| | | ON COUNT(S) _____ | |
| ON COUNT(S) _____ | | | |

(stamp: ENTERED RW)  (stamp: ENTERED SCANNED EER)

### [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [ ] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$500 +5C_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. (✓) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _40_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _24 hours_ ~~days~~ jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _____ 1st available weekend

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_ _2011_ _(signature)_ Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_, _2011_ _Edith Hall_
Probation Officer

Copy received and instructions regarding conditions acknowledge.

This _21st_ day of _March_, _2011_ _Warren Anderson Jr_
Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

Deputy Clerk (left margin)
Filed in Open Court, this 21 day of March 2011 (left margin)

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Lindsey Roberts Jr*

CRIMINAL ACTION NO. _11_ -SR- _00043_

OFFENSE(S) ③ *Speeding 106/55*
① DUI ② *Suspended License*

*March* TERM, *2011*

☑ PLEA:
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) *1, 2, 3*
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

ENTERED RW

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

ENTERED EER SCANNED

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law, HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of ① *12 months consec* ② *12 month consec* ③ *12 months consec* may be served on probation *36 no* PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *500+SC* ② *550.00+SC* ③ *750+SC* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform *40* hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve *2 days* days jail time, ___ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program) Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course *CTS*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *21st* day of *March*, *2011*.

_____
Judge, JEFFERSON State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *21st* day of *March*, *2011* *Edith Hall*
_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *21st* day of *March*, *2011* *Lindsey Roberts Jr*
_____
Probationer

White–Clerk    Canary–Probation Office    Pink–Defendant

Deputy Clerk

Filed in Open Court, this 21 day of March 2011

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

_TeKisha S. Hagans_

CRIMINAL ACTION NO. _11-SR-00038_

OFFENSE(S) ① _No proof of Insurance_
② _Suspended Registration_

_February_ TERM, _2011_

☑ **PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _1, 2_
☐ NOLO CONTENDERE ON
 COUNT(S) _____
☐ TO LESSER INCLUDED
 OFFENSE(S) _____
 _____
 ON COUNT(S) _____

☐ **VERDICT:**
☐ JURY
☐ NON-JURY

☐ GUILTY ON
 COUNT(S) _____
☐ NOT GUILTY ON
 COUNT(S) _____
☐ GUILTY OF INCLUDED
 OFFENSE(S) OF _____
 ON COUNT(S) _____

_(ENTERED AW)_

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON
 COUNT(S) _____
☐ DEAD DOCKET ORDER ON
 COUNT(S) _____

 (SEE SEPARATE ORDER)

_(ENTERED EER SCANNED)_

---

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.

☐ 2) THAT upon service of _____ of the above sentence, the remainder of ① _12 months_ ② _12 months Consec = 24 mo._ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION ① _500 + SC_ ② _250°° + SC_

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS:** Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_May terminate after 12 months_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _22nd_ day of _February_, _2011_ _(signature)_

  Judge, **JEFFERSON** State Court

---

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _22nd_ day of _February_, _2011_ _Edith Hall_

  Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _22nd_ day of _February_, _2011_ _TeKisha S Hagans_

  Probationer

White–Clerk  Canary–Probation Office  Pink–Defendant

Filed in Open Court, this 22nd day of February, 2011
WM Johnson Deputy Clerk

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _____ 11-SR-00035

OFFENSE(S) _No Proof of Insurance_

VS.

_Morell Capers_

_February_ _____ TERM, _2011_

[ ] **PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) 1
- [ ] NOLO CONTENDERE ON
  COUNT(S)_____
- [ ] TO LESSER INCLUDED
  OFFENSE(S)_____
  _____
  ON COUNT(S)_____

- [ ] JURY
- [ ] NON-JURY

[ ] **VERDICT:**
- [ ] GUILTY ON
  COUNT(S)_____
- [ ] NOT GUILTY ON
  COUNT(S)_____
- [ ] GUILTY OF INCLUDED
  OFFENSE(S) OF_____
  ON COUNT(S)_____

ENTERED RW

[ ] **OTHER DISPOSITION**
- [ ] NOLLE PROSEQUI ORDER ON
  COUNT(S)_____
- [ ] DEAD DOCKET ORDER ON
  COUNT(S)_____

(SEE SEPARATE ORDER)

ENTERED EER SCANNED

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 Months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$500 ᵘᵈ + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee _Pay a 10% jail fee on fines._ Pay a 5% VAF Surcharge on fines. _Pay a 10% Indigent Defense Surcharge._ ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (•) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. _Pay a 10% Spinal Injury Trust Fund Fee._ Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _____

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _22nd_ day of _February_, _2011_ _____ Judge, _JEFFERSON_ _____ State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _22nd_ day of _February_, _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _22nd_ day of _February_, _2011_ _____

Probationer

White-Clerk     Canary-Probation Officer     Pink-Defendant

Filed in Open Court, this 22nd day of February, 2011     JW Parrish Deputy Clerk

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_N0034_

OFFENSE(S) _No Drivers License_

VS.

_Kenneth W. Cavanaugh_    _February_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [x] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

**VERDICT:**
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

**OTHER DISPOSITION**
- [ ] NOLLE PROSEQUI ORDER ON _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully at suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by a Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _250.00 +sc_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. **Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course _may terminate after 6 months_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _22nd_ day of _February_, _2011_ _____ Judge, JEFFERSON State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _22nd_ day of _February_, _2011_ _Edith Hall_ _____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _22nd_ day of _February_, _2011_ _____ Probationer

White-Clerk      Canary-Probation Office      Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Jack Lamar Brown*

CRIMINAL ACTION NO. _11-SR-00033_

OFFENSE(S) ① *Suspended License 1*

② *DUI 2*

③ *Fail. To Maintain Lane*

*February* TERM, *2011*

**PLEA:** [✗]

- [ ] NEGOTIATED
- [✗] GUILTY ON COUNT(S) *1, 2, 3*
- [ ] NOLO CONTENDERE ON
      COUNT(S) _____
- [ ] TO LESSER INCLUDED
      OFFENSE(S) _____
      _____
      ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

**VERDICT:**
- [ ] GUILTY ON
      COUNT(S) _____
- [ ] NOT GUILTY ON
      COUNT(S) _____
- [ ] GUILTY OF INCLUDED
      OFFENSE(S) OF _____
      ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON
      COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON
      COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

## [✗] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
      PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

*(1) 12 months Consect (3) 12 months*
*(2) 12 months Consect = 36 months*

## [✗] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [✗] 1) Do not violate the criminal laws of any governmental unit.
- [✗] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [✗] 3) Avoid persons or places of disreputable or harmful character.
- [✗] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [✗] 5) Work faithfully as suitable employment insofar as may be possible.
- [✗] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [✗] 7) Support his(her) legal dependents to the best of his(her) ability.
- [✗] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [✗] OTHER CONDITIONS OF PROBATION ② *800 + SC* ③ *100 + SC*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *550 + SC* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ ; $35.00 per month Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform *30 hours* Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve *5* days in jail time. *Credit 3 days* _____ days Suspended upon payment. **SPECIAL CONDITIONS** Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. *3 days concurrent* Pay a $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and complete Anger Management Course *1st available*

*#25 Newspaper fee. Clinical evaluation w/End Surrender license plates of vehicle registered in name-proof of hardship*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation. *May terminate after 24 months*

So ordered this *22nd* day of *February*, *2011* _____

Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *22nd* day of *February*, *2011* *Edith Hall*

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *22nd* day of *February*, *2011* _____

Probationer

White–Clerk    Canary–Probation Office    Pink–Defendant

*Deputy Clerk*

*Filed in Open Court, this 22nd day of February, 2011*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_00031_

OFFENSE(S) _Driving with Suspended Licen._

VS.

_Ronald B. Boulineau Jr._    _February_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [x] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [x] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

**VERDICT:**
- [ ] JURY
- [ ] NON-JURY
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

(ENTERED RW)

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

---

## [x] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.    _Consective to existing cas_
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation
  PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

## [x] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully as suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [x] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$2000.00 +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (x) Serve _10_ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. ( ) Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _____ _10_

_Jefferson County C.I._

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _22nd_ day of _February_ _2011_    _John C Murphy_

Judge, JEFFERSON State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _22nd_ day of _February_, _2011_   _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _22nd_ day of _February_, _2011_   _Ronald Boulineau_

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

_Filed in Open Court, this 22nd day of February 2011_

Deputy Clerk

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Vamila Cooper*

CRIMINAL ACTION NO. _11_ -SR- _00030_

OFFENSE(S) ① *DUI Drugs*
② *No Insurance*
*Improper Tag*
*February* TERM, *2011*

| | |
|---|---|
| ☐ **PLEA:** | ☐ **VERDICT:** | ☐ **OTHER DISPOSITION** |

☐ NEGOTIATED

☐ GUILTY ON COUNT(S)_____

☒ NOLO CONTENDERE ON
COUNT(S) _1, 2, 3_

☐ TO LESSER INCLUDED
OFFENSE(S)_____

ON COUNT(S)_____

☐ JURY
☐ NON-JURY

(ENTERED RW)

☐ GUILTY ON
COUNT(S)_____

☐ NOT GUILTY ON
COUNT(S)_____

☐ GUILTY OF INCLUDED
OFFENSE(S) OF_____
ON COUNT(S)_____

☐ NOLLE PROSEQUI ORDER ON
COUNT(S)_____

☐ DEAD DOCKET ORDER ON
COUNT(S)_____

(SEE SEPARATE ORDER) (ENTERED EER SCANNED)

---

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence be served on probation.

① *12 months consec* ③ *12 months con.*

② *12 months consec.* = 36 mos

☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.

☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

☒ 3) Avoid persons or places of disreputable or harmful character.

☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

☒ 5) Work faithfully at suitable employment insofar as may be possible.

☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

☒ 7) Support his(her) legal dependents to the best of his(her) ability.

☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

☒ **OTHER CONDITIONS OF PROBATION** ① *500 +SC* ② *500+SC* ③ *250⁰⁰ +SC*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70,

and pay restitution in the amount of _____: $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.

Perform _40_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _1_ days jail time. _____ days Suspended

upon payment. SPECIAL CONDITIONS (Attend evaluation/risk reduction program) **Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course *CTS*

*May terminate after 18 months*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *22nd* day of *February*, *2011* _____ *John R Murphy* _____ Judge JEFFERSON State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *22nd* day of *February*, *2011* _____ *Edith Hall* _____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *22nd* day of *February*, *2011* _____ *(3) Vanila Cox* _____ Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

*Filed in Open Court, this 22nd day of February 2011*
*Deputy Clerk*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11-SR-00029_

OFFENSE(S) _Obstruction of Officer_

VS.

_Courtney D. Bynes_

_February_ TERM, _2011_

- ☐ **PLEA:**
- ☐ NEGOTIATED
- ☒ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON
  COUNT(S) _____
- ☐ TO LESSER INCLUDED
  OFFENSE(S) _____
- ☐ ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

- ☐ **VERDICT:**
- ☐ GUILTY ON
  COUNT(S) _____
- ☐ NOT GUILTY ON
  COUNT(S) _____
- ☐ GUILTY OF INCLUDED
  OFFENSE(S) OF _____
  ON COUNT(S) _____

- ☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON
  COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON
  COUNT(S) _____

  (SEE SEPARATE ORDER)

ENTERED RW

ENTERED EER SCANNED

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation
  PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$150.00 +sc_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines.** Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve ____ days jail time. ____ days Suspended upon payment. **SPECIAL CONDITIONS:** Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_May terminate after 6 months_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _22nd_ day of _February_, _2011_

Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _22nd_ day of _February, 2011_     _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _22nd_ day of _February, 2011_     _Courtney Bynes_

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_00027_

OFFENSE(S) _Theft by Shoplifting_
_Theft by Shoplifting_

VS.

_Edward Carl Newsome_          _March_ _____ TERM, _2011_

[✓] **PLEA:**
- [ ] NEGOTIATED
- [✓] GUILTY ON COUNT(S)_____
- [ ] NOLO CONTENDERE ON COUNT(S)_____
- [ ] TO LESSER INCLUDED OFFENSE(S)_____
- [ ] ON COUNT(S)_____

- [ ] JURY
- [ ] NON-JURY

[ ] **VERDICT:**
- [ ] GUILTY ON COUNT(S)_____
- [ ] NOT GUILTY ON COUNT(S)_____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF_____
- [ ] ON COUNT(S)_____

[ ] **OTHER DISPOSITION**
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S)_____
- [ ] DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

_ENTERED RW_     _ENTERED EER SCANNED_

---

[X] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- [ ] 1)  THAT the above sentence may be served on probation.
- [ ] 2)  THAT upon service of _____ of the above sentence, the remainder of ① _12 months_ ② _12 months consect = 24 mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

[X] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1)  Do not violate the criminal laws of any governmental unit.
- [X] 2)  Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3)  Avoid persons or places of disreputable or harmful character.
- [X] 4)  Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5)  Work faithfully as suitable employment insofar as may be possible.
- [X] 6)  Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7)  Support his(her) legal dependents to the best of his(her) ability.
- [X] 8)  Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

[X] **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _400+SC_ ② _500+SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month  Probation Fee  Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.  ( ) Pay a $26.00 DUI Surcharge.  ( ) Pay a 50% Drug Surcharge on fines.  Perform _____ hours Community Service  ( ) Attend Alcohol and/or Drug Counseling  ( ) Serve _____ days jail time. _____ days Suspended upon payment.  SPECIAL CONDITIONS: Attend evaluation/risk reduction program.  Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course _Do Not go on Jet Food Stores in Jefferson County_ _May terminate after 18 months_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _21st_ day of _March_, _2011_                    _____ Judge, JEFFERSON State Court

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _21st_ day of _March_, _2011_        _Edith Hall_                    Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _21st_ day of _March_, _2011_        _Edward Newsome_                    Probationer

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00023_

OFFENSE(S) ① _No License_
② _No Insurance_ ③ _False Name_
④ _Suspended Registration_
_February_ TERM, _2011_

VS.

_Christopher B. Poole_

*Deputy Clerk*

- [ ] **PLEA:**
- [ ] NEGOTIATED
- [x] GUILTY ON COUNT(S) _____
- [x] NOLO CONTENDERE ON COUNT(S) _1, 2, 3_
- [ ] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

- [ ] **VERDICT:**
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] **OTHER DISPOSITION**
- [x] NOLLE PROSEQUI ORDER ON COUNT(S) _4_
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

---

[x] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation ① _12 months consec_ ③ _12 mos consec_
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder ② _12 months consec_ _= 36 mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

[x] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully as suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

[x] **OTHER CONDITIONS OF PROBATION** ① _150⁰⁰ +SC_ ③ _250⁰⁰ +SC_

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ② _560 +SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_May terminate after 12 months if all fines & fees are paid_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _22nd_ day of _February_, _2011_

_____ Judge, **JEFFERSON** State Court

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _22nd_ day of _February_, _2011_    _Edith Hall_

_____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _22nd_ day of _February_, _2011_    _Christopher Poole_

_____ Probationer

*Filed in Open Court, this 22nd day of February 2011*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00164_

OFFENSE(S) ① _Suspended License_

VS.

② _Attempting To Elude_

_Anthony McGruder_

_July_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [x] GUILTY ON COUNT(S) _1, 2_
- [ ] NOLO CONTENDERE ON COUNT(S)____
- [ ] TO LESSER INCLUDED OFFENSE(S)____
- [ ] ON COUNT(S)____

- [ ] VERDICT:
- [ ] JURY
- [ ] NON-JURY
- [ ] GUILTY ON COUNT(S)____
- [ ] NOT GUILTY ON COUNT(S)____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF____
- [ ] ON COUNT(S)____

(ENTERED RW)

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S)____
- [ ] DEAD DOCKET ORDER ON COUNT(S)____

(SEE SEPARATE ORDER)

(ENTERED EER SCANNED)

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of ____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- [ ] 1) THAT the above sentence may be served on probation.    ① _12 months_
- [ ] 2) THAT upon service of ____ of the above sentence, the remainder of ② _12 months consec = 24 mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully as suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION    ② _500.00 + SC_

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① _1000.00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of ____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓ Serve ① _10 days_ jail time. ② _10 days concurrent_ ) ____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _1st available_ _weekends_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _18th_ day of _July_, _2011_ _____ Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _18th_ day of _July_, _2011_ _Edith Hall_ _____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _18th_ day of _July_, _2011_ _Anthony McGruder_ _____ Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00163_

OFFENSE(S) - _Speeding 83/55_

VS.

_Henry Lee McCormick_

_September_ TERM, _2011_

[x] **PLEA:**

[ ] NEGOTIATED    [ ] JURY    [ ] VERDICT:    [ ] OTHER DISPOSITION

[x] GUILTY ON COUNT(S) _1_    [ ] NON-JURY    [ ] GUILTY ON    [ ] NOLLE PROSEQUI ORDER ON

[ ] NOLO CONTENDERE ON    COUNT(S) _____    COUNT(S) _____

COUNT(S) _____    [ ] NOT GUILTY ON    [ ] DEAD DOCKET ORDER ON

[ ] TO LESSER INCLUDED    COUNT(S) _____    COUNT(S) _____

OFFENSE(S) _____    [ ] GUILTY OF INCLUDED

_____    OFFENSE(S) OF _____    (SEE SEPARATE ORDER)

ON COUNT(S) _____    ON COUNT(S) _____

[x] **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

[ ] 1) THAT the above sentence may be served on probation.

[ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

[x] **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

[x] 1) Do not violate the criminal laws of any governmental unit.

[x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.

[x] 3) Avoid persons or places of disreputable or harmful character.

[x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.

[x] 5) Work faithfully as suitable employment insofar as may be possible.

[x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.

[x] 7) Support his(her) legal dependents to the best of his(her) ability.

[x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

[x] **OTHER CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _500.00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : **$35.00 per month** Probation Fee  **Pay a 10% jail fee on fines.  Pay a 5% VAF Surcharge on fines.  Pay a 10% Indigent Defense Surcharge.  ( ) Pay a $26.00 DUI Surcharge  ( ) Pay a 50% Drug Surcharge on fines.** Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment.  SPECIAL CONDITIONS: **Attend evaluation/risk reduction program.   Pay a 10% Spinal Injury Trust Fund Fee.  Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses  ( ) Attend and Complete Anger Management Course**

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law and deducting therefrom the amount of time the defendant has served on probation.

So ordered this _19th_ day of _September_, _2011_    _[signature]_

Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _19th_ day of _September_, _2011_    _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _19th_ day of _September_, _2011_    _Henry McCormick_

Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

## THE STATE                    **FINAL DISPOSITION**

CRIMINAL ACTION NO. _11_-SR-_00162_

OFFENSE(S) _Speeding_

### VS.

_Jesse Linden Kirlin_

_July_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S) _____
- [X] TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

**VERDICT:**
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED RW*

*ENTERED EER SCANNED*

### [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- [ ] 1) THAT the whole sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _Go Mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _125ºº + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

_May terminate after 1 month_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _18th_ day of _July_, _2011_

_____
Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _18th_ day of _July_, _2011_     _Edith Hall_
_____
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _18th_ day of _July_, _2011_     _Jesse Kirlin_
_____
Probationer

*Bartley Clerk*

*Filed in Open Court, this 18th day of July 2011*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

### FINAL DISPOSITION

THE STATE

CRIMINAL ACTION NO. _11_-SR- _00159_

OFFENSE(S) _Gasoline Drive Off w/o Payment_

VS.

_James L. Jenkins_

_July_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S)_____
- [ ] TO LESSER INCLUDED OFFENSE(S)_____
  _____
  ON COUNT(S)_____

- [ ] JURY
- [ ] NON-JURY

- [ ] VERDICT:
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____
  ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _60 days consect_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _$100_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : **$35.00 per month** Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _0_ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course _Suspended_ _Restitution to be determined $65.72_ _Jets 5619 Hwy 88 Matthew, GA_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _18th_ day of _July_ _2011_ _____ Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _18th_ day of _July_ _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _18th_ day of _July_ _2011_ _____

Probationer

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Laheede M. Jackson*

CRIMINAL ACTION NO. 11-SR-00155

OFFENSE(S) ① *No Proof of Insurance*
② *No Drivers License*

*September* TERM, *2011*

*Deputy Clerk* — McJones

☑ **PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) 1, 2
☐ NOLO CONTENDERE ON COUNT(S) _____
☐ TO LESSER INCLUDED OFFENSE(S)_____
_____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ VERDICT:
☐ GUILTY ON COUNT(S)_____
☐ NOT GUILTY ON COUNT(S)_____
☐ GUILTY OF INCLUDED OFFENSE(S) OF_____
ON COUNT(S)_____

☐ OTHER DISPOSITION
☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

*ENTERED FW*   *ENTERED EER SCANNED*

---

**☒ MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation.     ① 12 mos
☐ 2) THAT upon service of _____ of the above sentence, the remainder of ② 12 mos Consec = 24 Mos may be served on probation
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

**☒ GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

**☒ OTHER CONDITIONS OF PROBATION**   ② 150⁰⁰ + SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 500⁰⁰ + SC plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: **$35.00 per month Probation Fee   Pay a 10% jail fee on fines.   Pay a 5% VAF Surcharge on fines.   Pay a 10% Indigent Defense Surcharge.   ( ) Pay a $26.00 DUI Surcharge   ( ) Pay a 50% Drug Surcharge on fines.** Perform _____ hours Community Service   ( ) Attend Alcohol and/or Drug Counseling   ( ) Serve _____ days jail time.   _____ days Suspended upon payment.   **SPECIAL CONDITIONS: Attend evaluation/risk reduction program.   Pay a 10% Spinal Injury Trust Fund Fee.   Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses   ( ) Attend and Complete Anger Management Course**

*May terminate after 12 months.*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *19th* day of *September, 2011*      *John Cunningham Jr.*

Judge, JEFFERSON State Court

*19th day of September 2011* — Filed in Open Court, this

---

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *19th* day of *September, 2011*      *Edith Hill*

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *19th* day of *September, 2011*      *Laheede Jackson*

Probationer

White-Clerk          Canary-Probation Office          Pink-Defendant

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

CRIMINAL ACTION NO. _11_-SR-_00151_

VS.

OFFENSE(S) _Driving with Suspended License_

_Grodona D. Avera_

_July_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON COUNT(S)_____
- [ ] TO LESSER INCLUDED OFFENSE(S)_____
- ON COUNT(S)_____

**VERDICT:**
- [ ] JURY
- [ ] NON-JURY
- [ ] GUILTY ON COUNT(S)_____
- [ ] NOT GUILTY ON COUNT(S)_____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF_____ ON COUNT(S)_____

**OTHER DISPOSITION**
- [ ] NOLLE PROSEQUI ORDER ON COUNT(S)_____
- [ ] DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

## [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _1000.00 + 5C_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve _10_ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _1st available weekend or non-working day_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _18th_ day of _July_, _2011_ _____ Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _18th_ day of _July_, _2011_ _Edith Hall_ _____ Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _18th_ day of _July_, _2011_ _Grodona Avera_ _____ Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

*Filed in Open Court, this 18th day of July 2011*

*Deputy Clerk*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Sharon Tucker*

CRIMINAL ACTION NO. _11_ -SR- _00148_

OFFENSE(S) *Battery*

_____

_____

_June_ _____ TERM, _2011_

*Deputy Clerk*

**PLEA:** ☑
- ☐ NEGOTIATED
- ☐ GUILTY ON COUNT(S)_____
- ☑ NOLO CONTENDERE ON COUNT(S) _1_
- ☐ TO LESSER INCLUDED OFFENSE(S)_____
- ON COUNT(S) _____

☐ VERDICT:
- ☐ JURY
- ☐ NON-JURY
- ☐ GUILTY ON COUNT(S)_____
- ☐ NOT GUILTY ON COUNT(S)_____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S)_____
- ☐ DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 mos_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully at suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _350.00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: _$35.00_ per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _20th_ day of _June_ _2011_ _____

Judge, **JEFFERSON** State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _20th_ day of _June_, _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _20th_ day of _June_, _2011_ _____

Probationer

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

### THE STATE

CRIMINAL ACTION NO. _11_ -SR- _00147_

OFFENSE(S) _Battery_

VS.

_Chiquita Thomas_

_June_ TERM, _2011_

**PLEA:**
- [ ] NEGOTIATED
- [X] GUILTY ON COUNT(S) _1_
- [ ] NOLO CONTENDERE ON
- COUNT(S) _____
- [ ] TO LESSER INCLUDED
- OFFENSE(S) _____
- ON COUNT(S) _____

- [ ] VERDICT:
- [ ] JURY
- [ ] NON-JURY
- [ ] GUILTY ON COUNT(S) _____
- [ ] NOT GUILTY ON COUNT(S) _____
- [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

- [ ] OTHER DISPOSITION
- [ ] NOLLE PROSEQUI ORDER ON _____
- [ ] DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

### [X] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:
- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

### [X] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- [X] 1) Do not violate the criminal laws of any governmental unit.
- [X] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [X] 3) Avoid persons or places of disreputable or harmful character.
- [X] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [X] 5) Work faithfully as suitable employment insofar as may be possible.
- [X] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [X] 7) Support his(her) legal dependents to the best of his(her) ability.
- [X] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

### [X] OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _350 00 + SC_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____ : $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ( ) Serve _____ days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _20th_ day of _June_ , _2011_

_____
Judge, **JEFFERSON** State Court

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _20th_ day of _June_ , _2011_  _Edith Hall_

_____
Probation Officer

Copy received and instructions regarding conditions acknowledge.

This _20th_ day of _June_ , _2011_  _Chiquita Thomas_

_____
Probationer

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Sondra Roundtree*

CRIMINAL ACTION NO. _____ 11 -SR- 0143

OFFENSE(S) *Speeding*

① *Suspended License*

_____ *June* _____ TERM, *2011*

*(ENTERED L.O.A. SCANNED)*

☑ **PLEA:**
- ☐ NEGOTIATED
- ☐ GUILTY ON COUNT(S)_____
- ☒ NOLO CONTENDERE ON COUNT(S) *1, 2*
- ☐ TO LESSER INCLUDED OFFENSE(S)_____
- ON COUNT(S)_____

- ☐ JURY
- ☐ NON-JURY

*(ENTERED RW)*

☐ **VERDICT:**
- ☐ GUILTY ON COUNT(S)_____
- ☐ NOT GUILTY ON COUNT(S)_____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF_____ ON COUNT(S)_____

☐ **OTHER DISPOSITION**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S)_____
- ☐ DEAD DOCKET ORDER ON COUNT(S)_____

(SEE SEPARATE ORDER)

☒ **MISDEMEANOR SENTENCE**

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.    ① *12 months*
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of ② *12 months Consec* = **24 months** may be served on probation
  PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

☒ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☒ 1) Do not violate the criminal laws of any governmental unit.
- ☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☒ 3) Avoid persons or places of disreputable or harmful character.
- ☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☒ 5) Work faithfully as suitable employment insofar as may be possible.
- ☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☒ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

☒ **OTHER CONDITIONS OF PROBATION** ② *100⁰⁰ +SC*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *550⁰⁰ +SC* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: **$35.00 per month** Probation Fee. **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (☒) **Serve** *2* days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: **Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course *1ˢᵗ available*

*weekend / or Non working day*

*May terminate after 12 months*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this *20th* day of *June*, *2011* _____ Judge, **JEFFERSON** State Court

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This *20th* day of *June*, *2011* *Edith Hall*
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This *20th* day of *June*, *2011* _____
Probationer

White-Clerk      Canary-Probation Office      Pink-Defendant

*Deputy Clerk*    *2011*    *20th day of June*    *Filed in Open Court, this*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*James Merris - Brown*

CRIMINAL ACTION NO. __11__-SR-_00139_

OFFENSE(S) ① DUI - Refusal

② Stop Sign

_June_ TERM, _2011_

*(Deputy Clerk)*

ENTERED / LCA / SCANNED

- [x] **PLEA:**
  - [ ] NEGOTIATED
  - [x] GUILTY ON COUNT(S) _1, 2_
  - [ ] NOLO CONTENDERE ON COUNT(S) _____
  - [ ] TO LESSER INCLUDED OFFENSE(S) _____
  - ON COUNT(S) _____

- [ ] JURY
- [ ] NON-JURY

ENTERED / RW

- [ ] **VERDICT:**
  - [ ] GUILTY ON COUNT(S) _____
  - [ ] NOT GUILTY ON COUNT(S) _____
  - [ ] GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

- [ ] **OTHER DISPOSITION**
  - [ ] NOLLE PROSEQUI ORDER ON COUNT(S) _____
  - [ ] DEAD DOCKET ORDER ON COUNT(S) _____
  - (SEE SEPARATE ORDER)

## [x] MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- [ ] 1) THAT the above sentence may be served on probation.
- [ ] 2) THAT upon service of ① 12 Months _____ of the above sentence, the remainder of ② 12 months consec = 24 mos _____ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## [x] GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

- [x] 1) Do not violate the criminal laws of any governmental unit.
- [x] 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- [x] 3) Avoid persons or places of disreputable or harmful character.
- [x] 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- [x] 5) Work faithfully as suitable employment insofar as may be possible.
- [x] 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- [x] 7) Support his(her) legal dependents to the best of his(her) ability.
- [x] 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## [x] OTHER CONDITIONS OF PROBATION ② 100+SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 500°° + SC _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____; $35.00 per month Probation Fee **Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge.** [x] **Pay a $26.00 DUI Surcharge** ( ) Pay a 50% Drug Surcharge on fines. Perform _40_ hours Community Service ( ) Attend Alcohol and/or Drug Counseling [x] Serve _24 hrs_ days jail time. _____ days Suspended upon payment. **SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses** ( ) Attend and Complete Anger Management Course CK CTS

May terminate after 12 months if all Cond. Mion met.    1st available weekend

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _20th_ day of _June_, _2011_

_____
Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _20th_ day of _June_, _2011_   *Edith Hall*

                Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _20th_ day of _June_, _2011_   *James Brown*

                Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

*(Filed in Open Court, this 20th day of June 2011)*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA     FINAL DISPOSITION

THE STATE

VS.

*Tavares Deon McBride*

CRIMINAL ACTION NO. _11_-SR-_00137_

OFFENSE(S) ① *Suspended License*

② *No Insurance*

_June_ TERM, _2011_

☑ **PLEA:**
☐ NEGOTIATED
☑ GUILTY ON COUNT(S) _1, 2_
☐ NOLO CONTENDERE ON
   COUNT(S) _____
☐ TO LESSER INCLUDED
   OFFENSE(S) _____
_____
ON COUNT(S) _____

☐ JURY
☐ NON-JURY

☐ **VERDICT:**
☐ GUILTY ON
   COUNT(S) _____
☐ NOT GUILTY ON
   COUNT(S) _____
☐ GUILTY OF INCLUDED
   OFFENSE(S) OF _____
   ON COUNT(S) _____

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON
   COUNT(S) _____
☐ DEAD DOCKET ORDER ON
   COUNT(S) _____

(SEE SEPARATE ORDER)

## ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant

is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1)   THAT the above sentence may be served on probation.    ① *12 months*

☐ 2)   THAT upon service of _____ of the above sentence, the remainder of ② *12 months consec* = *24 mos* may be served on probation
    PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1)   Do not violate the criminal laws of any governmental unit.
☒ 2)   Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3)   Avoid persons or places of disreputable or harmful character.
☒ 4)   Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5)   Work faithfully at suitable employment insofar as may be possible.
☒ 6)   Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7)   Support his(her) legal dependents to the best of his(her) ability.
☒ 8)   Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☒ OTHER CONDITIONS OF PROBATION   ② *500 ⁰⁰ +sc*

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① *550 ⁰⁰ +sc* plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling ☑ Serve *2* days jail time. ____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course *CTS*

*may terminate after 18 months if condition completed.*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _20_ day of _June_ _2011_     _John C Murphy_    Judge, JEFFERSON State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _20th_ day of _June_, _2011_ _Edith Hall_
                                               Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _20th_ day of _June_, _2011_ _Tavares McBride_
                                                Probationer

White-Clerk     Canary-Probation Office     Pink-Defendant

_MC G Shea Deputy Clerk_

_20 st day of June 2011_

_Filed in Open Court, this_

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Akhilleus Lewis*

CRIMINAL ACTION NO. _11_-SR-_00136_

OFFENSE(S) ② *No Insurance*
③ *Expired Tag*
① *Suspended License*
_June_ TERM, _2011_

*[stamp: ENTERED LOA SCANNED]*

*[stamp: ENTERED RW]*

| | |
|---|---|
| ☐ **PLEA:** | ☐ **VERDICT:** |
| ☐ NEGOTIATED | ☐ JURY |
| ☑ GUILTY ON COUNT(S) *1, 2, 3.* | ☐ NON-JURY |
| ☐ NOLO CONTENDERE ON | |
| COUNT(S) _____ | |
| ☐ TO LESSER INCLUDED | |
| OFFENSE(S) _____ | |
| ON COUNT(S) _____ | |

☐ **VERDICT:**
☐ GUILTY ON COUNT(S) _____
☐ NOT GUILTY ON COUNT(S) _____
☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S) _____

☐ **OTHER DISPOSITION**
☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
☐ DEAD DOCKET ORDER ON COUNT(S) _____
(SEE SEPARATE ORDER)

---

### ☒ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

☐ 1) THAT the above sentence may be served on probation. ① 12 months ③ 12 months Conse

☐ 2) THAT upon service of _____ of the above sentence, the remainder of ② 12 months Consee may be served on probation = 36 mos
PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

---

### ☒ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:

☒ 1) Do not violate the criminal laws of any governmental unit.
☒ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
☒ 3) Avoid persons or places of disreputable or harmful character.
☒ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
☒ 5) Work faithfully as suitable employment insofar as may be possible.
☒ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
☒ 7) Support his(her) legal dependents to the best of his(her) ability.
☒ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

---

### ☒ OTHER CONDITIONS OF PROBATION ② 500⁰⁰ +SC ③ 150⁰⁰ +SC

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of ① 550⁰⁰ + SC _____ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month Probation Fee. Pay a 10% jail fee on fines. Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform _____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (✓) Serve 2 days jail time. _____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course 1st Available

Weekend or Non-Working

*May terminate after 18 months if all conditions/fees pd day.*

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _20th_ day of _June_, _2011_ _____ Judge, **JEFFERSON** State Court

---

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _20th_ day of _June_, _2011_ _Edith Hall_
Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _20th_ day of _June_, _2011_ _Akhilleus Lewis_
Probationer

White-Clerk    Canary-Probation Office    Pink-Defendant

*[left margin, rotated: Filed in Open Court, this 20th day of June, 2011]*
*[left margin, rotated: Deputy Clerk]*

# THE STATE COURT OF JEFFERSON COUNTY, GEORGIA

**FINAL DISPOSITION**

THE STATE

VS.

*Carlton Hannah*

CRIMINAL ACTION NO. _11_ -SR- _00133_

OFFENSE(S) _Suspended License_

_____

_June_ _____ TERM, _2011_

**☑ PLEA:**
- ☐ NEGOTIATED
- ☑ GUILTY ON COUNT(S) _1_
- ☐ NOLO CONTENDERE ON COUNT(S) _____
- ☐ TO LESSER INCLUDED OFFENSE(S) _____
- ON COUNT(S) _____

- ☐ JURY
- ☐ NON-JURY

- ☐ VERDICT:
- ☐ GUILTY ON COUNT(S) _____
- ☐ NOT GUILTY ON COUNT(S) _____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____
- ON COUNT(S) _____

- ☐ OTHER DISPOSITION
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S) _____
- ☐ DEAD DOCKET ORDER ON COUNT(S) _____

(SEE SEPARATE ORDER)

## ☑ MISDEMEANOR SENTENCE

WHEREAS, the above-named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: The said defendant is hereby sentenced to confinement for a period of _____

in the State Penal System or such other institution as the Commissioner of the State Department of Corrections or Court may direct, to be computed as provided by law. HOWEVER, it is further ordered by the Court:

- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _12 months_ may be served on probation PROVIDED that the said defendant complies with the following general and other conditions herein imposed by the Court as part of this sentence.

## ☑ GENERAL CONDITIONS OF PROBATION

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☑ 1) Do not violate the criminal laws of any governmental unit.
- ☑ 2) Avoid injurious and vicious habits – especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☑ 3) Avoid persons or places of disreputable or harmful character.
- ☑ 4) Report to the Probation-Parole Supervisor as directed and permit such Supervisor to visit him(her) at home or elsewhere.
- ☑ 5) Work faithfully at suitable employment insofar as may be possible.
- ☑ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the State for any period of time without prior permission of the Probation Supervisor.
- ☑ 7) Support his(her) legal dependents to the best of his(her) ability.
- ☑ 8) Probationer shall, from time to time, upon oral or written request by any Probation Officer, produce a breath, urine, and/or blood specimen for analysis for the possible presence of a substance prohibited or controlled by any law of the State of Georgia or of the United States.

## ☑ OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED that the defendant pay a fine in the amount of _1000⁰⁰ +5C_ plus $50 or 10%, whichever is less pursuant to O.C.G.A. 15-21-70, and pay restitution in the amount of _____: $35.00 per month_ Probation Fee _Pay a 10% jail fee on fines._ Pay a 5% VAF Surcharge on fines. Pay a 10% Indigent Defense Surcharge. ( ) Pay a $26.00 DUI Surcharge ( ) Pay a 50% Drug Surcharge on fines. Perform ____ hours Community Service ( ) Attend Alcohol and/or Drug Counseling (☑) Serve _10_ days jail time. ____ days Suspended upon payment. SPECIAL CONDITIONS: Attend evaluation/risk reduction program. Pay a 10% Spinal Injury Trust Fund Fee. Pay $25.00 GBI Crime Lab Fee for DUI/VGCSA offenses ( ) Attend and Complete Anger Management Course _1st available_
_Weekends -_
_CTS 3 days_

IT IS THE FURTHER ORDER of the Court, and the defendant is hereby advised that the Court may, at any time, revoke any conditions of this probation and/or discharge the defendant from probation. The probationer shall be subject to arrest for violation of any condition or probation herein granted. If such probation is revoked, the Court may order the execution of the sentence which was originally imposed or any portion thereof in the manner provided by law after deducting therefrom the amount of time the defendant has served on probation.

So ordered this _20th_ day of _June_ _2011_

Judge, _JEFFERSON_ State Court

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Sentence of Probation has been delivered in person to the defendant and he/she instructed regarding the conditions as set forth above.

This _20th_ day of _June_, _2011_ _Edith Hall_

Probation Officer

Copy received and instructions regarding conditions acknowledge,

This _20th_ day of _June_, _2011_ _____

Probationer

White-Clerk     Canary-Probation Officer     Pink-Defendant

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing **AFFIDAVIT OF MARIE T. JENKINS**, upon opposing counsel by using the CM/ECF system which will automatically send notification of such filing:

William H. Horlock, Jr., Esquire
Glenn S. Bass, Esquire
SCRUDDER, BAASS, QUILLIAN, HORLOCK TAYLOR & LAZARUS LLP
900 Circle 75 Parkway, Suite 850
Atlanta, GA 30339

Michael R. Baumrind, Esquire
Tianna S. Mykkeltvedt, Esquire
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309

This 14th day of May, 2018.

_s/ John C. Bell, Jr_
John C. Bell, Jr.
COUNSEL FOR PLAINTIFFS