# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| CHRISTINA BRINSON, and all other persons similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 2:15-CV-00099-LGW-RSB |
| ) | |
| PROVIDENCE COMMUNITY CORRECTIONS, INC. ) ) ) | (CLASS ACTION) |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF CHRISTINA BRINSON

Before me, the undersigned authority, personally appeared, CHRISTINA BRINSON, who being first sworn, states as follows:

1. I am Christina Brinson. I make this affidavit of my own personal knowledge.

2. On November 19, 2012, I pled guilty to charges of driving under the influence, reckless driving, driving with a suspended license and attempting to elude. My sentence included a command that I pay a probation supervision fee of $32.00 per month.

3. Over the course of the following months, I paid to Providence Community Corrections, Inc. its claimed $32.00 per month "supervision fees" at its office in Jesup, Georgia.

4. It is my intent to bring this action on behalf of myself and on behalf of others from whom Providence Community Corrections, Inc. has collected unauthorized probation fees.

5. I understand that this class action is brought on behalf of all persons from whom Providence Community Corrections, Inc. has collected unauthorized probation fees.

6. I understand and agree to attend hearings, as necessary, attend trial, monitor the

progression of the class action, and monitor the activities of the attorneys who represent me and who represent the class. I understand and accept that I am ultimately responsible for the cost incurred in pursuit of this case against Providence Community Corrections, Inc. My attorneys have agreed to advance expenses, including cost of notice.

7. I do not have any interests of which I am aware at this time that are contrary or opposite to the claims of other class members.

8. It is my belief that my claims against Providence Community Corrections, Inc. are the same claims that each class member would have against Providence Community Corrections, Inc. for the same activities of Providence Community Corrections, Inc., that is a claim for refund of fees that we paid to Providence Community Corrections, Inc.

9. I will energetically pursue the claims of the class members if I am permitted to serve as the class representative of a certified class. I therefore request that the Court grant the motion for class certification in order to protect the rights of each class member.

This 11th day of May, 2018.

_____
Christina Brinson

Sworn to and Subscribed
before me this 11th day
of May, 2018.

_____
NOTARY PUBLIC
_____ County
My commission expires: _____

[Notary seal: SUSAN CLARK, NOTARY, EXPIRES JAN 18, 2021, GEORGIA, BRYAN COUNTY, GA]

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **AFFIDAVIT OF CHRISTINA BRINSON**, upon opposing counsel by depositing same in the United States mail with proper postage affixed thereto and addressed as follows:

William H. Horlock, Jr., Esquire
Glenn S. Bass, Esquire
SCRUDDER, BAASS, QUILLIAN, HORLOCK TAYLOR & LAZARUS LLP
900 Circle 75 Parkway, Suite 850
Atlanta, GA 30339

Michael R. Baumrind, Esquire
Tianna S. Mykkeltvedt, Esquire
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309

This 14th day of May, 2018.

                                            *s/ John C. Bell, Jr*
                                            John C. Bell, Jr.
                                            COUNSEL FOR PLAINTIFFS