# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| CHRISTINA BRINSON, and all other persons similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION FILE ) NO. 2:15-CV-00099-LGW-RSB ) |
| PROVIDENCE COMMUNITY CORRECTIONS, INC. | ) **(CLASS ACTION)** ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION TO PRESERVE EVIDENCE

COMES NOW Plaintiff through counsel and moves the Court to order the Defendant to:

1. Take all necessary steps to preserve all records that relate to all members of the putative class.

2. Require the Defendant to notify all parties now in possession of probation supervision records obtained from the Defendant to preserve all such records.

3. Notify the Court and opposing counsel of the present location and custodian of all records relating to probation supervision activities of the Defendant in Georgia.

4. Provide to the Court and opposing counsel a detailed delineation of all probation supervision records related to Defendant's service that have been destroyed since July 22, 2015.

5. Order CSRA Probation Services, Inc. and all other parties in possession of records of probation supervision conducted by the Defendant in Georgia to preserve and not destroy any such

records.

Respectfully submitted,

BELL & BRIGHAM

  *s/ John C. Bell, Jr.*
John C. Bell, Jr.
Georgia State Bar No. 048600
Lee W. Brigham
Georgia State Bar No. 081698
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
john@bellbrigham.com

John B. Long
Georgia State Bar No. 457200
Thomas W. Tucker
Georgia State Bar. No. 717975
TUCKER LONG, P.C.
P. O. Box 2426
Augusta, GA 30903
(706) 722-0771
jlong@tuckerlong.com
ttucker@tuckerlong.com

JASON CLARK (Bar No. 127181)
JASON CLARK, P.C.
2225 Gloucester St.
Brunswick, GA 31520
(912) 264-1999
jason@jasonclarkpc.com

JOHN R. B. LONG (Bar No. 516133)
JOHN R. B. LONG, P.C.
411 Telfair Street
Augusta, GA 30901
(706) 868-8011
jlongattorney@aol.com

COUNSEL FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing document to be filed with the Clerk of Court using the Court's electronic filing system which will cause a copy of the document to be served electronically upon the following opposing counsel of record:

William H. Horlock, Jr., Esquire
Glenn S. Bass, Esquire
SCRUDDER, BAASS, QUILLIAN, HORLOCK TAYLOR & LAZARUS LLP
900 Circle 75 Parkway, Suite 850
Atlanta, GA 30339

Michael R. Baumrind, Esquire
Tianna S. Mykkeltvedt, Esquire
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309

This 15th day of May, 2018.

*s/ John C. Bell, Jr*
John C. Bell, Jr.
COUNSEL FOR PLAINTIFF