UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHRISTINA BRINSON, and all other persons similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION FILE NO. 2:15-CV-00099-LGW-RSB |
| PROVIDENCE COMMUNITY CORRECTIONS, INC. ) ) ) | (**CLASS ACTION**) |
| Defendant. ) | |

**PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO PRESERVE EVIDENCE**

All parties have a duty under federal law to preserve evidence of possible relevance in a pending or threatened action. *Walter v. Carnival Corp.*, No. 09-20962-CIV, 2010 WL 2927962 (S.D. Fla, July 10, 2010). Georgia law is in accord. *Flury v. Daimler Chrysler Corp.*, 427 F.3d 939 (11th Cir. 2005).

This case was filed July 22, 2015. Thus, Defendant's duty to preserve all potentially relevant evidence, including records and electronically stored information, arose no later than July, 2015.

Defendant sold its Georgia probation services business to others after the filing of this action. We now learn that relevant files have been transferred and destroyed. We do not know whether Defendant retained copies of all these records, though it was under a duty to do so.

Plaintiff and members of the putative class stand to be severely handicapped by the destruction fo relevant records. The motion should be granted and the requested relief afforded to

the Plaintiff and members of the Plaintiff class.

        Respectfully submitted,

        BELL & BRIGHAM

        *s/ John C. Bell, Jr.*
        John C. Bell, Jr.
        Georgia State Bar No. 048600
        Lee W. Brigham
        Georgia State Bar No. 081698
        PO Box 1547
        Augusta, GA 30903-1547
        (706) 722-2014
        john@bellbrigham.com

        John B. Long
        Georgia State Bar No. 457200
        Thomas W. Tucker
        Georgia State Bar. No. 717975
        TUCKER LONG, P.C.
        P. O. Box 2426
        Augusta, GA 30903
        (706) 722-0771
        jlong@tuckerlong.com
        ttucker@tuckerlong.com

        JASON CLARK (Bar No. 127181)
        JASON CLARK, P.C.
        2225 Gloucester St.
        Brunswick, GA 31520
        (912) 264-1999
        jason@jasonclarkpc.com

        JOHN R. B. LONG (Bar No. 516133)
        JOHN R. B. LONG, P.C.
        411 Telfair Street
        Augusta, GA 30901
        (706) 868-8011
        jlongattorney@aol.com

        COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing document to be filed with the Clerk of Court using the Court's electronic filing system which will cause a copy of the document to be served electronically upon the following opposing counsel of record:

William H. Horlock, Jr., Esquire
Glenn S. Bass, Esquire
SCRUDDER, BAASS, QUILLIAN, HORLOCK TAYLOR & LAZARUS LLP
900 Circle 75 Parkway, Suite 850
Atlanta, GA 30339

Michael R. Baumrind, Esquire
Tianna S. Mykkeltvedt, Esquire
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309

This 15th day of May, 2018.

                                               _s/ John C. Bell, Jr_
                                               John C. Bell, Jr.
                                               COUNSEL FOR PLAINTIFF