UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHRISTINA BRINSON, and all other persons similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PROVIDENCE COMMUNITY CORRECTIONS, INC. )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br>NO. 2:15-CV-00099-LGW-RSB<br><br>**(CLASS ACTION)** |

## AFFIDAVIT OF JOHN C. BELL, JR.

Personally appeared before me, John C. Bell, Jr., who, after being duly sworn, deposes and says as follows:

1.

I am an adult without disabilities that would prevent me from giving the testimony in this Affidavit. This Affidavit is made based upon my own personal knowledge.

2.

I am counsel for Plaintiff and the putative class in this action.

3.

The Defendant previously provided probation supervision services to the State Court of Jefferson County.

4.

The Defendant subsequently sold or assigned its contract with Jefferson County and the State Court of Jefferson County to CSRA Probation Services, Inc.

5.

On May 11, 2018, Affiant went to the office of CSRA Probation Services, Inc. at 1011 Peachtree Street, Louisville, Georgia, and met with Brittany Chandler, whom Affiant understood to be the office manager. Affiant asked Ms. Chandler whether her office had retained the files of the Defendant. She informed Affiant that files over two years old had been destroyed.

6.

Affiant knows not whether Defendant retained separate copies of all files and electronically stored information that would relate to services and dealings with members of the putative class in Jefferson County and other counties and courts. These files should contain information critical to proof of the claims asserted in this action.

7.

This action was filed July 22, 2015.

_____
John C. Bell, Jr.

Sworn to and subscribed
before me this the 15th day
of May, 2018.

_____
NOTARY PUBLIC
Burke County, Georgia
My Commission expires:

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing **AFFIDAVIT OF JOHN C. BELL, JR.**, upon opposing counsel by using the CM/ECF system which will automatically send notification of such filing:

William H. Horlock, Jr., Esquire
Glenn S. Bass, Esquire
SCRUDDER, BAASS, QUILLIAN, HORLOCK TAYLOR & LAZARUS LLP
900 Circle 75 Parkway, Suite 850
Atlanta, GA 30339

Michael R. Baumrind, Esquire
Tianna S. Mykkeltvedt, Esquire
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309

This 15th day of May, 2018.

                                              *s/ John C. Bell, Jr*
                                              John C. Bell, Jr.
                                              COUNSEL FOR PLAINTIFF