# In the United States District Court
# Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CHRISTINA BRINSON, and all other persons similarly situated, | * * * * | |
| Plaintiff, | * * | CV 215-99 |
| v. | * * | |
| PROVIDENCE COMMUNITY CORRECTIONS, | * * * | |
| Defendant. | * | |

## ORDER

The Court hereby stays all deadlines and discovery in this case until the resolution of Brinson's pending motion to amend, dkt. no. 32. Defendant's motion to stay, dkt. no. 53, is **DENIED as moot**.

**SO ORDERED**, this 17th day of May, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA