IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHRISTINA BRINSON, and other Persons similarly situated, : : : Plaintiffs, : : v. : : PROVIDENCE COMMUNITY CORRECTIONS, : : : Defendant. : | CIVIL ACTION FILE NO. 2:15-CV-00099-LGW-RS |

## **MOTION FOR LEAVE OF ABSENCE**

COMES NOW Glenn S. Bass, counsel of record in the above-captioned matter, hereby requests a leave of absence for the periods September 10, 2018, September 19, 2018, September 24, 2018 through and including September 25, 2018; September 28, 2018 through and including October 5, 2018, and October 11, 2018 through and including October 15, 2018. Reason for said leave is that counsel will be on personal leave. Counsel hereby certifies that this case is not on a published calendar or noticed for hearing during these periods.

This 1st day of August, 2018.

           SCRUDDER, BASS, QUILLIAN, HORLOCK
           TAYLOR & LAZARUS LLP

           /s/ Glenn S. Bass
           Glenn S. Bass
           Georgia Bar No.: 041220
           Attorneys for Defendant

900 Circle 75 Parkway
Suite 850
Atlanta, Georgia 30339
Telephone: (770) 612-9200
Facsimile: (770) 612-9201

# CERTIFICATE OF SERVICE

I hereby certify that I electronically served through CM/ECF the foregoing **Motion for Leave of Absence** upon all parties to this matter through their counsel as follows:

John B. Long, Esq.
Thomas W. Tucker, Esq.
Tucker & Long, P.C.
P.O. Box 2426
Augusta, GA 30903

John C. Bell, Jr., Esq.
Bell & Brigham
457 Greene Street
Augusta, GA 30901

Jason Clark, Esq.
Jason Clark, P.C.
2225 Gloucester Street
Brunswick, GA 31520
Telephone: 912-264-1999

John R.B. Long, Esq.
John R.B. Long, P.C.
411 Telfair Street
Augusta, GA 30901

This 1st day of August, 2018.

/s/ Glenn S. Bass
Glenn S. Bass

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CHRISTINA BRINSON, and other Persons similarly situated, | : : : |
| Plaintiffs, | : : |
| v. | CIVIL ACTION FILE : NO. 2:15-CV-00099-LGW-RS : |
| PROVIDENCE COMMUNITY CORRECTIONS, | : : : |
| Defendant. | : : |

# **ORDER**

This matter having come before the Court on Defendant's Motion for Leave of Absence, and the Court having considered same it is hereby

ORDERED that the Glenn S. Bass is GRANTED leave for the periods September 10, 2018, September 19, 2018, September 24, 2018 through and including September 25, 2018; September 28, 2018 through and including October 5, 2018, and October 11, 2018 through and including October 15, 2018

This _____ day of _____, 2018.

_____
Lisa Godbey Wood, Judge
United States District Court for the
Southern District of Georgia