# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| CHRISTINA BRINSON, and all other persons similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION FILE<br>) NO. 2:15-CV-00099-LGW-RSB<br>) |
| PROVIDENCE COMMUNITY CORRECTIONS, INC. | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF APPEAL

COMES NOW Plaintiff in the above-captioned case and appeals to the United States Court of Appeals for the Eleventh Circuit the final Order (Dkt. 59) dismissing Plaintiff's complaint for failure to state a claim under Fed.R.Civ.P. 12(b)(6) entered in this action on the 24th day of August, 2018.

The class has not been certified.

This 30th day of August, 2018.

Respectfully submitted,

BELL & BRIGHAM

*s/ John C. Bell, Jr.*
John C. Bell, Jr.
Georgia State Bar No. 048600
Lee W. Brigham
Georgia State Bar No. 081698
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
john@bellbrigham.com

John B. Long
Georgia State Bar No. 457200
Thomas W. Tucker
Georgia State Bar. No. 717975
TUCKER LONG, P.C.
P. O. Box 2426
Augusta, GA 30903
(706) 722-0771
jlong@tuckerlong.com
ttucker@tuckerlong.com

JASON CLARK (Bar No. 127181)
JASON CLARK, P.C.
2225 Gloucester St.
Brunswick, GA 31520
(912) 264-1999
jason@jasonclarkpc.com

JOHN R. B. LONG (Bar No. 516133)
JOHN R. B. LONG, P.C.
411 Telfair Street
Augusta, GA 30901
(706) 868-8011
jlongattorney@aol.com

COUNSEL FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing document to be filed with the Clerk of Court using the Court's electronic filing system which will cause a copy of the document to be served electronically upon the following opposing counsel of record:

William H. Horlock, Jr., Esquire
Glenn S. Bass, Esquire
SCRUDDER, BAASS, QUILLIAN, HORLOCK TAYLOR & LAZARUS LLP
900 Circle 75 Parkway, Suite 850
Atlanta, GA 30339

Michael R. Baumrind, Esquire
Tianna S. Mykkeltvedt, Esquire
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, NW, Suite 3900
Atlanta, GA 30309

This 31st day of August, 2018.

*s/ John C. Bell, Jr*
John C. Bell, Jr.
Counsel for Plaintiff