# United States District Court
## Southern District of Georgia

SCOTT L. POFF     OFFICE OF THE CLERK     TELEPHONE    (912)280-1330
P.O. Box 1636
BRUNSWICK, GEORGIA 31521

David Smith, Clerk            D.C. Number    2:15cv99
U.S. Court of Appeals
56 Forsyth Street, NW         U.S.C.A. Number
Atlanta, GA 30303

RE: Brinson v. Providence Community Corrections

---

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

- [x] Copy of Notice of Appeal, docket entries, order and judgement appealed from, enclosed
- [x] First Notice of Appeal: ☐ Yes  [x] No
  - Date of other: 4/4/16
- [ ] Certified record on appeal consisting of:
  - _____ Volume(s) of pleadings: _____ Volume(s) of transcripts;
  - _____ Volume(s) of exhibits / deposition; _____ other: _____
- [x] There was no hearing from which a transcript could be made
- [ ] Copy of CJA form appointing counsel
- [ ] The following materials were sealed in this court (order enclosed): _____
- [x] The appellate docket fee has been paid: [x] Yes ☐ No
  - Date paid: 8/31/18
- [ ] Appellate has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and / or CPC is enclosed)
- [x] The Judge appealed from is: Judge Lisa Godbey Wood
- [ ] The Court Reporter is _____
- [ ] This is an appeal of a bankruptcy order
  - Bankruptcy Judge: _____
- [ ] This is a DEATH PENALTY appeal

cc:

Sincerely,

SCOTT L. POFF, CLERK
U.S. DISTRICT COURT

BY: _____
Deputy Clerk

DATE: 8/31/18